**Sean D. O'Brien**, OSB No. 141703
sean.obrien@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

**Frederic B. Jennings** (*pro hac vice application pending*)
fjennings@law.fordham.edu
44 Court Street, Suite 1217
Brooklyn, New York  11201

    Attorneys for Defendant Enby, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BOYAJIAN PRODUCTS, LLC, | No. 3:20-cv-01991-HZ |
| Plaintiff, | DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| ENBY LLC, | |
| Defendant. | |

### LR 7-1(a) CERTIFICATE

Counsel for defendant Enby, LLC ("defendant") conferred with plaintiff Boyajian Products, LLC's ("plaintiff") counsel by telephone and email regarding this request for an extension of time.  Plaintiff does not oppose defendant's request.

Page 1 -   DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

4825-0757-5509.1

# MOTION

In accordance with Federal Rule of Civil Procedure 6(b), defendant respectfully moves the court for an extension of time to respond to plaintiff's complaint up to and including January 8, 2021. Defendant accepted service of the complaint on November 17, 2020. The parties have conferred, and agreed to a response date of January 8, 2021. Before defendant's original deadline to respond to the complaint, counsel for defendant notified the court's courtroom deputy about this request for extension.

Good cause exists for this extension as local counsel has only recently been retained in this matter, and requires time to consider and prepare defendant's initial response to the complaint. Defendant reserves the right to assert all potential defenses and objections to the complaint. This motion is unopposed and not made for purposes of delay.

DATED: December 23, 2020

MILLER NASH GRAHAM & DUNN LLP

*s/ John C. Clarke*
Sean D. O'Brien, OSB No. 141703
Sean.obrien@millernash.com
John C. Clarke, OSB No. 153245
john.clarke@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

and

Frederic B. Jennings (FJ7723) (pro hac vice admission pending)
fjennings@law.fordham.edu
44 Court Street, Suite 1217
Brooklyn, New York 11201
Phone: 978.944.2753

*Attorneys for Defendant Enby LLC*

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Defendant's Motion for Extension of Time to Respond to Complaint on the attorney or party listed below on the date set forth below by the method(s) indicated:

| | |
|---|---|
| Sandra S. Gustitus, OSB No. 143298<br>Chenoweth Law Group, PC<br>510 SW Fifth Avenue, Fourth Floor<br>Portland, OR 97204<br>E-mail: sgustitus@chenowethlaw.com<br><br>Attorneys for Plaintiff Boyajian Products, LLC | ☐ First-class mail, postage prepaid<br>☐ Facsimile, pursuant to ORCP 9 F<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail, pursuant to ORCP 9 G<br>☒ E-mail copy, as a courtesy only<br>☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100.<br>☐ Other |

DATED: December 23, 2020.

MILLER NASH GRAHAM & DUNN LLP

*s/ John C. Clarke*
Sean D. O'Brien, OSB No. 141703
John C. Clarke, OSB No. 153245

*Of Attorneys for Defendant*

Page 1 -    CERTIFICATE OF SERVICE

4825-0757-5509.1