**Frederic B. Jennings** (admitted *pro hac vice*)
44 Court Street, Suite 1217
Brooklyn, New York 11201
fjennings@law.fordham.edu
t: (978) 944-2753

**Sean D. O'Brien** (OSB No. 141703)
sean.obrien@millernash.com
**John C. Clarke** (OSB No. 153245)
john.clarke@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon
t: (503) 224-5858
f: (503) 224-0155

    Attorneys for Defendant Enby, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| BOYAJIAN PRODUCTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ENBY LLC,<br><br>    Defendant. | Case No. 3:20-CV-1991-HZ<br><br>**DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

**LR 7-1(a) CERTIFICATE**

Counsel for defendant Enby, LLC ("Enby") conferred with counsel for plaintiff Boyajian Products, LLC ("Boyajian") by email regarding this request for an extension of time. Plaintiff consents to this request.

Page 1 - DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

# MOTION

In accordance with Federal Rule of Civil Procedure 6(b), Enby respectfully moves the Court for an extension of time to respond to Boyajian's complaint up to and including January 15, 2021. Defendant accepted service of the complaint on November 17, 2020. The parties have conferred, and agreed to a response date of January 15, 2021.

Good cause exists for this extension as Enby's *pro hac vice* counsel has only recently been admitted in this matter, and requires some additional time to consider and prepare defendant's initial responsive pleading. Defendant reserves the right to assert all potential defenses and objections to the complaint. This motion is not opposed by Boyajian and not made for purposes of delay.

Dated: January 8, 2021

Respectfully Submitted,

s/ Frederic B. Jennings
Frederic B. Jennings
44 Court Street, Suite 1217
Brooklyn, NY
Tel: 978-944-2753
fjennings@law.fordham.edu

(admitted *pro hac vice*)

and

MILLER NASH GRAHAM & DUNN LLP

s/ John C. Clarke
Sean D. O'Brien, OSB No. 141703
Sean.obrien@millernash.com
John C. Clarke, OSB No. 153245
john.clarke@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

*Attorneys for Defendant Enby, LLC*

## CERTIFICATE OF SERVICE

I certify that on January 8, 2021, I filed the above Defendant's Second Motion for Extension of Time to Respond using the Court's ECF system, which will notify and provide a copy to all counsel of record.

| | |
|---|---|
| DATED: January 8, 2021 | /s/Frederic B. Jennings<br>Frederic B. Jennings<br>44 Court Street, Suite 1217<br>Brooklyn, NY<br>Tel: 978-944-2753<br>fjennings@law.fordham.edu<br><br>(*admitted pro hac vice*) |