**Sean D. O'Brien**, OSB No. 141703
Sean.obrien@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

**Frederic B. Jennings** *pro hac vice*
fjennings@law.fordham.edu
44 Court Street, Suite 1217
Brooklyn, New York  11201

Attorneys for Defendant Enby LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BOYAJIAN PRODUCTS, LLC, | No. 3:20-cv-01991-HZ |
| Plaintiff, | DECLARATION OF FREDERIC B. JENNINGS IN SUPPORT OF DEFENDANT ENBY LLC'S MOTION TO DISMISS |
| v. | |
| ENBY LLC, | |
| Defendant. | |

I, Frederic B. Jennings, declare as follows:

1.  I am an attorney, and one of the attorneys for defendant Enby LLC in this action. I am over eighteen years of age and competent to testify to the facts set forth in this declaration. I make the following statements based on personal knowledge or from publicly available sources deemed reliable and whose accuracy cannot reasonably be questioned.

2.  Attached as <u>Exhibit 1</u> is a true and correct copy of the United States Patent and Trademark Office's public record of Application Serial No. 88282201, reflecting Boyajian's

application for the Standard Character Mark "ENBY." The record is publicly available at: https://tsdr.uspto.gov/#caseNumber=88282201&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch.

3. Attached as Exhibit 2 is a true and correct copy of an article in Allure magazine entitled, "I Tried the Enby, a New Sex Toy Designed to Fit the Needs of All Genders and Genitals," by Kasandra Brabaw dated June 5, 2019. The article is also available at: https://www.allure.com/story/enby-review-wild-flower-sex-toy-gender-free.

4. Attached as Exhibit 3 is a true and correct copy of an article in Ask Men magazine entitled, "Wildflower Releases Enby, the First Gender-Neutral Sex Toy," by Christina Majaski datedJune 7, 2019. The article is also available at: https://www.askmen.com/news/dating/wildflower-releases-enby-the-first-gender-neutral-sex-toy.html.

5. Attached as Exhibit 4 is a true and correct copy of an article in Dezeen magazine entitled, "Wild Flower [sic] launches gender-neutral sex toy Enby for 'all of life's transitions,'" by Rima Sabina Aouf dated June 14, 2019. The article is also available at: https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral-sex-toy-enby-for-all-of-lifes-transitions/.

6. Attached as Exhibit 5 is a true and correct copy of an article in Men's Health magazine entitled, "I Tried Masturbating With Enby, the New Sex Toy for All Genders," Zachary Zane dated July 13, 2019. The article is also available at: https://www.menshealth.com/sex-women/a28379861/enby-gender-neutral-sex-toy-review/.

7. These materials are being provided for the court's convenience with respect to defendant Enby LLC's motion to dismiss.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF

PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 15th day of January, 2021, in Brooklyn, New York.

                                          *Frederic B. Jennings*
                                          Frederic B. Jennings *pro hac vice*