# Exhibit 1

Generated on: This page was generated by TSDR on 2020-12-03 16:43:47 EST

Mark: ENBY <img>

US Serial Number: 88282201 Application Filing Date: Jan. 30, 2019Filed as TEAS RF: Yes Currently TEAS RF: Yes

Register: PrincipalMark Type: Trademark

TM5 Common Status Descriptor: <img> DEAD/APPLICATION/Refused/Dismissed or Invalidated This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

Status: Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.Status Date: Dec. 30, 2019

Date Abandoned: Dec. 19, 2019

# Mark Information

Mark Literal Elements: ENBYStandard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.Mark Drawing Type: 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Sex toys

International Class(es): 010 - Primary Class U.S Class(es): 026, 039, 044

Class Status: ACTIVE

Basis: 1(b)

# Basis Information (Case Level)

Filed Use: No Currently Use: No

Filed ITU: Yes Currently ITU: Yes

Filed 44D: No Currently 44E: No

Filed 44E: No Currently 66A: No

Filed 66A: No Currently No Basis: No

Filed No Basis: No

# Current Owner(s) Information

Owner Name: Boyajian Products LLC

DBA, AKA, Formerly: DBA Wild Flower

Owner Address: 99 Wall Street, Suite 1420 New York, NEW YORK UNITED STATES 10005

Legal Entity Type: LIMITED LIABILITY COMPANY State or Country Where Organized: NEW YORK

# Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Kristin Grant

Attorney Primary Email Address: Kgrant@grantipattorneys.com Attorney Email Authorized: Yes

**Correspondent**

Correspondent Name/Address: KRISTIN GRANT Grant Attorneys at Law PLLC 40 Exchange Place, Suite 1306 New York, NEW YORK UNITED STATES 10005

Phone: 2125207881

Correspondent e-mail: Kgrant@grantipattorneys.com Correspondent e-mail Authorized: Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Dec. 30, 2019 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Dec. 30, 2019 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Jun. 18, 2019 | NOTIFICATION OF FINAL REFUSAL EMAILED | |

| | | |
|---|---|---|
| Jun. 18, 2019 | FINAL REFUSAL E-MAILED | |
| Jun. 18, 2019 | FINAL REFUSAL WRITTEN | 78322 |
| May 29, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 28, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 28, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 20, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 11, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 11, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 11, 2019 | NON-FINAL ACTION WRITTEN | 78322 |
| Apr. 09, 2019 | ASSIGNED TO EXAMINER | 78322 |
| Feb. 22, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 02, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**
TM Attorney: SHANOSKI, JOANNA MARIE Law Office Assigned: LAW OFFICE 104
**File Location**
Current Location: TMEG LAW OFFICE 104 - EXAMINING ATTORNEY ASSIGNED Date in Location: Dec. 30, 2019

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, December 30, 2019 06:11 PM |
| **To:** | Kgrant@grantiptattorneys.com |
| **Subject:** | Official USPTO Notification: U.S. Trademark SN 88282201 |

**OFFICIAL USPTO NOTICE OF ABANDONMENT**

**TRADEMARK APPLICATION ABANDONED FAILURE TO TIMELY RESPOND TO OFFICE ACTION**

**U.S. Application Serial No.** 88282201
**Mark:** ENBY
**Owner:** Boyajian Products LLC
**Docket/Reference No.**

**Issue Date:** December 30, 2019

**The application above is abandoned** because we did not receive a response to the previous Office action within the six-month response period.

If you did not receive the Office action or if the delay in filing your response was unintentional, you can file a Petition to Revive Abandoned Application - Failure to Respond Timely to Office Action form. **You must file the petition within two months of the issue date of this notice. The petition must include the following:**

    (1) A signed statement by someone with firsthand knowledge of the facts, stating that the delay in responding by the due date was unintentional;

    (2) A complete response to the Office action if the Office action was received, or, if the Office action was not received, a clear statement of this fact; and

    (3) A petition fee.

If you have proof that the application was abandoned due to USPTO error, you can file a Request for Reinstatement of the application and include the proof (such as a copy of an email confirmation issued by the USPTO that includes the date of receipt and a summary of the online submission). You must file the request **within two months of the issue date of this notice**. There is no fee for this request.

For more information on filing a petition, see our webpage on petitions.

For questions about this notice, filing a petition, or filing a request for reinstatement, contact the Trademark Assistance Center at 1-800-786-9199 (select option 1) or at TrademarkAssistanceCenter@uspto.gov.

View this notice and other documents for this application online in the Trademark Status and Document Retrieval (TSDR) database.

*** User:jdukovcic ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 5695 | N/A | 0 | 0 | 0:04 | *n$1b{"iye"}*[bi,ti] not dead[ld] |
| 02 | 1903 | N/A | 0 | 0 | 0:02 | 1 and "010"[cc] |
| 03 | 158 | 0 | 6 | 6 | 0:01 | 1 and ("010" a b "200")[ic] |
| 04 | 1413 | N/A | 0 | 0 | 0:02 | *{v}nbe*[bi,ti] not dead[ld] |
| 05 | 317 | 0 | 18 | 15 | 0:01 | 4 and "010"[cc] |
| 06 | 485 | N/A | 0 | 0 | 0:01 | *enbe*[bi,ti] not dead[ld] |
| 07 | 107 | 0 | 11 | 9 | 0:02 | 6 and "010"[cc] |

Session started 7/19/2019 2:15:01 PM
Session finished 7/19/2019 2:17:57 PM
Total search duration 0 minutes 13 seconds
Session duration 2 minutes 56 seconds
Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 88282201

| | |
|---|---|
| **To:** | Boyajian Products LLC (Kgrant@grantipattorneys.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88282201 - ENBY - N/A |
| **Sent:** | 6/18/2019 9:46:51 AM |
| **Sent As:** | ECOM104@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 88282201

**MARK:** ENBY

**CORRESPONDENT ADDRESS:**
KRISTIN GRANT
Grant Attorneys at Law PLLC
40 Exchange Place, Suite 1306
New York NY 10005

# *88282201*

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Boyajian Products LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
Kgrant@grantipattorneys.com

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 6/18/2019**

**THIS IS A FINAL ACTION.**

**INTRODUCTION**

This Office action is in response to applicant's communication filed on 05/28/2019.

In a previous Office action(s) dated 04/11/2019, the trademark examining attorney refused registration of the applied-for mark based on the following:  Descriptiveness under Trademark Act Section 2(e)(1).

The trademark examining attorney maintains and now makes **FINAL** the refusal(s) in the summary of issues below.  *See* 37 C.F.R. §2.63(b); TMEP §714.04.

**SUMMARY OF ISSUES MADE FINAL** that applicant must address:

- Refusal- Descriptiveness


### SECTION 2(e)(1) REFUSAL - MERELY DESCRIPTIVE

Registration had been refused because the applied-for mark merely describes the intended user of applicant's goods.  Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

Applicant's arguments have been carefully considered, but ultimately found unpersuasive for the reasons set forth below.

Determining the descriptiveness of a mark is done in relation to an applicant's goods and/or services, the context in which the mark is being used, and the possible significance the mark would have to the average purchaser because of the manner of its use or intended use.  *See In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012) (citing *In re Bayer Aktiengesellschaft*, 488 F.3d 960, 963-64, 82 USPQ2d 1828, 1831 (Fed. Cir. 2007)); TMEP §1209.01(b).  Descriptiveness of a mark is not considered in the abstract.  *In re Bayer Aktiengesellschaft*, 488 F.3d at 963-64, 82 USPQ2d at 1831.

Two major reasons for not protecting descriptive marks are (1) to prevent the owner of a descriptive mark from inhibiting competition in the marketplace and (2) to avoid the possibility of costly infringement suits brought by the trademark or service mark owner.  *In re Abcor Dev. Corp.*, 588 F.2d 811, 813, 200 USPQ 215, 217 (C.C.P.A. 1978); TMEP §1209.  Businesses and competitors should be free to use descriptive language when describing their own goods and/or services to the public in advertising and marketing materials.  *See In re Styleclick.com Inc.*, 58 USPQ2d 1523, 1527 (TTAB 2001).

A mark that describes an intended user or group of users of a product or service is merely descriptive.  *E.g., In re Planalytics, Inc.*, 70 USPQ2d 1453 (TTAB 2004) (holding GASBUYER merely descriptive of intended user of risk management services in the field of pricing and purchasing natural gas); *In re Camel Mfg. Co.*, 222 USPQ 1031 (TTAB 1984) (holding MOUNTAIN CAMPER merely descriptive of intended users of retail and mail order services in the field of outdoor equipment and apparel); *see* TMEP §1209.03(i).

In the first Office action, evidence was provided to show that the term ENBY is used to refer to a person who does not identify their gender specifically as a male or a female.  The applicant's goods are sex toys.  When the mark is applied to the goods, the consumer is immediately informed that the sex toys are specifically for use by an ENBY, or person who does not who does not identify their gender specifically as a male or a female.

Applicant argues that the mark does not specifically identify the intended user of the goods.  The examining attorney respectfully disagrees.  Several product reviews and Internet articles, including interviews specifically of the product owners and designers, show that the goods are specifically designed to be used by persons who are ENBY, or non-binary.  See attached website evidence at:

https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral-sex-toy-enby-for-all-of-lifes-transitions/

https://www.wellandgood.com/good-advice/gender-free-sex-toys/

https://www.askmen.com/news/dating/wildflower-releases-enby-the-first-gender-neutral-sex-toy.html

https://www.allure.com/story/enby-review-wild-flower-sex-toy-gender-free


Thus, the mark describes the intended user of applicant's goods, and must be refused.

For the foregoing reasons, this refusal is maintained and made **FINAL**.

