# Exhibit 2

TOY TIME

# I Tried the Enby, a New Sex Toy Designed to Fit the Needs of All Genders and Genitals

In a market flooded by unnecessarily gendered products that require way too many workarounds, **Wild Flower** has launched the toy we've all been waiting for.

BY KASANDRA BRABAW

June 5, 2019

Case 3:20-cv-01991-HZ    Document 13-3    Filed 01/15/21    Page 3 of 12



Courtesy of Brand

The night I met Chris*, he had been on just three dates with my roommate, yet a mere 30 minutes after I first shook his hand, we were talking about our sex lives. This experience isn't out of the ordinary for me: When I tell people I write about sex, they suddenly feel comfortable asking very personal questions. This time, however, I was shaken because Chris asked me a question that I could not answer: "Where are all the sex toys for transgender men?"



**JOIN NOW**

Now, several months later, I have an answer for Chris: He should try the **Enby**.

## What Makes the Enby Different

Though I could point Chris to several toys that would feel good on his body, I couldn't name one that was *made* for him, as the majority of the market is designed with either cisgender men or women in mind. What's more, toys are often unnecessarily gendered by companies and retailers alike. For years, nearly every vibrator you could buy was pink. Many feature names like "the Womanizer" and "Mr. Swirly," and are sold within "For Her" and "For Him" categories. Fortunately, this is (slowly) changing as more women and queer and transgender people create sex toys and open sex-toy shops.

**Enby** is a new gender-free sex toy from Wild Flower. What is a "gender-free sex toy," you ask? Unlike most products in its genre, the Enby was designed to fit the needs of any genitals and gender, thus the name. (The word "enby" is often used as shorthand for nonbinary people; "nonbinary" is abbreviated to "NB," pronounced "enby.")

Depending on your anatomy, you can bend the toy into a penis sleeve or rub your clit against it. It can also be put into a strap-on harness or slipped between two bodies during partner play, according to Wild Flower's cofounders, **Nick** and **Amy Boyajian**. The couple designed the Enby to meet their own needs, as well as the needs of friends and customers. Amy, who's nonbinary, wished for a sex toy they could hump while masturbating on their stomach, and customers wanted something they could use with a strap-on.



Courtesy of Brand

"So many people wrote emails asking us to recommend toys that they could slip into a harness," Amy tells *Allure*. "They were like, 'I love wearing my strap and fucking my partner, but it's not doing anything for me.'" Others wanted something that would add vibration to partnered sex, but didn't need to be held or inserted into a vagina or anus. And others needed sex toys that would transition with them — a need that is rarely, if ever, addressed within the industry.

## How the Enby Works

Nick and Amy set to work designing a toy to fit everyone's needs. The result: a vibrator that resembles something like a stingray, and comes in black and a deep purple, colors chosen by Amy and Nick because they're often considered gender-neutral. The toy has super flexible wings that make it easy to bend, a flexible curved hump on the top, and three ridges on the bottom.



Courtesy of brand

All of these features combined make this vibrator incredibly versatile, and that makes Enby a perfect toy for Chris and other transgender and nonbinary folks. In fact, a transgender friend of Amy and Nick's helped inspire Enby. Soon after they started drawing up the plans, Amy and Nick were talking with a friend who'd recently had genital reconstruction. She had to throw away all of her sex toys after surgery, she complained, because they didn't work with her new body and was left with the expensive task of re-creating her sex-toy collection.

Expense aside, gender-free toys like Enby fill an important need for trans and nonbinary people. Lots of sex toys would work for Chris's anatomy, but those toys are marketed for women. Using them, he told me, made his gender dysphoria stronger — meaning that he felt a bigger disconnect between his body and his gender. Enby is made for all bodies and all genders. It's what Chris was looking for when he wanted a toy made for him.



Courtesy of Brand

As with most sex toys, those who have tried Enby have gotten creative. You can lay it on a bed or any other flat surface and rub yourself against the tip; you can fold the edges in your

fist to create a masturbation sleeve; you can put it face down into a harness; and you can put it between you and your partner during sex.

## A Range of Reviews for the Enby

I tried laying on my stomach and rubbing against Enby, and it felt incredible. It's an amazing toy for anyone who enjoys a humping motion during sex, solo or partnered. While some people suggested putting Enby on top of a pillow and grinding against it, that didn't work as well for me. Some of the vibration was lost as the toy sunk into the pillow's soft surface and it didn't connect with my clit as much as it did when it was on the harder surface of my bed.

My girlfriend and I also tried Enby in our strap-on harness. She slipped it beneath our silicone dildo, both with the curved tip facing toward her body and away from it. The vibrations felt nice, she said, but not SO nice that she could get off while also getting me off. The feeling simply wasn't strong enough to make her orgasm, and she had trouble keeping the toy in the right spot as she thrust. But the night wasn't a loss, by any means. While Enby didn't give my girlfriend an orgasm, it did make the dildo we use vibrate, which took our usual strap-on sex to new heights for me.

Nick and Amy had several friends try the toy, and asked for their feedback. Not surprisingly, they had a range of experiences with Enby, each involving a different technique to get off. "I loved how well it stayed in place against a pillow as I rubbed against it," their friend Kate says of their experience. Marielle says, "There's so much to do with just one toy! I really like putting it on my boyfriend's body and grinding against it during sex and riding it like a bike seat against my pillow." Another tester, Michael, enjoyed the feeling of the ribs against his penis. And Angel was thrilled to finally have a toy they could use with their transitioning body.



Courtesy of Brand

Overall, I'd recommend Enby for anyone, regardless of gender or genitalia. As with any other sex toy, you'll have to play around with it to determine how it best works for your body, but it's absolutely worth it once you find that sweet spot. (Plus, playing around is half the fun, right?)

Starting June 5, you can preorder Enby on Wildflowersex.com for $75. (The brand notes that preorders will be in customers' hands by the last week of June.) If you're debating snagging an independently owned, gender-inclusive device for your summer sex-toy lineup, now's the perfect time to decide to place your order.

*Names have been changed for privacy.*



JOIN NOW

Courtesy of Brands

Now read more about sex toys:

- The 23 Best Sex Toys for Couples to Use Together
- Everything You Need to Know About Pegging Your Partner
- This Vibrator Made Me Realize I'm a Squirter

Done reading? Now watch 100 years of tattoos:



*Follow Allure on Instagram and Twitter, or subscribe to Allure's newsletter for daily beauty stories delivered right to your inbox.*

KEYWORDS   SEX TOY REVIEW   SEX   NONBINARY   ENBY   TRANSGENDER   COUPLES TOYS

COUPLE   VIBRATOR   REVIEWS   SEX TOYS   VIBRATORS   GENDER

TRANSGENDER REPRESENTATION   INCLUSIVITY