# Exhibit 3



SIGN UP  LOG IN



Terms of Use    Privacy Policy                                                                                                    HIDE

NEWS        Dating News        Wildflower Releases Enby, the First Gender-Neutral Sex Toy



© Wild Flower

# Wildflower Releases Enby, the First Gender-Neutral Sex Toy

Enby Is the World's First Sex Toy for Everyone

**Christina Majaski**
June 7, 2019

**0**
SHARES

Ever thought a sex toy should work for everyone, regardless of gender? The founders of sex toy retailer **Wild Flower** agree. The company's newest product, Enby, is the first gender-neutral sex toy on the market.

 SIGN UP  LOG IN



Those looking for a little more inclusivity in their foreplay and what follows might want to consider a new sex toy aimed at every possible shape, size, and sexual orientation. Enby – or NB, which is a common acronym for nonbinary – presents a brand new dimension in erotic play for every body on Earth. While traditional toys pulled from the pleasure chest have typically been designed for cisgendered men and women, the playful Enby is configured to fit all genitalia in a variety of different ways.

Enby comes to the world from Wild Flower, a sex toy retailer whose founders are often noted for their commitment to inclusiveness and sensitivity. While Wild Flower founders Nick and Amy Boyajian had catered to frisky folks of all different persuasions for some time, they finally decided it was time to create their own, original toy.

Although Wild Flower's co-founders have created a site of more than 350 products sorted by play or body part, it has never been sorted by gender. The founders have always been driven by the goal to find a way to take gender out of sex toys.

According to Nick and Amy, customer demand for sex toys means sex toys need to meet practical needs such as slipping between bodies during sex, being quiet, and fitting in a harness. The toys must also avoid prescribing an identity or sexual style onto its user. The team wanted to make sure their products welcomed all bodies and types of play without subscribing to the typical gender norms often



to business. First, you can fold it into an impressive and impromptu penis sleeve for those who have that particular set of equipment. Meanwhile, you can also place it against the clitoris for some seriously sexy vibes, if that's your thing.

Wild Flower describes Enby as "genderless," in keeping with its nonbinary name. It is silent and includes the practicality of being able to slip between bodies and attach to a harness. However, it also offers two different colorways – a pitch black and a royal purple. Given the stingray-like shape of the toy, it is wholly flexible and able to contort into a variety of different shapes. The toy for two – or more – also boasts a trio of textured ridges on the bottom, and a soft, curvy hump on top.

**RELATED:** The 34 Best Sex Toys for Men

In the spirit of greater inclusivity, Enby was designed, and lovingly crafted after the minds at Wild Flower who spent countless hours querying the LGBTQ community on their secret wishes and desires. Above all, it was important to them – and their broadening range of customers from all walks of life – that the Enby did not project an identity or sexual style upon the user.

For many people, Enby is an extremely novel, cutting-edge product. Having only been released days ago, early reviews from a wide range of customers have been stellar. It's possible that the world's first gender-neutral sex toy will lead to new (and better) sex for everyone.

**You Might Also Dig:**

- Sex Toys for Beginners
- The Best Sex Toys for Couples
- The Best Discreet Sex Toys

Next Article  »