# Exhibit 4

# dezeen



## Wild Flower launches gender-neutral sex toy Enby for "all of life's transitions"

       

Rima Sabina Aouf | 14 June 2019

45 comments

The first sex toy created by retailer Wild Flower is a genderless object meant to suit a variety of bodies.

Named Enby after the acronym NB, short for non-binary, the vibrator is designed to appeal to users across all genders, with an abstracted shape and open-ended functionality.

"[We] wanted to create a toy that could stay with someone through all of life's transitions – changing bodies, new partners, evolving desires and beyond," said Wild Flower.

# dezeen



*Enby is designed for people of all genders*

The company added that the gender-neutral aesthetic and function of Enby "allows you to write your own sexual script", avoiding the prescriptiveness of more familiar sex toy designs.

# dezeen

It is a flexible silicone vibrator with wings

The idea is that users can place Enby on or wrap it around many potentially sensitive areas of their bodies.

As a starting point, Wild Flower suggests three potential ways to use the toy: first, "hump it", by lying it flat on the bed and grinding against it; second, "stroke it", by curling it into a hand-held massager; and third, "tuck it", by slipping it inside a harness or underwear.

# dezeen

*You place Enby on or wrap it around different areas of the body*

Enby is an extension of a project Amy Boyajian and Nick Boyajian started two years ago when they founded Wild Flower, an online adult store where products are sorted by body part or type of play, not gender.

**Related story**
**Sextech startups abandon the "intimidating" penis-shaped vibrator**

"We wanted to disrupt the sex toy industry, educate our customers and banish the binary by offering non-gendered products," said Nick.

"While we're very proud of the products we've been able to carry and the work that we've done, we've always felt that there isn't a single product that truly represents our goals and mission."

# dezeen

*It has three speeds and five patterns of vibration*

# dezeen

It comes during a renaissance in sex toy design that has seen a shift away from penis-shaped objects. Instead, the latest vibrators are more likely to have smooth and minimal, abstracted forms – alongside the occasional avocado or flying saucer.

Other recently launched products include Dame's compact Fin vibrator, worn over the finger like a ring, and Buck Off, a toy designed especially for transgender men.

Read more: Design | Product design | Sex toy design | Sex | Gender-neutral design

## Subscribe to our newsletters

Email*

**Next**

**More images**

## Share and comment

    

# dezeen

## More
### Architecture
### Interiors
### Design
### Coronavirus

## Recommended stories



Kamila Rudnicka designs at-home insemination kit for use as part of sex



Julius Raymund Advincula makes "provocative" font from cleverly positioned body parts





# dezeen



3D-printed fashion has "no limitations of form and geometry" says Julia Koerner

Unbound Babes disguises vibrating sex toy as ring

Coby Huang's sex education toys are designed to explore what brings us pleasure with disabilities

Iceberg-making submarine aims to tackle global warming by re-freezing the Arctic

comes to female sex tech says Lora DiCarlo



Imaginary Language is a set of geometric objects that "foster creativity"



Tadeas Podracky's The Metamorphosis furniture is a rejection of mass-produced design

## Comments

Visit our comments page | Read our comments policy

# dezeen

# dezeen 

♡ Recommend          🐦 Tweet          ⬆ Share                              Sort by Newest ▼

┌─────────────────────────────────────────────────────────────────────────┐
│ Join the discussion…                                                    │
│                                                                         │
└─────────────────────────────────────────────────────────────────────────┘

**LOG IN WITH**                    **OR SIGN UP WITH DISQUS** (?)

      ┌──────────────────────────────┐
                                   │ Name                         │
                                   └──────────────────────────────┘

**Becks** • 2 months ago • edited

Surprised that this is still on the front page. It's not only that the product looks like a bike saddle and the models uninspired, but the photography and AD is poor.

⌃ | ⌄   • Reply   • Share ›

**Hilary Meehan** • 9 months ago • edited

This is a very creative design. Playful, functional, imaginative. The photos aren't offensive to me, just targeted. They've thought outside the typical shapes for a pleasure device that opens avenues of imagination and liberation. It looks like a lot of fun! Vavavoom!

1 ⌃ | ⌄   • Reply   • Share ›

**Sofia de Alcala** • a year ago • edited

Oh my god, the pictures are so incredible ugly. I'm not condoning the use of hyper sexualized women for a sex toy ad, but the content of these images is just plain distasteful. Also, before the invention of this gender neutral "thing," there were vibrator sex toys that have different shapes. Not all vibrators are phallic, so I don't understand what exactly am I being sold here that we're supposed to think of as some sort of novelty? No innovation, just ugly images.

1 ⌃ | ⌄   • Reply   • Share ›

**BarttheCat** • a year ago • edited

Wtf.

⌃ | ⌄   • Reply   • Share ›

**krampus** • a year ago • edited

So it's a gel shoe insole?

4 ⌃ | ⌄   • Reply   • Share ›

**Jan Bednarek** • 2 years ago • edited

Bez sensu.

⌃ | ⌄   • Reply   • Share ›

**Michael** • 2 years ago • edited

Surely one would not be sharing the toy around, so why not just buy the one appropriate to

# dezeen

**juli_vi** ↱ Michael • a year ago • edited

Actually, there are some people who share sex toys: couples of various configurations, sex therapists, tantric massage professionals…

︿ | ﹀ 1 • Reply • Share ›

**Todd Zirkle** ↱ juli_vi • a year ago • edited

I share my sex toy every chance I get. It has a traditional shape and is attached. It has several speeds and is all organic and contains no poly-byutinaols or other potentially toxic substances. It does include the risk causing growths to form in utero.

