## CERTIFICATE OF SERVICE

I certify that on January 15, 2021, I filed the Defendant's Motion to Dismiss using the Court's ECF system, which will notify and provide a copy to all counsel of record.


DATED: January 15, 2021        <u>/s/Frederic B. Jennings</u>
                               Frederic B. Jennings (FJ7723) (*pro hac vice*)
                               fjennings@law.fordham.edu
                               44 Court Street, Suite 1217
                               Brooklyn, New York 11201
                               Phone:  978.944.2753

                               Attorney for Defendant Enby LLC