*Supplemental Register Information*

Although an amendment to the Supplemental Register would normally be an appropriate response to this refusal, such a response is not appropriate in the present case. The instant application was filed under Trademark Act Section 1(b) and is not eligible for registration on the Supplemental Register until an acceptable amendment to allege use meeting the requirements of 37 C.F.R. §2.76 has been timely filed. 37 C.F.R. §2.47(d); TMEP §§816.02, 1102.03.

If applicant files an acceptable allegation of use and also amends to the Supplemental Register, the application effective filing date will be the date applicant met the minimum filing requirements under 37 C.F.R. §2.76(c) for an amendment to allege use. TMEP §§816.02, 1102.03; *see* 37 C.F.R. §2.75(b). In addition, the undersigned trademark examining attorney will conduct a new search of the USPTO records for conflicting marks based on the later application filing date. TMEP §§206.01, 1102.03.

## RESPONSE GUIDELINES

Applicant must respond within six months of the date of issuance of this final Office action or the application will be abandoned. 15 U.S.C. §1062(b); 37 C.F.R. §2.65(a). Applicant may respond by providing one or both of the following:

> (1)    a response filed using the Trademark Electronic Application System (TEAS) that fully satisfies all outstanding requirements and/or resolves all outstanding refusals; and/or

> (2)    an appeal to the Trademark Trial and Appeal Board filed using the Electronic System for Trademark Trials and Appeals (ESTTA) with the required filing fee of $200 per class.

37 C.F.R. §2.63(b)(1)-(2); TMEP §714.04; *see* 37 C.F.R. §2.6(a)(18); TBMP ch. 1200.

In certain rare circumstances, an applicant may respond by filing a petition to the Director pursuant to 37 C.F.R. §2.63(b)(2) to review procedural issues. TMEP §714.04; *see* 37 C.F.R. §2.146(b); TBMP §1201.05; TMEP §1704 (explaining petitionable matters). There is a fee required for filing a petition. 37 C.F.R. §2.6(a)(15).

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

Shanoski, Joanna
/Joanna M Shanoski/
Examining Attorney- Law Office 104
E-mail: Joanna.Shanoski@uspto.gov
Phone: (571) 272-9707

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at

http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral-sex-toy-enby-for-all-of-lifes-transitions
/　　　06/17/2019 01:20:45 PM

This website uses cookies to ensure you get the best experience.　More info ❯　Got it!





| Magazine | Architecture | Movies |
| Awards | Interiors | Comments |
| Jobs | Design | Opinion |
| | Technology | Subscribe |

Search

Follow:



https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral-sex-toy-enby-for-all-of-lifes-transitions
/          06/17/2019 01:20:45 PM



## Wild Flower launches gender-neutral sex toy Enby for "all of life's transitions"



Rima Sabina Aouf | 14 June 2019 | 15 comments

The first sex toy created by retailer Wild Flower is a genderless object meant to suit a variety of bodies.

Named Enby after the acronym NB, short for non-binary, the vibrator is designed to appeal to users across all genders, with an abstracted shape and open-ended functionality.

"[We] wanted to create a toy that could stay with someone through all of life's transitions – changing bodies, new partners, evolving desires and beyond," said Wild Flower.

### Top design stories

| Most popular | Most recent |
|---|---|



1   Nike Stranger Things sportswear collection channels 1980s nostalgia

2   Jasper Morrison curates 18 designer benches for Fiskars Village Biennale

3   This week, Sagrada Familia finally got a building permit

4   Useless is a digital directory for London's zero-waste shops

5   Positions at Soho House and Benoy available on Dezeen Jobs this week

### Tej Chauhan designs car tyre based on Nike's Air Force 1 sneaker

https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral-sex-toy-enby-for-all-of-lifes-transitions
/          06/17/2019 01:20:45 PM

*Enby is designed for people of all genders*

The company added that the gender-neutral aesthetic and function of Enby "allows you to write your own sexual script", avoiding the prescriptiveness of more familiar sex toy designs.

The flexible silicone vibrator has wings that fan out from a central ridge, in a shape similar to a bike saddle or stingray.



*It is a flexible silicone vibrator with wings*

The idea is that users can place Enby on or wrap it around many potentially sensitive areas of their bodies.

As a starting point, Wild Flower suggests three potential ways to use the toy: first, "hump it", by lying it flat on the bed and grinding against it; second, "stroke it", by curling it into a hand-held massager; and third. "tuck it". by slipping it inside a harness or underwear.





**Thinx launches "taboo-smashing" Period Sex Blanket**



**IKEA launches homeware made from rice straw to help reduce India's smog problem**



**The Ocean Cleanup labelled "a dream that seduced many"**

https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral-sex-toy-enby-for-all-of-lifes-transitions
/          06/17/2019 01:20:45 PM



*You place Enby on or wrap it around different areas of the body*

Enby is an extension of a project Amy Boyajian and Nick Boyajian started two years ago when they founded Wild Flower, an online adult store where products are sorted by body part or type of play, not gender.



**Related story**
**Sextech startups abandon the "intimidating" penis-shaped vibrator**

"We wanted to disrupt the sex toy industry, educate our customers and banish the binary by offering non-gendered products," said Nick.

"While we're very proud of the products we've been able to carry and the work that we've done, we've always felt that there isn't a single product that truly represents our goals and mission."



dream that seduced many"



### Subscribe



Subscribe to our newsletters

Email

**Next**

**Stacie Woolsey creates her own masters course as "viable alternative" to design education**



https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral-sex-toy-enby-for-all-of-lifes-transitions
/          06/17/2019 01:20:45 PM





*It has three speeds and five patterns of vibration*

The gender-neutral sex toy has three speeds and five patterns of vibration, and comes in two colours: black or purple.

It comes during a renaissance in sex toy design that has seen a shift away from penis-shaped objects. Instead, the latest vibrators are more likely to have smooth and minimal, abstracted forms – alongside the occasional avocado or flying saucer.

Other recently launched products include Dame's compact Fin vibrator, worn over the finger like a ring, and Buck Off, a toy designed especially for transgender men.

Read moreDesign | Sex toys | Products | Sex

**Stripped-back surfaces appear throughout Hackney apartment**



## Subscribe to our newsletters

Email

**Next**

Popular jobs        Featured jobs

https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral-sex-toy-enby-for-all-of-lifes-transitions
/        06/17/2019 01:20:45 PM

## ⊙ More images

   

### Share and comment

  

15 comments

### More
Architecture
Interiors
Design
Technology

## Recommended stories



Kappland Arkitekter perches Cabin Stokkøya on rugged landscape of Norwegian island



10 bunker-like houses in Japan that offer total privacy



Bjarke Ingels says a style is "like a straitjacket"



Apple keeps it simple with new "monster" Mac Pro

Studio Seilern Architects raises the roof of Andermatt concert hall



Lianjie Wu designs affordable homes that are deliberately left unfinished



Nike channels 1980s nostalgia into Stranger Things sportswear collection



Eight designers to watch from the Royal College of Art's 2018 fashion graduates

HASSELL

1 Project administrator at Hassell

2 Architect at Material Works Architecture

3 Designer at Surface to Air

4 Interior design procurement lead at Millier

5 Architectural assistant – Revit at Adamson Associates

**Fran Silvestre Arquitectos creates walkway on top of glazed Hoffman House**



**Dame's compact Fin vibrator slots between two fingers**



**Recommended movies**





Studio Bark's modular U-build system lets anyone self-build sustainably

Watch footage of Fredrik Tjærandsen's balloon fashion that went viral

**Dezeen Jobs**





MIT researchers engineer "cyborg" plants for motion-tracking and sending notifications

Olafur Eliasson joins with IKEA to encourage people to harvest their own power

**Dezeen Awards**

---

**Comments**

Visit our comments page | Read our comments policy

15 Comments          Dezeen                                    Login ⌄

Recommend          t Tweet   f Share                      Sort by Newest ⌄



Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦

Ⓓ Ⓕ Ⓣ Ⓖ          Name

**Maciek Kwiatkowski** · a day ago · edited

Dezeen, you are very backward – on other architectural portals they are already promoting "eager goat" toys. You must accelerate your march towards full liberation.

△ | ▽ · Reply · Share ›

https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral-sex-toy-enby-for-all-of-lifes-transitions
/          06/17/2019 01:20:45 PM

gerrard coetzee · a day ago · edited

Is this site predominantly "architectural and design related" or sex shop toys, oh my!

△ | ▽ · Reply · Share ›

Thomas · 3 days ago

Jordan Peterson please help us!

△ | ▽ · Reply · Share ›

Volanti · 3 days ago

So this is the end of the internet...

2 △ | ▽ · Reply · Share ›

Le Ego · 3 days ago

Does it go on your bike seat?

1 △ | ▽ · Reply · Share ›

> mcmlxix > Le Ego · 3 days ago
>
> South Park was worse.
>
> △ | ▽ · Reply · Share ›

> James Egnor > Le Ego · 3 days ago · edited
>
> If you see someone riding their bike over and over a speed-bump or railroad trestles, then the answer is "yes".
>
> 1 △ | ▽ · Reply · Share ›

James Egnor · 3 days ago · edited

Upon seeing the first photo, I thought this was just a large Hershey's kiss. Apparently not.

1 △ | ▽ · Reply · Share ›

Starcruzer · 3 days ago · edited

Do they feature any males in their promo shots?

△ | ▽ · Reply · Share ›

> gerrard coetzee > Starcruzer · a day ago · edited
>
> No need, some males already have the junk.
>
> △ | ▽ · Reply · Share ›

> Jacob Volanski > Starcruzer · 3 days ago · edited
>
> Yes.
>
> △ | ▽ · Reply · Share ›

Mr.A · 3 days ago · edited

What am I looking at?