1 ︿ | ﹀ 1 • Reply • Share ›

**Michael** ↱ juli_vi • a year ago • edited

I still stand by my point. Get one or more that are appropriate to your and your partner's bits. A one-size-fits-all just doesn't make sense to me.

2 ︿ | ﹀ • Reply • Share ›

**Sylvia Sánchez** • 2 years ago • edited

Why would I want a gender neutral toy? I'm not gender neutral.

6 ︿ | ﹀ 2 • Reply • Share ›

**Iikka Keränen** ↱ Sylvia Sánchez • 2 years ago • edited

There might be people in the world who aren't you.

4 ︿ | ﹀ 7 • Reply • Share ›

**baju-baju** ↱ Iikka Keränen • a year ago • edited

That's possible, however what does "neutral" mean?

1 ︿ | ﹀ • Reply • Share ›

**Eugene Ely** • 2 years ago • edited

What the world needs now is love… not cheap plastic/rubber substitutes. Or stories about cheap plastic substitutes.

6 ︿ | ﹀ 1 • Reply • Share ›

**Amanda Mask** ↱ Eugene Ely • a year ago • edited

Eugene, this is really dumb. People don't buy vibrators because they need love. They

# dezeen

**RuckusAmsel** • 2 years ago • edited

That's interesting: If – as the full-on progressive asserts – there can be male/female penises, and likewise, male/female vaginas, wouldn't that mean that *every* sex toy can be said to be gender neutral, depending on how the user sees it?

In that case, what would distinguish the object of this article from other products as being uniquely 'gender neutral'?

4 ⌃ | ⌄ • Reply • Share ›

> **baju-baju** ➜ RuckusAmsel • a year ago • edited
> 
> Like with most design nowadays, it's the essay that comes attached to the design that counts. What the heck is that?
> 
> Well, let me explain. If you mention gender in that essay everybody must be amazed under the threat of being ostracised, soon to be upgraded to public shaming, tar and feathers and executions.
> 
> 2 ⌃ | ⌄ • Reply • Share ›
> 
> > **Ioandrei** ➜ baju-baju • 8 months ago • edited
> > 
> > We're headed fast to ideological totalitarianism in every aspect of public life. This is very, very serious, and all the SJW bots are cheerfully endorsing it.
> > 
> > ⌃ | ⌄ • Reply • Share ›
> > 
> > **RuckusAmsel** ➜ baju-baju • a year ago • edited
> > 
> > Good point. Your take on the current state of design brings to mind how this is paralleled in contemporary art. It's now less about the actual talent/skill needed to produce the piece, but, principally about the message purportedly conveyed by what is essentially performance.
> > 
> > 1 ⌃ | ⌄ • Reply • Share ›

**manu** ➜ RuckusAmsel • 2 years ago • edited

# dezeen

1 ⌃ | ⌄ • Reply • Share ›

**gerrard coetzee** ↳ RuckusAmsel • 2 years ago • edited

Not disqualified ruckus…it's just not architecturally related, it's a sex toy an as such should be on the "sex toys are us" site.

1 ⌃ | ⌄ 3 • Reply • Share ›

**RuckusAmsel** ↳ gerrard coetzee • 2 years ago • edited

That's unfair – if not downright inaccurate. You yourself make note of this website's focus on not just the architectural world, but on design itself. Should you dispute this, I ask you only to visit Dezeen's main page, at the top you'll see the headers "Design" and "Technology."

The fact that this product is sex-related, in no way deems it outside the realm of design and technology, regardless of whether it offends your sensibilities and thus, your argument for its exclusion.

1 ⌃ | ⌄ • Reply • Share ›

**gerrard coetzee** ↳ RuckusAmsel • 2 years ago • edited

Ooh Rukus, so fiesty.

⌃ | ⌄ 2 • Reply • Share ›

**Thomas** • 2 years ago

Jordan Peterson please help us!

3 ⌃ | ⌄ 2 • Reply • Share ›



**Ioandrei** ➜ Starcruzer • 8 months ago • edited

No, because only females are gender neutral, apparently.

⌃ | ⌄ • Reply • Share ›

**gerrard coetzee** ➜ Starcruzer • 2 years ago • edited

No need, some males already have the junk.

⌃ | ⌄ • Reply • Share ›

**Jacob Volanski** ➜ Starcruzer • 2 years ago • edited

Yes.

⌃ | ⌄ • Reply • Share ›

**Mr.A** • 2 years ago • edited

What am I looking at?

2 ⌃ | ⌄ • Reply • Share ›

**Le canal hertzien** • 2 years ago • edited

I don't understand the purpose of this thing.

# dezeen

## Top design stories

**Most popular**

**Most recent**

**1** Commenter says "graffiti is an art form" but not everyone agrees

**2** Haneul Kim fashions plastic stool from 1,500 discarded face masks

**3** Emanui is a portable menstrual cup cleaner that saves water

**4** Record traffic and six awards helped make 2020 Dezeen's best-ever year

**5** Two weeks left to enter Dezeen and LG Display's OLEDs Go! competition

**Subscribe**

# dezeen

our newsletters

Email

**Next**

**Popular jobs**                    **Featured jobs**

**1** Senior architectural visualiser at Visualhouse

# dezeen

**3** Project coordinator at Visualhouse

**4** Professor/associate professor or assistant professor at University of Hong Kong

**5** Professor/associate professor at University of Hong Kong

## Highlights