1 △ | ▽ · Reply · Share ›

Le canal hertzien · 3 days ago · edited

https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral-sex-toy-enby-for-all-of-lifes-transitions
/        06/17/2019 01:20:45 PM



Le canal hertzien · 2 days ago · edited

I don't understand the purpose of this thing.

△ | ▽ · Reply · Share ›

Aaron > Le canal hertzien · 2 days ago · edited

Perhaps that's a reflection of you and not the product?

△ | ▽ · Reply · Share ›

Le canal hertzien > Aaron · 2 days ago · edited

Could be true since I'm not gender neutral and I have no use of a sex toy.

△ | ▽ · Reply · Share ›

✉ Subscribe        🔒 Disqus' Privacy Policy

Create a Dezeen Jobs account now and start applying!

dezeenjo

◀❮ ❯▶ Highlights



Robot artwork



Uber Air Skyports



Nicholas Grimshaw steps down



"Housing is an urgent task"

Magazine
Awards
Jobs

Architecture
Interiors
Design
Technology

Movies
Comments
Opinion
Subscribe

Submit a story
Advertise
Privacy notice
Contact

https://www.allure.com/story/enby-review-wild-flower-sex-toy-gender-free          06/17/2019 01:25:13 PM

☰  *allure*



SEX

# I Tried the Enby, a New Sex Toy Designed to Fit the Needs of All Genders and Genitals

In a market flooded by unnecessarily gendered products that require way too many workarounds, **Wild Flower** has launched the toy we've all been waiting for.

BY KASANDRA BRABAW

June 5, 2019



https://www.allure.com/story/enby-review-wild-flower-sex-toy-gender-free        06/17/2019 01:25:13 PM



Courtesy of Brand

The night I met Chris*, he had been on just three dates with my roommate, yet a mere 30 minutes after I first shook his hand, we were talking about our sex lives. This experience isn't out of the ordinary for me: When I tell people I write about sex, they suddenly feel comfortable asking very personal questions. This time, however, I was shaken because Chris asked me a question that I could not answer: **"Where are all the sex toys for transgender men?"**

Now, several months later, I have an answer for Chris: He should try the **Enby**.

## What Makes the Enby Different

Though I could point Chris to several toys that would feel good on his body, I couldn't name one that was *made* for him, as the majority of the market is designed with either cisgender men or women in mind. What's more, toys are often unnecessarily gendered by companies and retailers alike. For years, nearly every vibrator you could buy was pink. Many feature names like "the Womanizer" and "Mr. Swirly," and are sold within "For Her" and "For Him" categories. Fortunately, this is (slowly) changing as more women and queer and transgender people create sex toys and open sex-toy shops.

**Enby** is a new gender-free sex toy from **Wild Flower**. What is a "gender-free sex toy," you ask? Unlike most products in its genre, the Enby was designed to fit the needs of any genitals and gender, thus the name. (The word "enby" is often used as shorthand for nonbinary people; "nonbinary" is abbreviated to "NB," pronounced "enby.")

Depending on your anatomy, you can bend the toy into a penis sleeve or rub your clit against it. It can

Depending on your anatomy, you can bend the toy into a penis sleeve or rub your clit against it. It can also be put into a strap-on harness or slipped between two bodies during partner play, according to Wild Flower's cofounders, **Nick** and **Amy Boyajian**. The couple designed the Enby to meet their own needs, as well as the needs of friends and customers. Amy, who's nonbinary, wished for a sex toy they could hump while masturbating on their stomach, and customers wanted something they could use with a strap-on.

Courtesy of Brand

"So many people wrote emails asking us to recommend toys that they could slip into a harness," Amy tells *Allure*. "They were like, 'I love wearing my strap and fucking my partner, but it's not doing anything for me.'" Others wanted something that would add vibration to partnered sex, but didn't need to be held or inserted into a vagina or anus. And others needed sex toys that would transition with them — a need that is rarely, if ever, addressed within the industry.

## How the Enby Works

Nick and Amy set to work designing a toy to fit everyone's needs. The result: a vibrator that resembles something like a stingray, and comes in black and a deep purple, colors chosen by Amy and Nick because they're often considered gender-neutral. The toy has super flexible wings that make it easy to bend, a flexible curved hump on the top, and three ridges on the bottom.

ADVERTISEMENT

Courtesy of brand

All of these features combined make this vibrator incredibly versatile, and that makes Enby a perfect toy for Chris and other transgender and nonbinary folks. In fact, a transgender friend of Amy and Nick's helped inspire Enby. Soon after they started drawing up the plans, Amy and Nick were talking with a friend who'd recently had genital reconstruction. She had to throw away all of her sex toys after surgery, she complained, because they didn't work with her new body and was left with the expensive task of re-creating her sex-toy collection.

Expense aside, gender-free toys like Enby fill an important need for trans and nonbinary people. Lots of sex toys would work for Chris's anatomy, but those toys are marketed for women. Using them, he told me, made his gender dysphoria stronger — meaning that he felt a bigger disconnect between his body and his gender. Enby is made for all bodies and all genders. It's what Chris was looking for when he wanted a toy made for him.

Courtesy of Brand

As with most sex toys, those who have tried Enby have gotten creative. You can lay it on a bed or any other flat surface and rub yourself against the tip; you can fold the edges in your fist to create a masturbation sleeve; you can put it face down into a harness; and you can put it between you and your partner during sex.

## A Range of Reviews for the Enby

I tried laying on my stomach and rubbing against Enby, and it felt incredible. It's an amazing toy for anyone who enjoys a humping motion during sex, solo or partnered. While some people suggested putting Enby on top of a pillow and grinding against it, that didn't work as well for me. Some of the vibration was lost as the toy sunk into the pillow's soft surface and it didn't connect with my clit as much as it did when it was on the harder surface of my bed.

ADVERTISEMENT

ADVERTISEMENT

My girlfriend and I also tried Enby in our strap-on harness. She slipped it beneath our silicone dildo, both with the curved tip facing toward her body and away from it. The vibrations felt nice, she said, but not SO nice that she could get off while also getting me off. The feeling simply wasn't strong enough to make her orgasm, and she had trouble keeping the toy in the right spot as she thrust. But the night wasn't a loss,

by any means. While Enby didn't give my girlfriend an orgasm, it did make the dildo we use vibrate, which took our usual strap-on sex to new heights for me.

Nick and Amy had several friends try the toy, and asked for their feedback. Not surprisingly, they had a range of experiences with Enby, each involving a different technique to get off. "I loved how well it stayed in place against a pillow as I rubbed against it," their friend Kate says of their experience. Marielle says, "There's so much to do with just one toy! I really like putting it on my boyfriend's body and grinding against it during sex and riding it like a bike seat against my pillow." Another tester, Michael, enjoyed the feeling of the ribs against his penis. And Angel was thrilled to finally have a toy they could use with their transitioning body.

Courtesy of Brand

Overall, I'd recommend Enby for anyone, regardless of gender or genitalia. As with any other sex toy, you'll have to play around with it to determine how it best works for your body, but it's absolutely worth it once you find that sweet spot. (Plus, playing around is half the fun, right?)

Starting June 5, you can preorder Enby on **Wildflowersex.com** for $75. (The brand notes that preorders will be in customers' hands by the last week of June.) If you're debating snagging an independently owned, gender-inclusive device for your summer sex-toy lineup, now's the perfect time to decide to place your order.

*Names have been changed for privacy.*

Courtesy of Brands

ADVERTISEMENT

**Now read more about sex toys:**

- The 23 Best Sex Toys for Couples to Use Together

- Everything You Need to Know About Pegging Your Partner
- This Vibrator Made Me Realize I'm a Squirter

---

**Done reading? Now watch 100 years of tattoos:**

*Follow Allure on* Instagram *and* Twitter*, or* subscribe to Allure's newsletter *for daily beauty stories delivered right to your inbox.*

---

## Read More

---

9:19:08 AM 6/18/2019

https://www.askmen.com/news/dating/wildflower-releases-enby-the-first-gender-neutral-sex-toy.html





Those looking for a little more inclusivity in their foreplay and what follows might want to consider a new sex toy aimed at every possible shape, size, and sexual orientation. Enby – or NB, which is a common acronym for nonbinary – presents a brand new dimension in erotic play for every

body on Earth. While traditional toys pulled from the pleasure chest have typically been designed for cisgendered men and women, the playful Enby is configured to fit all genitalia in a variety of different ways.

Enby comes to the world from Wild Flower, a sex toy retailer whose founders are often noted for their commitment to inclusiveness and sensitivity. While Wild Flower founders Nick and Amy Boyajian had catered to frisky folks of all different persuasions for some time, they finally decided it was time to create their own, original toy.

Although Wild Flower's co-founders have created a site of more than 350 products sorted by play or body part, it has never been sorted by gender. The founders have always been driven by the goal to find a way to take gender out of sex toys.

According to Nick and Amy, customer demand for sex toys means sex toys need to meet practical needs such as slipping between bodies during sex, being quiet, and fitting in a harness. The toys must also avoid prescribing an identity or sexual style onto its user. The team wanted to make sure their products welcomed all bodies and types of play without subscribing to the typical gender norms often found in the adult industry.

Amy and Nick Boyajian also didn't cut any corners when it comes to the variety of ways you can use Enby to get down to business. First, you can fold the device into a wildly impressive and impromptu penis sleeve for those who have that particular set of equipment. Meanwhile, you can also place it against the clitoris for some seriously sexy vibes, if that's your thing.

Wild Flower describes Enby as "genderless," in keeping with its nonbinary name. It is silent and includes the practicality of being able to slip between bodies and attach to a harness. However, it also offers two different colorways – a pitch black and a royal purple. Given the stingray-like shape of the toy, it is wholly flexible and able to contort into a variety of different shapes. The toy for two – or more – also boasts a trio of textured ridges on the bottom, and a soft, curvy hump on top.

**RELATED: The 34 Best Sex Toys for Men**

In the spirit of greater inclusivity, Enby was designed, and lovingly crafted after the minds at Wild Flower who spent countless hours querying the LGBTQ community on their secret wishes and desires. Above all, it was important to them – and their broadening range of customers from all walks of life – that the Enby did not project an identity or sexual style upon the user.

For many people, Enby is an extremely novel, cutting-edge product. Having only been released days ago, early reviews from a wide range of

customers have been stellar. It's possible that the world's first gender-neutral sex toy will lead to new (and better) sex for everyone.

**You Might Also Dig:**

- Sex Toys for Beginners
- The Best Sex Toys for Couples
- The Best Discreet Sex Toys



**ESSENTIAL**

The Lessons Men Have Learned From Their Fathers

> READ MORE

Next Article »

Show comments (0)

Sex Toys    news

# FROM THE WEB

Powered by ZergNet



**THE 5 PEOPLE YOUR SPOUSE IS MOST LIKELY TO**



**SCIENCE REVEALS WHAT WOMEN FIND MOST PHYSICALLY A**



**BIZARRE THINGS ONLY AMERICANS FIND ATTRACTIVE**



**WHAT YOU SHOULD KNOW BEFORE EATING MOVIE**

# Recommended Reading





**HOME DEALS**

Game of Moans?



**HOME DEALS**

15% Off



**CAREER & MON**

Trending News:



**HEALTH**

Teens Watching

Game of Moans?
Save On Geeky
Bedroom Toys
With This
Exclusive Code

10% Off
LoveHoney.com
for a Limited Time
Only

Trolling News:
UT Students
Launch 'Cocks
Not Glocks' Gun
Protest Campaign

Teens Watching
Porn Isn't Harmful
to Sex Lives Later



## NEWS

Career & Money

Dating

Entertainment

Food & Booze

Health

Home & Auto

Style & Fashion

Tech

## SEX

Sex Positions

Sex Tips

Sex Toys &
Games

Sexual
Experiences

Sexual Health

## DATING

Dating Advice

Dating
Experiences

Best Online
Dating Sites

Relationship
Advice

## GROOMING

Fragrances

Hair

Shaving

Skin

## STYLE

Accessories

Fashion Advice

Fashion Trends

Shopping

Underwear

## FITNESS

Health

Mental Health

Nutrition

Weight Loss

Workout

## GEAR

Hobby

Home

Tech

Toys

Travel

Work

## MAN SKILLS

Auto

Essential

Home

Random

Survival

## DEALS

Health Deals

Home Deals

Style Deals

Tech Deals

## CAREER & MONEY

## HOME & AUTO

## GIFTING

Anniversaries

## REVIEWS

Best Subscription

## FOOD & BOOZE

Career

Money

Productivity

Self-Improvement

Auto

Home

Parenting

Pets

Tools

Anniversaries

Birthdays

Father's Day

Holidays

Mother's Day

Valentine's Day

Weddings

Best Subscription
Services

Classes

Meal Kits

Products

Booze

Food

## ENTERTAINMENT

Celebs

Guy Perspective

Media

Music

Sports

Travel

TV & Film

   

© 2019 ZIFF DAVIS CANADA, INC. ALL RIGHTS RESERVED.

AskMen, Become a Better Man, Big Shiny Things, Mantics and guyQ are among the federally registered trademarks of Ziff Davis Canada, Inc. and may not be used by third parties without explicit permission.

Media Kit    Contact Us    Terms of Use    Privacy Policy    Accessibility Statement             ▷ AdChoices

IGN    PCMag    Offers.com    Geek    ExtremeTech    Toolbox    SpeedTest



| | |
|---|---|
| **To:** | Boyajian Products LLC (Kgrant@grantipattorneys.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88282201 - ENBY - N/A |
| **Sent:** | 6/18/2019 9:46:52 AM |
| **Sent As:** | ECOM104@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **6/18/2019** FOR U.S. APPLICATION SERIAL NO. 88282201

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **6/18/2019** (*or sooner if specified in the Office action*). A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period. For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 88282201 | FILING DATE | 01/30/2019 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SHANOSKI, JOANNA MARIE | L.O. ASSIGNED | 104 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/30/2019 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 05/29/2019 |
| LITERAL MARK ELEMENT | ENBY |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | ENBY |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Boyajian Products LLC |
| ADDRESS | 99 Wall Street, Suite 1420<br>New York, NY 10005 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | New York |
| DBA/AKA | DBA Wild Flower |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 010 |
|---|---|
| DESCRIPTION TEXT | Sex toys |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 010 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/29/2019 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 05/28/2019 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 05/28/2019 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 05/20/2019 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 007 |
| 04/11/2019 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 04/11/2019 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 04/11/2019 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 04/09/2019 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 02/22/2019 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 02/02/2019 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Kristin Grant |
|---|---|
| CORRESPONDENCE ADDRESS | KRISTIN GRANT<br>Grant Attorneys at Law PLLC<br>40 Exchange Place, Suite 1306<br>New York NY 10005 |
| DOMESTIC REPRESENTATIVE | NONE |

# ENBY

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

### The table below presents the data as entered.

| | |
|---|---|
| **SERIAL NUMBER** | 88282201 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 104 |
| **MARK SECTION** | |
| **MARK** | https://tmng-al.uspto.gov/resting2/api/img/88282201/large |
| **LITERAL ELEMENT** | ENBY |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |
| Please see the actual argument text attached within the Evidence section. | |
| **EVIDENCE SECTION** | |
| **EVIDENCE FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | evi_981136115-20190528163827554084_._ROA_ENBY_28May2019.pdf |
| **CONVERTED PDF FILE(S)** (3 pages) | \\TICRS\EXPORT17\IMAGEOUT17\882\822\88282201\xml5\ROA0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\882\822\88282201\xml5\ROA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\882\822\88282201\xml5\ROA0004.JPG |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /Kristin Grant/ |
| **SIGNATORY'S NAME** | Kristin Grant |
| **SIGNATORY'S POSITION** | Attorney of record, New York bar member |
| **SIGNATORY'S PHONE NUMBER** | 2125207881 |
| **DATE SIGNED** | 05/28/2019 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue May 28 16:45:07 EDT 2019 |
| **TEAS STAMP** | USPTO/ROA-XX.XXX.X.XXX-20 190528164507794959-882822 01-62025301d233e9bbc55675 9423bf55f517e3caa78cc9e10 226fbc26136be226135-N/A-N /A-20190528163827554084 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **88282201** ENBY(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/88282201/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

Please see the actual argument text attached within the Evidence section.

**EVIDENCE**

**Original PDF file:**
evi_981136115-20190528163827554084_._ROA_ENBY_28May2019.pdf
**Converted PDF file(s)** ( 3 pages)
Evidence-1
Evidence-2
Evidence-3

**SIGNATURE(S)**
**Response Signature**
Signature: /Kristin Grant/　　Date: 05/28/2019
Signatory's Name: Kristin Grant
Signatory's Position: Attorney of record, New York bar member

Signatory's Phone Number: 2125207881

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the owner/holder in this matter: (1) the owner/holder has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the owner/holder has filed a power of attorney appointing him/her in this matter; or (4) the owner's/holder's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 88282201
Internet Transmission Date: Tue May 28 16:45:07 EDT 2019
TEAS Stamp: USPTO/ROA-XX.XXX.X.XXX-20190528164507794
959-88282201-62025301d233e9bbc556759423b
f55f517e3caa78cc9e10226fbc26136be226135-
N/A-N/A-20190528163827554084

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| Applicant: | Boyajian Products LLC |
| Mark: | ENBY |
| Serial No: | 88282201 |
| Filing Date: | 1/30/2019 |
| Trademark Examining Attorney: | Joanna M Shanoski |
| Law Office: | 104 |

**RESPONSE TO OFFICE ACTION**

The Office Action dated April 11, 2019, was received and carefully reviewed and the following response has been submitted.

### I.    INTRODUCTION

The Examining Attorney has refused registration of the applied-for mark pursuant to Section 2(e)(1) of the Trademark Act, on the grounds that Applicant's mark is merely descriptive. In light of the below arguments, Applicant respectfully requests that the Examining Attorney withdraw the refusal to register the mark.

### II.    STANDARD

The Examining Attorney bears the burden of showing that a mark is merely descriptive of the relevant goods or services. *In re Remacle*, 66 USPQ2d 1222, 1224 (TTAB 2002); *see also In re Crocker*, 223 USPQ 152, 154 (TTAB 1984). If there are any doubts as to whether the mark is merely descriptive, the Examining Attorney should resolve the issue in favor of Applicant and proceed with registration. *In re Grand Metropolitan Foodservice, Inc.*, 30 USPQ2d 1974 (TTAB 1994); *In re Micro Instrument Corp.*, 22 USPQ 252, 255 (TTAB 1984); *In re Morton-Norwich Products Inc.*, 209 USPQ 791 (TTAB 1981).

### III.    MERELY DESCRIPTIVE REFUSAL - 2(e)(1)

In determining whether a mark is merely descriptive, courts look to see whether the mark describes an ingredient, quality, characteristic, function, feature, purpose, or use of the specified goods or services. TMEP § 1209.01(b); *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984). The word

ENBY
Serial No. 88282201
Page 2

"merely" is to be taken in its ordinary meaning — that is, that when considered with the particular

goods and services, the mark, because of its meaning, does nothing but describe the goods or

services. *In re Colonial Stores, Inc.,* 394 F.2d 549, 157 USPQ 382 (CCPA 1963); *In re Quik-Print*

*Copy Shop, Inc.,* 616 F.2d 523, 205 USPQ 505 (CCPA 1980). If some imagination, thought or

perception is required to determine the nature of the goods or services from the mark, the mark is

suggestive, and thus registrable. See *In re Shutts*, 217 USPQ 363 (TTAB 1983) (SNO RAKE held

not merely descriptive of a snow removal hand tool); (SPEEDI BAKE for frozen dough found to

fall within the category of suggestive marks, because it only vaguely suggests a desirable

characteristic of frozen dough, namely, that it quickly and easily may be baked into bread); *In re*

*Pennwalt Corp.*, 173 USPQ 317 (TTAB 1972) (DRI-FOOT held suggestive of anti-perspirant

deodorant for feet in part because, in the singular, it is not the usual or normal manner in which

the purpose of an anti-perspirant and deodorant for the feet would be described); *In re Tennis in*

*the Round, Inc.*, 199 USPQ 496, 497 (TTAB 1978).

    The Board has made it clear that in order for a mark to be considered merely descriptive,

the term must describe the goods or services *with particularity*. *In re Plus Products*, 211 USPQ

1199, 1204-05 (TTAB 1981); *see also In re TMS Corp. of the Americas*, 200 USPQ 57, 59 (TTAB

1978) (THE MONEY STORE held registrable since it fell short of describing applicant's services

in any one degree of particularity); *Holiday Inns, Inc. v. Monolith Enterprises*, 213 USPQ 949,

952 (TTAB 1981) (THE AMERICAN CAFÉ held registrable since "American" failed to

*immediately* tell a diner of what dinner to expect). The goods identified by the Applicant are "sex

toys" in Class 10 and are directed to any consumer regardless of gender or sexuality. In

determining descriptiveness, we must consider "the context in which [a mark] is being used, and

the possible significance that the term would have to the average purchaser of the goods because

of the manner of its use or intended use." *Chamber of Commerce of the U.S.*, 102 USPQ2d 1217,

1219 (Fed. Cir. 2012). The term ENBY does not describe the goods nor does it identify the

intended user. When used in relation to the goods, the consumer would need to use some

imagination, thought or perception and would understand that the mark suggests that the goods

themselves are non-binary and intended for all, not that the goods are intended for non-binary

individuals.

    The examiner states that two major reasons for not protecting descriptive marks are (1) to

prevent the owner of a descriptive mark from inhibiting competition in the marketplace and (2) to

ENBY
Serial No. 88282201
Page 3

avoid the possibility of costly infringement suits brought by the trademark or service mark owner.

The fact that a mark has the potential to be used descriptively does not, in and of itself, render that

mark generally descriptive in relation to the goods or services offered. For example, the owner of

THE AMERICAN CAFÉ trademark would not necessarily be able to prevent another restaurant

owner from describing its restaurant as an American café. The term enby is a phonetic equivalent

of NB which is short for non-binary. Registration of EBNY in relation to sex toys would not

prevent other companies from marketing sex toys and similar goods/services to non-binary

consumers, it would simply prevent competitors from branding their products with the ENBY

mark. Since the ENBY mark does not describe the goods with particularity, does not identify the

intended user and registration thereof would not inhibit competition, the applicant respectfully

requests that the examining attorney reconsider its refusal.


IV.    CONCLUSION

For the reasons stated above, Applicant respectfully requests that the Examining Attorney

reconsider the merely descriptive refusal and allow the application to proceed to publication.

# Change Of Correspondence Address

**The table below presents the data as entered.**

| | |
|---|---|
| **SERIAL NUMBER** | 88282201 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 104 |
| **MARK SECTION** | |
| **MARK** | ENBY (see, https://tmng-al.uspto.gov/resting2/api/img/88282201/large) |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | KRISTIN GRANT<br>GRANT ATTORNEYS AT LAW PLLC<br>211 EAST 43RD STREET, 7TH FLOOR<br>NEW YORK New York 10017<br>US<br>212-520-7881<br>Kgrant@grantipattorneys.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | KRISTIN GRANT<br><br>Grant Attorneys at Law PLLC<br>40 Exchange Place, Suite 1306<br>New York<br>New York<br>United States<br>10005<br>2125207881<br>Kgrant@grantipattorneys.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER** | |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Kristin Grant/ |
| **SIGNATORY NAME** | Kristin Grant |
| **SIGNATORY DATE** | 05/20/2019 |
| **SIGNATORY POSITION** | Attorney of record, New York bar member |
| **SIGNATORY PHONE NUMBER** | 2125207881 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon May 20 11:23:24 EDT 2019 |
| **TEAS STAMP** | USPTO/CCA-XX.XXX.X.XXX-20<br>190520112324246927-880167<br>43-620f975823cae1e81dc3aa<br>e57557f3fb65aba145526e14a<br>5b81fe1cda8c4dbeea8-N/A-N<br>/A-20190520111750286937 |

| | |
|---|---|
| **To:** | Boyajian Products LLC (Kgrant@grantipattorneys.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88282201 - ENBY - N/A |
| **Sent:** | 4/11/2019 8:58:43 AM |
| **Sent As:** | ECOM104@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 88282201

**MARK:** ENBY

**CORRESPONDENT ADDRESS:**
    KRISTIN GRANT
    GRANT ATTORNEYS AT LAW PLLC
    211 EAST 43RD STREET, 7TH FLOOR
    NEW YORK, NY 10017

**APPLICANT:** Boyajian Products LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
    N/A
**CORRESPONDENT E-MAIL ADDRESS:**
    Kgrant@grantipattorneys.com

# *88282201*

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

## OFFICE ACTION

# STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE:** 4/11/2019

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SEARCH OF OFFICE'S DATABASE OF MARKS**

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

*SUMMARY OF ISSUES*:

- Refusal- Descriptiveness

**SECTION 2(e)(1) REFUSAL - MERELY DESCRIPTIVE**

Registration is refused because the applied-for mark merely describes the intended user of applicant's goods.  Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

Determining the descriptiveness of a mark is done in relation to an applicant's goods and/or services, the context in which the mark is being used, and the possible significance the mark would have to the average purchaser because of the manner of its use or intended use.  *See In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012) (citing *In re Bayer Aktiengesellschaft*, 488 F.3d 960, 963-64, 82 USPQ2d 1828, 1831 (Fed. Cir. 2007)); TMEP §1209.01(b).  Descriptiveness of a mark is not considered in the abstract.  *In re Bayer Aktiengesellschaft*, 488 F.3d at 963-64, 82 USPQ2d at 1831.

Two major reasons for not protecting descriptive marks are (1) to prevent the owner of a descriptive mark from inhibiting competition in the marketplace and (2) to avoid the possibility of costly infringement suits brought by the trademark or service mark owner.  *In re Abcor Dev. Corp.*, 588 F.2d 811, 813, 200 USPQ 215, 217 (C.C.P.A. 1978); TMEP §1209.  Businesses and competitors should be free to use descriptive language when describing their own goods and/or services to the public in advertising and marketing materials.  *See In re Styleclick.com Inc.*, 58 USPQ2d 1523, 1527 (TTAB 2001).

A mark that describes an intended user or group of users of a product or service is merely descriptive.  *E.g., In re Planalytics, Inc.*, 70 USPQ2d 1453 (TTAB 2004) (holding GASBUYER merely descriptive of intended user of risk management services in the field of pricing and purchasing natural gas); *In re Camel Mfg. Co.*, 222 USPQ 1031 (TTAB 1984) (holding MOUNTAIN CAMPER merely descriptive of intended users of retail and mail order services in the field of outdoor equipment and apparel); *see* TMEP §1209.03(i).

The term ENBY refers to a person who does not identify their gender specifically as either a male or a female.  See attached Internet and dictionary evidence at:

https://www.dictionary.com/e/gender-sexuality/enby/

https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like

https://www.verywellmind.com/what-does-it-mean-to-be-non-binary-or-have-non-binary-gender-4172702

The applicant's goods are sex toys. When the mark is applied to the applicant's goods, the consumer is immediately informed that the sex toys are made specifically for use by people who are ENBY, or who do not identify their gender as either male or female.  Thus, the mark describes the intended user of applicant's goods, and must be refused.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

***Supplemental Register Information***

Although an amendment to the Supplemental Register would normally be an appropriate response to this refusal, such a response is not appropriate in the present case. The instant application was filed under Trademark Act Section 1(b) and is not eligible for registration on the Supplemental Register until an acceptable amendment to allege use meeting the requirements of 37 C.F.R. §2.76 has been timely filed. 37 C.F.R. §2.47(d); TMEP §§816.02, 1102.03.

If applicant files an acceptable allegation of use and also amends to the Supplemental Register, the application effective filing date will be the date applicant met the minimum filing requirements under 37 C.F.R. §2.76(c) for an amendment to allege use. TMEP §§816.02, 1102.03; *see* 37 C.F.R. §2.75(b). In addition, the undersigned trademark examining attorney will conduct a new search of the USPTO records for conflicting marks based on the later application filing date. TMEP §§206.01, 1102.03.

## RESPONSE GUIDELINES

To expedite prosecution of the application, applicant is encouraged to file its response to this Office action online via the Trademark Electronic Application System (TEAS), which is available at http://www.uspto.gov/trademarks/teas/index.jsp. If applicant has technical questions about the TEAS response to Office action form, applicant can review the electronic filing tips available online at http://www.uspto.gov/trademarks/teas/e_filing_tips.jsp and e-mail technical questions to TEAS@uspto.gov.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although the trademark examining attorney cannot provide legal advice or statements about applicant's rights, the trademark examining attorney can provide applicant with additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06. Although the USPTO does not accept emails as responses to Office actions, emails can be used for informal communications and will be included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

Shanoski, Joanna
/Joanna M Shanoski/
Examining Attorney- Law Office 104
E-mail: Joanna.Shanoski@uspto.gov
Phone: (571) 272-9707

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at

http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

https://www.dictionary.com/e/gender-sexuality/enby/        04/11/2019 08:49:47 AM



# enby

[**en**-bee]

## What does **enby** mean?

In the LGBTQ community, an *enby* is a nonbinary person. It's a phonetic pronunciation of *NB*, short for *nonbinary*, or people who do not identify their gender as male or female.

ORIGIN    EXAMPLES    USAGE

### RELATED WORDS

queer

nonbinary gender
genderflux
gender-fluid
gender-neutral
pronouns
juxera
proxvir
demisexual

## Examples of enby

https://www.dictionary.com/e/gender-sexuality/enby/            04/11/2019 08:49:47 AM



@Meggukun, October 2018

Martie Sirois, *Scary Mommy*, July 2017

ly trans woman just felt like..... like I didn't feel valid as such? / Yeah, yeah, I know, of course I am. / but that's why I'm questioning my id right now a little bit, gotta sle

@mololabo, November 2018

## Where does enby come from?

While we can see examples of nonbinary genders in Southeast Asia (*hijra*) and Native American cultures (*two-spirit*), the term *nonbinary* came into the Western mainstream with greater visibility and inclusion of gender diversity in the 2000s.

Gender Wiki

SEE NEXT WORD

demisexual
enby
femboy
femdom
folx
foot fetish

bluedollgamuk.tumblr.com        sfermonster.tumblr.com

PINTEREST

*Enby* itself emerges at least by 2013, when it was defined on *Urban Dictionary*

https://www.dictionary.com/e/gender-sexuality/enby/        04/11/2019 08:49:47 AM

*Enby* itself emerges at least by 2013, when it was defined on *Urban Dictionary* and attributed to Tumblr, the social media platform known for its active transgender and genderqueer community and lexicon. *Nonbinary* was shortened to *NB*, which, if its letters are phonetically pronounced and then spelled out, yields *enby*. The idea of *enby* is to give nonbinary people a short-hand equivalent to their binary counterparts, e.g., *(a) boy/male/man* and *(a) girl/female/woman*.



**Mx. AC Dumlao | Call Me They**
@mxacdumlao

Everyone: Happy International Women's Day!
Me, an enby:

♡ 742   11.04 AM · Mar 8, 2018

💬 182 people are talking about this                          ›

Search interest in *enby* spiked in 2018, likely due to celebrities coming out or identifying as nonbinary individuals. For instance, in July 2018, actor Bex Taylor-Klaus of TV show *The Killing* fame tweeted she was *enby*.



✨Herr Professor Doctor Doctor Bex Taylor-Klaus✨
@IBexWeBex

I came out as trans non-binary in a room full of people today. Guess it's time for me to do that on here, too ...

Hi. I'm Bex, and the rumors are true. I'm v enby.

♡ 17.3K   10:06 PM · Jul 28, 2018                         ⓘ

💬 3,324 people are talking about this                        ›

Gender identities are often represented by a flag–sometimes with several variants than one. This is perhaps the most recognized *enby* flag:

https://www.dictionary.com/e/gender-sexuality/enby/        04/11/2019 08:49:47 AM



https://www.dictionary.com/e/gender-sexuality/enby/          04/11/2019 08:49:47 AM

## Who uses enby?

*Enby* can be a noun, e.g., "They're an *enby*," or modifier, "They're an *enby*
person." The term is primarily used by people who self-identify as *enby*, or in
discussions of the LQBTQ community generally, especially on topics of more
inclusive language in the popular and public lexicon. (E.g., not defaulting to
terms like *boys* and *girls* in school.)



fenny, probably overcosted
@magicalfeyfenny

I'm definitely some sort of girl-adjacent enby tho tbh

♡ 7   12:19 AM - Nov 8, 2018

👤 See fenny, probably overcosted's other Tweets

More than being a much-deserved shorthand for the longer *nonbinary* or
*nonbinary person*, the term *enby* also has a more conversational and lexical
naturalness to it, while the abbreviation *NB* can stand out.



OUR QUEER STORIES

Less interestingly, *enby* is also a very common typo for *envy*, given that the *V*
and *B* key are right next to each other on the QWERTY keyboard.

 ← PREVIOUS WORD: demisexual          NEXT WORD: femboy →

---

JUST ADDED:  complexifier — gendervoid — genderfuck — Mondaze — demotional

---

Start your day with weird words, fun quizzes, and language stories.

example@email.com          SUBMIT

© 2019 Dictionary.com, LLC.

About & Contact          Cookies, Terms, & Privacy

https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like          04/11/2019 08:51:10 AM

them.                                                                    Sign Up



CULTURE

# This Is What Gender-Nonbinary People Look Like

"While the words we use to describe ourselves have changed over time, we have always been here."



BY MEREDITH TALUSAN
November 20, 2017



https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like        04/11/2019 08:51:10 AM



Abdool Corlette

It was raining hard when I walked into a building in the Chelsea district of Manhattan, and my coat — a women's coat, though I specifically chose one that didn't feel so womanly — was soaked when I peeled it off. As I took that layer off, there was another women's yet not particularly womanly sweater underneath. I took the elevator to the GLAAD offices where a photo studio was set up for one of their Trans Awareness Week initiatives, the #BeyondtheBinary campaign.

The #BeyondtheBinary campaign was created to make the public more aware of people like me — people who don't believe in the idea that there are only two genders. I asked myself if my nondescript grey sweater could adequately represent my life as a nonbinary person and decided it couldn't, so I removed yet another layer to reveal a colorblocked top underneath. I found this top in the women's section of a store, but knew it was something that a man could wear and get away with. This is a big part of what it's like to be a nonbinary person: to dig through layers as I negotiate how I present myself to the world so that the world can perceive me the way I perceive myself, even when I'm often forced to use imperfect instruments of clothing that presume only two genders. I hope that these

https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like          04/11/2019 08:51:10 AM

words by and photographs of nonbinary people can keep nudging this world into fully recognizing our existence.

Jacob Tobia, Author & Producer | *they/them*



Abdool Corlette

### What does being nonbinary mean to you?

It means letting myself explore the fullness of my creativity. It means transcending the boundaries that have been placed around my body. It means living my life with integrity, courage, and clarity.

### What is something you would like people to know about nonbinary folks?

I'd like people to know that, while the term "nonbinary" sounds very technical, it's not actually all that complicated. I'd like people to know that they don't have to tiptoe around someone who is nonbinary. Just because someone is nonbinary doesn't mean that you have to worry about saying the wrong thing or insulting them — just treat nonbinary people as you'd like to be treated. Treat us with respect, be kind, ask questions when you don't understand, and be prepared to actually listen, to hear us, when we respond. That's it.

https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like          04/11/2019 08:51:10 AM

it.

ALOK, Artist | *they/them*

Abdool Corlette

**What does being nonbinary mean to you?**

I contain multitudes.

**What is something you would like people to know about nonbinary folks?**

While the words we use to describe ourselves have changed over time, we have always been here.

Jeffrey Marsh, Activist & Author | *they/them*

Abdool Corlette

**What does being nonbinary mean to you?**

It means freedom. The language we use around nonbinary identity is so important. I never want to find myself describing "I choose to be nonbinary because..." the reason for this is because being nonbinary is not a choice, it is a deeply ingrained personal identity. I enjoy

**What is something you would like people to know about nonbinary folks?**

While the words we use to describe ourselves have changed over time, we have always been here.

Jeffrey Marsh, Activist & Author | *they/them*

Abdool Corlette

**What does being nonbinary mean to you?**

It means freedom. The language we use around nonbinary identity is so important. I never want to find myself describing "I choose to be nonbinary because..." the reason for this is because being nonbinary is not a choice, it is a deeply ingrained personal identity. I enjoy being open about who I am because it means I have no lies to manage and I have no fears to feed when talking about what I wear or how I relate to the world.

**What is something you would like people to know about nonbinary folks?**

I want everyone to know that we are, indeed, folks. We are humans and although it may seem uncommon to be nonbinary, the experience of feeling boxed in by gender is very common. You can relate to your nonbinary friend or coworker because you were told the same lies about gender. Do men always take out the trash? Are women really bad at math? Of course not. And nonbinary folks feel the same way you do. We feel the same sting of being misunderstood and shamed for not exhibiting the 'correct' behavior for our perceived gender.

ADVERTISEMENT

Meredith Talusan, Writer & Editor | *she/they*

Abdool Corlette

**What does being nonbinary mean to you?**

Being nonbinary means believing that gender is infinitely possible.

**What is something you would like people to know about nonbinary folks?**

We don't need to look or act or be a certain way to be nonbinary. For me, being nonbinary means breaking down what it means to be a gendered person in the world.

Devin Norelle, Advocate, Writer & Model | *ze/hir/his*

Devin-Norelle, Advocate, Writer, & Model | *ze/zim/zis*

Abdool Corlette

Abdool Corlette

**What does being nonbinary mean to you?**

Being nonbinary means believing that gender is infinitely possible.

**What is something you would like people to know about nonbinary folks?**

We don't need to look or act or be a certain way to be nonbinary. For me, being nonbinary means breaking down what it means to be a gendered person in the world.

Devin-Norelle, Advocate, Writer, & Model | *ze/zim/zis*

Abdool Corlette

**What does being nonbinary mean to you?**

Nonbinary is a realm in which countless gender alternatives transcending the gender binary live. It's about exploring how the genders man and woman can co-exist as one; it is also about exploring your genders (or nongenders) beyond those two options. Overall, it's a journey of feeling yourself out and self determination.

**What is something you would like people to know about nonbinary folks?**

Many people believe that nonbinary is a new idea and that nonbinary folks are a fad. Nonbinary people are not a fad, a gimmick or a new concept. We have existed across various cultures for several centuries. Our identities were suppressed by imperialism and as a result, nonbinary people seem to be a recent phenomena to mainstream society, but we've existed almost as long as civilization. Furthermore, it is commonly assumed that nonbinary people don't desire to medically transition. While this is true for many people, many of us do take steps to medically transition, including myself. My transition does not make me feel any more of a man, or any less of a woman. I continue to feel strongly as both some days, and as neither on other days.

Winter Mendelson, Founder & Editor-in-Chief of Posture Magazine | *they/them*

Abdool Corlette

Many people believe that nonbinary is a new idea and that nonbinary folks are a fad. Nonbinary people are not a fad, a gimmick or a new concept. We have existed across various cultures for several centuries. Our identities were suppressed by imperialism and as a result, nonbinary people seem to be a recent phenomena to mainstream society, but we've existed almost as long as civilization. Furthermore, it is commonly assumed that nonbinary people don't desire to medically transition. While this is true for many people, many of us do take steps to medically transition, including myself. My transition does not make me feel any more of a man, or any less of a woman. I continue to feel strongly as both some days, and as neither on other days.

Winter Mendelson, Founder & Editor-in-Chief of Posture Magazine | *they/them*

Abdool Corlette

https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like        04/11/2019 08:51:10 AM

**What does being nonbinary mean to you?**

It means that I do not identify with the traditionally understood gender binary, and reject such systems that lead to harmful stereotypes and oppression.

**What is something you would like people to know about nonbinary folks?**

That it's not something to be afraid of, that stepping outside of what you have been taught and opening your mind to other possibilities and ways of being is liberating. There is no one way to be nonbinary, and I get to decide what that means for myself. It's a never ending, complicated, hard, frustrating, and personal journey.

Ian Fields Stewart, Storyteller | *they/them*

Abdool Corlette

**What does being nonbinary mean to you?**

Many people might say that nonbinary is like the grey area of gender — undefined space between more defined areas. However, because grey is a mixture of black and white it is inherently defined by the constructs of the colors it is comprised of. I think nonbinary is the whole crayon box. It is every paint on the easel. It is everything and nothing and a couple things. Nonbinary is limitless. My expression and my socialization falls on the femme side, but being nonbinary is not about what is perceived of me. Nonbinary is the liberation from the need to make myself smaller to fit into preconceived ideas of who and what I am. Nonbinary is the experience of myself without definition.

**What is something you would like people to know about nonbinary folks?**

Nonbinary folks are not a deterrent from the "trans conversation." We are an expansion of it. We do not need to play the oppression olympics in order to figure out which trans people are worthy. Instead, we should listen and develop safety nets for people of all trans experiences. Girls, Boys, and Folks like us matter. We are worthy. We are beautiful. We are desirable. We are here. We have always been here. And we're not going anywhere.

ADVERTISEMENT

Abdool Corlette

**What does being nonbinary mean to you?**

Many people might say that nonbinary is like the grey area of gender — undefined space between more defined areas. However, because grey is a mixture of black and white it is inherently defined by the constructs of the colors it is comprised of. I think nonbinary is the whole crayon box. It is every paint on the easel. It is everything and nothing and a couple things. Nonbinary is limitless. My expression and my socialization falls on the femme side, but being nonbinary is not about what is perceived of me. Nonbinary is the liberation from the need to make myself smaller to fit into preconceived ideas of who and what I am. Nonbinary is the experience of myself without definition.

**What is something you would like people to know about nonbinary folks?**

Nonbinary folks are not a deterrent from the "trans conversation." We are an expansion of it. We do not need to play the oppression olympics in order to figure out which trans people are worthy. Instead, we should listen and develop safety nets for people of all trans experiences. Girls, Boys, and Folks like us matter. We are worthy. We are beautiful. We are desirable. We are here. We have always been here. And we're not going anywhere.

ADVERTISEMENT

Rowan Hepps Keeney, Performer, Educator, & Student Activist | *they/them*

https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like          04/11/2019 08:51:10 AM

Rowan Hepps Keeney, Performer, Educator, & Student Activist | *they/them*

Abdool Corlette

**What does being nonbinary mean to you?**

Being non-binary means embracing liminality. Unapologetically existing in the in-between. Being comfortable with discomfort and seeing the incompleteness as whole.

**What is something you would like people to know about nonbinary folks?**

Never try to categorize or define what being nonbinary means or looks like for an individual — especially if those concepts are clouded by racism, fatphobia, ableism, classism, misogyny, or any other form of oppression. A person's name, pronouns, and presentation does not define their gender. Rather, these are tools that some of us may or may not use to help communicate or validate our identities externally, but they can never fully encapsulate the matrices of colors and light that are refracted within us. Always ask rather than assume; never label when you can dismantle.

Abdool Corlette

**What does being nonbinary mean to you?**

Being non-binary means embracing liminality. Unapologetically existing in the in-between. Being comfortable with discomfort and seeing the incompleteness as whole.

**What is something you would like people to know about nonbinary folks?**

Never try to categorize or define what being nonbinary means or looks like for an individual — especially if those concepts are clouded by racism, fatphobia, ableism, classism, misogyny, or any other form of oppression. A person's name, pronouns, and presentation does not define their gender. Rather, these are tools that some of us may or may not use to help communicate or validate our identities externally, but they can never fully encapsulate the matrices of colors and light that are refracted within us. Always ask rather than assume; never label when you can dismantle.

*Meredith Talusan is Senior Editor for* them. *and an award-winning journalist and author. They have written features, essays, and opinion pieces for many publications, including The Guardian, The Atlantic, VICE, Matter, Backchannel, The Nation, Mic, BuzzFeed*

https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like          04/11/2019 08:51:10 AM

News, *and* The American Prospect. *She received 2017 GLAAD Media and Deadline Awards, and has contributed to several books, including* Nasty Women: Feminism, Resistance, and Revolution in Trump's America.



TAGS    EVERGREEN    NONBINARY    GLAAD

## Read More

https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like        04/11/2019 08:51:10 AM

**How Vaginal Davis Remade the DIY Art World in Her Image**

——————————

BY ELYSSA GOODMAN

**Queer Media Training: GLAAD Is Teaching Young Queer People How To Give Effective Interviews**

https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like          04/11/2019 08:51:10 AM

BY GLAAD AND THEM.

https://www.them.us/story/this-is-what-gender-nonbinary-people-look-like          04/11/2019 08:51:10 AM

**Gay Superheroes and Drag Queens With Superpowers: Comics Are Queerer Than Ever**

_____

BY MATT BAUME

**How Queer Memoirist T Kira Madden Tackles Trauma with Lyricism**

BY ELYSSA GOODMAN

**them.**

them, a next-generation community platform, chronicles and celebrates the stories, people and voices that are emerging and inspiring all of us, ranging in topics from pop culture and style to politics and news, all through the lens of today's LGBTQ community.

f   🐦   📷

Our Story

About them

RSS Feeds  |  Site Map  |  Condé Nast Store

© 2019 Condé Nast. All rights reserved. Use of this site constitutes acceptance of our User Agreement (updated 5/25/18) and Privacy Policy and Cookie Statement (updated 5/25/18). Privacy Rights. them. may earn a portion of sales from products that are purchased through our site as part of our Affiliate Partnerships with retailers. The material on this site may not be distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast. Ad Choices

CN Living

https://www.verywellmind.com/what-does-it-mean-to-be-non-binary-or-have-non-binary-gender-4172702
04/11/2019 08:54:41 AM

 ☰ MENU    **verywell** mind    🔍

Advertisement  Advertisement

RELATIONSHIPS  ›  LGBTQ

# What Does It Mean to Be Non-Binary or Have Non-Binary Gender?

By Elizabeth Boskey, PhD ⓘ  |  Medically reviewed by a board-certified physician

Updated August 03, 2018

[ f Share ]  [ ✉ Email ]                                        PRINT 🖨

## Article Table of Contents

What Is Gender Identity?            Discussing Sexual Orientation

What Is the Gender Binary?          Gender and Pronouns

Types of Non-Binary Gender



Jim Craigmyle / Getty Images

A person is non-binary if their gender identity is something other than male or female. Non-binary individuals may identify as gender fluid, agender (without gender), off the binary, or something else entirely.

Sometimes non-binary people are included in the broad category of transgender people. This represents an evolution as, historically, being transgender was often conceptualized as requiring a movement between binary genders. The notion that transgender people have to be moving towards male or female genders has been both particularly strong and particularly problematic in the medical community.

## What Is Gender Identity?

Advertisement

Try

DAILIES TOTAL1®

Multifocal

Contact Lenses

https://www.verywellmind.com/what-does-it-mean-to-be-non-binary-or-have-non-binary-gender-4172702
04/11/2019 08:54:41 AM

A person's gender identity is their internal sense of themselves as male, female, or another gender. Cisgender people are those whose gender identity is the same as the sex they were assigned at birth. Transgender people are those whose gender identity is different from their assigned sex at birth.

Gender identity is different from gender role or gender expression. Gender identity refers to how people understand themselves. Gender expression is how they portray themselves. Gender role is the collection of behaviors and activities that society expects to be associated with a particular gender, in this place and time. The notion that men and women are fundamentally different and should behave in very specific ways is sometimes referred to as gender essentialism

Gender is also different from sex and sexual orientation. Sex refers to a person's biology—chromosomal, hormonal, and anatomical. Sexual orientation refers to a person's romantic and sexual interest in other people. People of any sex can have any gender identity and sexual orientation. The concepts are independent.



Advertisement

## What Is the Gender Binary?

The gender binary is the problematic notion that there are only two genders, and all individuals are either male or female. Some might argue that there are only two sexes, so there should only be two genders, but that argument is flawed.

Although we categorize most infants into male or female, there is more diversity than that in terms of both sex and gender. The biology of sex is complex. Most people are XX or XY, but some people are XXY or XO.

In addition, your chromosomes don't fully determine your sexual anatomy. Some people are XY women. Other people have bodies that fall between male and female, chromosomally, anatomically, or hormonally.

Therefore, given the wide variety of sexual biology, it should not be surprising that there can also be a wide range of gender identity. Cultures around the world have recognized genders other than male and female throughout history. It's just that now we are developing an English language vocabulary to describe the spectrum of gender identity we see.

## Types of Non-Binary Gender

Non-binary is both a gender identity and a catch-all term to describe gender identities other than strictly male or female. While there are many types of non-binary gender, some are more commonly discussed than others. These include:

Advertisement



- **Agender:** Someone who identifies as without gender, or to whom gender does not feel like a salient concept. This is also sometimes referred to as being gender-free, nongender,

https://www.verywellmind.com/what-does-it-mean-to-be-non-binary-or-have-non-binary-gender-4172702
04/11/2019 08:54:41 AM

Advertisement

like a salient concept. This is also sometimes referred to as being gender-free, nongender, or neutrois.

- **Bigender:** Someone who has two genders.
- **Genderfluid:** Someone whose gender moves around, either along the female-male binary or outside of it.
- **Genderqueer:** Another catch-all term for individuals with non-binary gender.
- **Non-binary:** Someone whose gender identity is neither male or female, also referred to as NB or enby.

spectrum. This may also be referred to as third-gender

## Discussing Sexual Orientation

Have you ever noticed that discussing your sexual orientation means disclosing your gender identity? Sexual orientation words are generally used to draw a comparison between someone's gender identity and the gender of the people they're attracted to.

Advertisement



For example, if you are someone attracted to men who identifies as heterosexual, your gender is almost certainly female. However, when a person's gender is complex, or you don't want to disclose your gender identity, there are other words for talking about sexual orientation that focus on the people someone finds attractive while keeping their own gender out of the discussion.

This can be particularly a concern for people who are non-binary or gender fluid and trying to talk about the people they're attracted to. To get around the limitations of words such as heterosexual, homosexual, and bisexual, some people describe their sexual orientation as gynosexual, androsexual, or both.

Advertisement

A person who is gynosexual is sexually attracted to women. (*Gyno* is a prefix, derived from the Greek, used to describe things related to *women*.) A person who is androsexual is attracted to men. (*Andro* is the prefix used to describe things related to men.)

Advertisement



## Gender and Pronouns

People who are non-binary may use gender-neutral pronouns. Although there are a variety of gender-neutral pronouns, the most commonly used one is the singular they. For people who use gender-neutral pronouns, instead of referring to a non-person as he or she, they are referred to as they.

It can be difficult for some people to get used to using the singular they, but it gets easier with practice. If you think about it, many people use the singular "they" whenever they're referring to an abstract person or someone whose gender they don't know. (The singular they is used twice in the previous sentence, and most people probably didn't notice.)

Advertisement

https://www.verywellmind.com/what-does-it-mean-to-be-non-binary-or-have-non-binary-gender-4172702
04/11/2019 08:54:41 AM

twice in the previous sentence, and most people probably didn't notice.)

Advertisement

It's not that much harder to use the singular they to refer to people whose gender identity is not well described by male or female. It is, however, far more polite than misgendering them because it's easier than respecting their identity.

Was this page helpful?  👍   👎

Article Sources ⊕

Advertisement

## Marathon 78-Year-old's Secret

78 years old shares secret to keeping his feet pain-free during marathon with new socks.

socksoothers.com

Advertisement

ARTICLE
**Genderqueer, Non Binary, Gender Fluid—What Does It All Mean?**

ARTICLE
**4 Things to Understand About People Living With Intersex Condition**

ARTICLE
**What Sexual Minority Means**

ARTICLE
**Understanding the Stigma Faced by Transgender Women**

ARTICLE
**Courtship Scripts and What They Mean for Dating**

ARTICLE
**Why Men Having Sex on the Down Low Is a Sexual Hazard**

https://www.verywellmind.com/what-does-it-mean-to-be-non-binary-or-have-non-binary-gender-4172702
04/11/2019 08:54:41 AM

by Transgender Women

Mean for Dating

Down Low is a Sexual Hazard

ARTICLE
Do You Have FOMO? Here Is How to Cope

ARTICLE
Why Should You Have Sex More Often?

Advertisement    Advertisement

ARTICLE
Having Children When Transgender

ARTICLE
Ho You Can Find Out If Your Spouse Cheating Online

ARTICLE
What Married People Should Know About Masturbation

ARTICLE
Does Sex Reassignment Surgery Increase a Person's Happiness?

LIST
10 Ways to Have Fewer Regrets by the End of the Week

ARTICLE
When Alcohol, Drugs or Medications Impair Your Sexual Performance

https://www.verywellmind.com/what-does-it-mean-to-be-non-binary-or-have-non-binary-gender-4172702
04/11/2019 08:54:41 AM



ARTICLE
The Willingness Model of Sex Therapy

ARTICLE
10 Features Your Self-Improvement Plan Should Have

**verywell** mind

Daily Tips for a Healthy Mind to Your Inbox

Enter your email    SIGN UP

Follow Us

Disorders

Self-Improvement

Psychology

Editorial Policy

Privacy Policy

Cookie Policy

Terms of Use

About Us

Advertise

Careers

Contact

Visit our other Verywell sites:

**verywell** health    **verywell** fit    **verywell** family

© 2019 About, Inc. (Dotdash) — All rights reserved

This    This site complies with the HONcode standard for trustworthy health information: verify here.

**.dash**

Verywell is part of the Dotdash publishing family:

The Balance | Lifewire | Trip Savvy | The Spruce and more

| To: | Boyajian Products LLC (Kgrant@grantipattorneys.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88282201 - ENBY - N/A |
| **Sent:** | 4/11/2019 8:58:48 AM |
| **Sent As:** | ECOM104@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **4/11/2019** FOR U.S. APPLICATION SERIAL NO. 88282201

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **4/11/2019** (*or sooner if specified in the Office action*). A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period. For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp**.**

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

\*\*\* User:jdukovcic \*\*\*

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 102 | 0 | 6 | 6 | 0:01 | *enb{"iy"}*[bi,ti] not dead[ld] |
| 02 | 185 | N/A | 0 | 0 | 0:02 | ("nb" "n b")[bi,ti] not dead[ld] |
| 03 | 39 | 0 | 24 | 23 | 0:02 | 2 and "010"[cc] |
| 04 | 0 | 0 | 0 | 0 | 0:02 | *non*[bi,ti] not dead[ld] and *binary*[bi,ti] not dead[ld] |
| 05 | 65 | 0 | 3 | 3 | 0:01 | *binary*[bi,ti] not dead[ld] |

Session started 4/11/2019 8:40:37 AM

Session finished 4/11/2019 8:43:51 AM

Total search duration 0 minutes 8 seconds

Session duration 3 minutes 14 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 88282201

# ENBY

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88282201**
**Filing Date: 01/30/2019**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88282201 |
| **MARK INFORMATION** | |
| *****MARK** | [ENBY](ENBY) |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ENBY |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Boyajian Products LLC |
| **DBA/AKA/TA/Formerly** | DBA Wild Flower |
| *****STREET** | 99 Wall Street, Suite 1420 |
| *****CITY** | New York |
| *****STATE** (Required for U.S. applicants) | New York |
| *****COUNTRY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 10005 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | New York |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 010 |
| *****IDENTIFICATION** | Sex toys |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Kristin Grant |
| **FIRM NAME** | Grant Attorneys at Law PLLC |
| **STREET** | 211 East 43rd Street, 7th Floor |
| **CITY** | New York |

| STATE | New York |
|---|---|
| COUNTRY | United States |
| ZIP/POSTAL CODE | 10017 |
| PHONE | 212-520-7881 |
| EMAIL ADDRESS | Kgrant@grantipattorneys.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Kristin Grant |
| FIRM NAME | Grant Attorneys at Law PLLC |
| STREET | 211 East 43rd Street, 7th Floor |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 10017 |
| PHONE | 212-520-7881 |
| *EMAIL ADDRESS | Kgrant@grantipattorneys.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Nicholas Boyajian/ |
| SIGNATORY'S NAME | Nicholas Boyajian |
| SIGNATORY'S POSITION | COO |
| SIGNATORY'S PHONE NUMBER | 917-543-5715 |
| DATE SIGNED | 01/30/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88282201**
**Filing Date: 01/30/2019**

## To the Commissioner for Trademarks:

**MARK:** ENBY (Standard Characters, see mark)
The literal element of the mark consists of ENBY.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Boyajian Products LLC, DBA Wild Flower, a limited liability company legally organized under the laws of New York, having an address of
   99 Wall Street, Suite 1420
   New York, New York 10005
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 010:  Sex toys
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Attorney Information:
   Kristin Grant of Grant Attorneys at Law PLLC    211 East 43rd Street, 7th Floor
   New York, New York 10017
   United States
   212-520-7881(phone)
   Kgrant@grantipattorneys.com (authorized)

The applicant's current Correspondence Information:
   Kristin Grant
   Grant Attorneys at Law PLLC
   211 East 43rd Street, 7th Floor
   New York, New York 10017
   212-520-7881(phone)
   Kgrant@grantipattorneys.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;

- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Nicholas Boyajian/   Date: 01/30/2019
Signatory's Name: Nicholas Boyajian
Signatory's Position: COO
Payment Sale Number: 88282201
Payment Accounting Date: 01/30/2019

Serial Number: 88282201
Internet Transmission Date: Wed Jan 30 11:25:24 EST 2019
TEAS Stamp: USPTO/BAS-XXX.XX.X.XXX-20190130112524512
994-88282201-620b91c1ca1258970e58c535d22
bd5b247817f1c2a428a9861862dd6d102218f68-
CC-9087-20190129133559948229

# ENBY