J. Remy Green (*pro hac vice application forthcoming*)
remy@femmelaw.com
**COHEN&GREEN P.L.L.C.**
1639 Centre St., Suite 216
Ridgewood (Queens), New York 11385

J. Ashlee Albies, OSB #051846
ashlee@albiesstark.com
**ALBIES & STARK LLC**
1 SW Columbia Street, Ste. 1850
Portland, Oregon 97204
Phone:        (503) 308.4770
Fax:          (503) 427.9292

Attorneys for *Amici Curiae* 553 Non-Binary Individuals

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BOYAJIAN PRODUCTS, LLC, | Case No. 3:20-cv-01991-HZ |
| *Plaintiff,* | |
| v. | MEMORANDUM OF LAW ON BEHALF OF 553 NON-BINARY (OR "ENBY") INDIVIDUALS AS AMICI CURIAE IN SUPPORT OF DEFENDANT ENBY LLC'S MOTION TO DISMISS |
| ENBY LLC, | |
| *Defendant.* | |

**COHEN&GREEN**

## TABLE OF CONTENTS

TABLE OF CONTENTS.................................................................................................ii

TABLE OF AUTHORITIES .........................................................................................iii

PRELIMINARY STATEMENT .................................................................................... 1

STATEMENT OF INTEREST ...................................................................................... 1

ARGUMENT .................................................................................................................. 3

    I.The Word "Enby" Describes the 553 Enby *Amici*, Just as it Describes the

    Product Plaintiff Sells. ........................................................................................ 3

        a. The history and importance of the word "enby"................................. 4

        b. The names of Boyajian's "Enby" toy and the Enby Store both simply

        answer the question, "What are you?"................................................. 9

    II.If Plaintiff Has Any Mark, It Cannot Cover Defendant's Use of the Word

    Enby. .................................................................................................................. 13

CONCLUSION............................................................................................................. 16

ADDENDUM:  LIST OF 553 INDIVIDUAL *AMICI* .................................................. 18

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

# TABLE OF AUTHORITIES

**Page(s)**

### Cases

*Dudley v. Healthsource Chiropractic, Inc.*,
883 F. Supp. 2d 377 (W.D.N.Y. 2012) ................................................................. 10

*Ernst Hardware Co. v. Ernst Home Ctr., Inc.*,
895 P.2d 1363 (Or. Ct. App. 1995) ..................................................................... 10

*Filipino Yellow Pages, Inc. v. Asian Journal Publ'ns, Inc.*,
198 F.3d 1143 (9th Cir. 1999) .................................................................. 3, 10, 12

*Fryer v. Brown*,
No. C04-5481 FDB, 2005 U.S. Dist. LEXIS 20830 (W.D. Wash. July
15, 2005) ........................................................................................................... 10

*Hanginout, Inc. v. Google, Inc.*,
54 F. Supp. 3d 1109 (S.D. Cal. 2014) .................................................................. 9

*New Kids on the Block v. News Am. Publ'g, Inc.*,
971 F.2d 302 (9th Cir. 1992) .............................................................................. 13

*Optimal Pets, Inc. v. Nutri-Vet, LLC*,
877 F. Supp. 2d 953 (C.D. Cal. 2012) .................................................................. 9

*Premier Nutrition, Inc. v. Organic Food Bar, Inc.*,
327 F. App'x 723 (9th Cir. 2009) ....................................................................... 10

*S.F. Arts & Ath., Inc. v. United States Olympic Comm.*,
483 U.S. 522 (1987) ............................................................................................. 2

*Swanson v. Instagram, LLC*,
716 F. App'x 743 (9th Cir. 2018) ....................................................................... 10

*Two Pesos, Inc. v. Taco Cabana, Inc.*,
505 U.S. 763 (1992) ............................................................................................. 9

*United States PTO v. Booking.com B.V.*,
140 S. Ct. 2298 (2020) .................................................................................. 12, 13

### Statutes

15 U.S.C. § 1052 .................................................................................................... 9

MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE      Page iii
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

15 U.S.C. § 1052(f) ................................................................................ 9

15 U.S.C. § 1115(b)(4) ........................................................................ 13

**Other Authorities**

"Issues," ENBY MAGAZINE, *available at*
    https://www.enbymag.ca/issues. .......................................................... 14

J. T. McCarthy, Trademarks and Unfair Competition § 12:5, at 538 (2d
    ed. 1984).......................................................................................... 9, 10

Jay Logan, *Queer Etymology: Enby*, MEDIUM (Dec. 16, 2019)...................................... 5

Lily Durwood et al., *Mental Health and Self-Worth in Socially
    Transitioned Transgender Youth*, 56(2) J. Am. Acad. Child &
    Adolescent Psychiatry 116, 120 (2017) ...................................................... 7

Megan Davidson, *Seeking Refuge Under the Umbrella: Inclusion,
    Exclusion and Organizing Within the Category Transgender*, 4
    Sexuality Research & Social Policy 61, 62 (Dec. 2007) ............................. 6

World Prof'l Ass'n for Transgender Health, *Standards of Care for the
    Health of Transsexual, Transgender, and Gender Nonconforming
    People* 4-5; 9-10 (7th ed. 2012) ................................................................ 7

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page iv
                IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

## PRELIMINARY STATEMENT

Plaintiff Boyajian[1] seeks to stop Defendant Shop Enby from accurately describing itself as an online shop, run for and by people who are non-binary.  That is, "enby" is simply the shortened, more casual way the community says "non-binary" (non-binary shortens to "N.B.," which gets pronounced and rendered "enby").  And if one goes to shopenby.com, they will find just that:  a shop, run by people who are enby, for people who are enby.

In seeking to monopolize this bit of language, Boyajian doesn't even allege they use the word "enby" in the same way:  their use describes a product, Shop Enby's describes a store.  And despite an alleged likelihood of confusion, Boyajian fails to allege that even a single consumer has been confused.

That is because they cannot.  *Amici* are all themselves enby (or non-binary).  They write because this suit troubles them:  if Boyajian can monopolize and exclude the enby owners of Shop Enby from accurately stating "we are an enby shop," what comes next?  *Amici* and their community have fought long and hard to even *have* language to describe themselves.  They ask this Court to provide them assurance that they will be able to continue to accurately describe themselves to the world, free from fear of legal consequences.

## STATEMENT OF INTEREST

The 553 individual *amici* listed in the addendum to this brief are all non-binary – or, informally "enby" – people.  They range in age from their teens to their

---

[1] Names and other terms are defined in the body of the brief below.

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 1
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

50s and hail from across the globe – from right here in Portland, to Japan, to Australia. *Amici* work in a wide variety of fields as well, ranging from the sex toy industry where this dispute arises to a wide variety of advanced fields requiring multiple degrees. In short, *amici* represent a wide-ranging snapshot of the experience of enby people across the world – and their perspective on the word "enby" reflects that.

As detailed throughout this brief, these enby *amici* have a profound interest in ensuring that words used to describe their identity are not monopolized and, essentially, taken out of use for the sake of private profit. That is, "words are not always fungible, and that the suppression of particular words runs a substantial risk of suppressing ideas in the process." *S.F. Arts & Ath., Inc. v. United States Olympic Comm.*, 483 U.S. 522, 532 (1987) (cleaned up). Or, as **Florence Ashley**[2] (28, Jurist/Bioethicist) puts it:

> Without language to speak to our identity and experiences, how can we know ourselves and make ourselves known to the world? Philosophers call this hermeneutical injustice: the injustice of being deprived of your ability to communicate knowledge. [...]
>
> While 'non-binary' is great, it is also lengthy and an adjective meaning that if I want to describe myself using a noun, I have to go for 'person' which is great but fails to emphasize my gender in the way that 'man'/'woman' does. 'Enby' is that word for me, helping me tell people my gender in a concise manner that rolls off the tongue. It's an important part of my daily practices and makes me feel visible in a world that too often wishes I didn't exist."

**Kel O'Hara** (28, Attorney) explains, "Just as 'man' and 'woman' are easy words for

---

[2] *Amici* are indicated with bolding throughout this brief. Mx. Ashley is notable for also being the first openly transfeminine person to clerk for Canada's Supreme Court.



gender identity that do not require the users to get into the intimate details of how they understand themselves and their gender, so is 'enby' for me." That is, *amici*'s interest is in having a word that communicates who they are – and in commercial enterprises advertising themselves as open to *amici*.

Put simply, for *amici*, it is vital for enby-oriented business to answer the question "what are you?" with the clear, correct answer: an "Enby[-friendly] Store," an "Enby[-owned] Store," or any other manner of store that *exists for and is run by people who are enbies. Cf. Filipino Yellow Pages, Inc. v. Asian Journal Publ'ns, Inc.*, 198 F.3d 1143, 1151 (9th Cir. 1999) ("If faced with the question 'What are you?,' FYP's Filipino Yellow Pages, AJP's Filipino Consumer Directory, and the Filipino Directory of the U.S.A. and Canada could all respond in the same way: 'A Filipino yellow pages.'"). If Plaintiff's claims proceed, *amici* will be chilled from giving the true, descriptive answers to everyday questions.

## ARGUMENT

### I.   The Word "Enby" Describes the 553 Enby *Amici*, Just as it Describes the Product Plaintiff Sells.

As explained in Enby LLC's brief, both of Enby LLC and Boyajian's uses of the term "enby" are purely descriptive. Plaintiff Boyajian Products, LLC ("Boyajian") claims they started making a sex toy they call the "Enby" rechargeable vibrator in the middle of 2019. ECF No. 1 ¶ 7. In the last decade, "enby" has entered common use in the queer – and in particular, in the transgender and non-binary – community, as a shortening of "non-binary" (non-binary shortens to "n.b.," which is pronounced "enby"). And as Boyajian explained, the name was intentional:

MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE      Page 3
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

"We wanted to … banish the binary by offering non-gendered products."  ECF No. 13-5 at 5.  Enby LLC ("Shop Enby") runs an online store at "shopenby.com."  They are, per their website, "a Black/Trans owned company run by 3 enby's and believe that all bodies deserve affirmation and pleasure."  Hence the name and web address.

As explained below, for *amici*, the value of simply having language to describe themselves cannot be overstated.  As **Kendra Albert** (31, Lawyer) notes, "even 'limited' claims to own an identity marker can significantly chill speech."  And that chill would touch on *amici*'s very identities and selves.

a. <u>The history and importance of the word "enby"</u>

The relationship between the non-binary community – or the queer community at large – and language is a complicated one.  **J.M. Archer** (20, Freelance Writer & Dramaturge) explains, "We, queer folks, are charged with carving an identity out of the world whether we enjoy doing so or not.  It's extremely important that our lexicon is varied, consistent, and free, and that any word describing our experiences is available to be claimed or reclaimed by us."  For non-binary people like *amici* in particular, that process of carving out an identity may involve creating new terminology from whole cloth – in part, because much of our language begins by presuming sex and gender fall into two, neat categories.

It was this problem that **Vector Plasm** (or, "revolutionator" on Tumblr) (31,

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 4
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

Japanese-English Translator) set out to fix in coining "enby" online in 2013:[3]

> When I first came up with the word it was because I was lamenting the lexical gap for children without gender.  Men have boy.  Women have girl.  I thought enby would make a good replacement for children who were not gendered, being a cute smush of vocalizations of the letters N and B (for Non Binary).  The word has been used in far more applications than I could ever have dreamed of back in 2013 when I thought it up and I think that is beautiful.  Many adults tell me that it's a word that speaks to them and defines them and I am happy for them even if that was not the original intent of the word.  It is a word to give people language.

That playful spirit remains for many *amici*.  **Eric Davies** (30, Software Developer) explains that "[i]t is a convenient short way to say 'non-binary' or 'non-binary person [and i]t lends itself well to portmanteaus (e.g., 'enbyfriend' instead of 'girlfriend' or 'boyfriend').  Or, as **A. Cody Kuhn** (25, TA/Graduate Student) puts it, "Enby has been a cute shorthand, one of the first words that felt more comfortable and less technical, more 'right.'"  **TJ Sheff** (29, Construction Safety Manager) similarly notes that, "[s]o much descriptive language for identity is super formal[.] Having a shorter, informal term like 'enby' to describe myself is super nice!  The world's a dark, serious place sometimes.  My gender doesn't have to be, though." And for some *amici*, like **Darain Bemis** (23, Unemployed), the value of "enby" is as simple and mundane as the fact that "nonbinary takes a while to say and to type."

Other *amici* emphasize that they need the word "enby" for their work, personal, and political lives.  **Shelby Cragg** (28, Artist) explains, "I am an author writing a book with nonbinary main characters.  My work would not be possible

---

[3] *See also,* Jay Logan, *Queer Etymology: Enby*, MEDIUM (Dec. 16, 2019) (noting that a "September 2013 post, originally from Tumblr user revolutionator[] is the origin of the term [enby].")



MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE       Page 5
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457 · FemmeLaw.com

without this language!"  Reflecting on this suit, **Dre Ceja** (24, Director of Training & Education) worries that this case might set "a very disturbing precedent[:]  Will I be able to use the word 'enby' in my inclusion trainings?  In my upcoming book?  In my posters for transgender and non-binary support groups?  In fundraisers for the lifesaving programs that my center provides?"

Speaking to the personal importance, **Ryn Daniels** (34, Site Reliability Engineer) notes that "[g]etting to try on different words and labels is an important part of the process of self-exploration for many people."  And turning that experience outward, **Aran Ink** (30, Software Engineer) says, "A lot of the trans experience involves forming connections with other trans people, learning what you do and don't have in common, and sharing skills and insight into navigating through a world that frequently misunderstands and mistreats you. Having access to language that is both descriptive and convenient is crucial to helping this process happen."  As for the political, "non-binary people have always existed, but we didn't have a social movement until we had language to describe ourselves," observes **Tilde Thurium**, (36, Software Engineer).[4]

But the stakes here are not just playful, professional, or political.  They can be life and death as well.  **Kit Stubbs** (39, Founder & Exec. Director of a Non-

---

[4] *Cf. also*, Megan Davidson, *Seeking Refuge Under the Umbrella: Inclusion, Exclusion and Organizing Within the Category Transgender*, 4 Sexuality Research & Social Policy 61, 62 (Dec. 2007) (discussing the history of the word "transgender," and noting, "[f]or many, how they framed their own identity and embodiment in relation to this category was intimately tied to how they conceptualized the term *transgender* and, therefore, how they perceived this social movement and the gains for which it should fight.").

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 6
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

Profit) recalls that "[h]aving language to describe my identity has been crucial to my mental well-being."  But, "[l]earning the terms 'non-binary' and 'enby' helped me name my own experiences, which was incredibly affirming!  Having these terms also meant that I could use them to find other people who have had similar experiences.  Once I started looking around for other non-binary folks, particularly online, I started feeling less lonely and isolated." **Pippin Shaeffer** (24, Student) is more blunt:  "I didn't have the word[s] 'nonbinary' and 'enby' in my life until I was 19 … Since then, I have seen a significant reduction in the severity of my major depressive disorder and in the frequency and severity of suicidal ideation."[5]  As is **Dave Macdonald** (41, Accountant):  "I went decades without language to describe how I am and it was harmful. I self-harmed, was at the risk of suicide, and was in relationships where my partners and parents couldn't understand me."

Beyond that, having just one word to describe one's self is often not enough. **Eli Sander** (29, Data Scientist) explains, "It's important to me to have many different words to describe my identity; every word has a different feeling, and is

---

[5] *See also*, World Prof'l Ass'n for Transgender Health, *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People* 4-5; 9-10 (7th ed. 2012) (recognizing that living consistently with one's gender identity significantly improves health outcomes among people who experience gender dysphoria, and noting that anxiety and depression "are socially induced and are not inherent" to transgender status); Lily Durwood et al., *Mental Health and Self-Worth in Socially Transitioned Transgender Youth*, 56(2) J. Am. Acad. Child & Adolescent Psychiatry 116, 120 (2017) (finding normal levels of depression in transgender children who had already socially transitioned as compared to a control group of non-transgender children, unlike previous studies' findings of "markedly higher rates of anxiety and depression and lower self-worth" among "gender-nonconforming children who had not socially transitioned").

COHEN☙GREEN

appropriate in different situations. Think about how many words we have for a man – guy, dude, bro, boy, to name a few – those words let people express themselves more richly. I found having multiple words for non-binary identities to be especially helpful when I was coming to terms with my own identity, because it helped me understand and explore the diversity in the non-binary community and consider where I fit in."  More than that, as **Vic Wiener** (31, Lawyer) observes, enby "also serves an important linguistic role.  It is grammatically incorrect to say, 'I am a nonbinary.'  However, it is correct to say, 'I am an enby!' It is the term many of us use where others would typically say, 'I am a man,' or 'I am a woman.'"

All told, being able to freely use the word "enby" – and to have it freely available even in commercial contexts – is of vital importance to *amici*.  It is a useful, easy answer to the ever-present question of, "what are you?"  *Amici* are "enby."  And the significance and meaning of the word "enby" come from the community, not from Boyajian.  As **Magdalen Wulf** (24, Doula) notes, "We in the queer community have used this word to describe aspects of our identity for a long time now without ever hearing of this brand.  They did not coin the term; they got it from us."

Thus, **Marsel Dorais** (25, Tattoo Artist) offers this profound summary:

I believe language holds so much power.  Language is molded by our values, by history, by culture.  It is something that we are born into, and that we maybe feel like can never change, because it feels timeless and bigger than us.  When actually, it is ever changing, as it is living.  Every time we speak, it lives. Language can often be overlooked, underestimated, but our words holds our truths, and it is important that we get to chose the ways in which our truth(s) need to be held.

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 8
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

b. <u>The names of Boyajian's "Enby" toy and the Enby Store both simply answer the question, "What are you?"</u>

The goal of trademark law is ultimately to ensure accurate consumer knowledge – and to protect the consumer.  *See generally, What is a Trademark?*, 1 McCarthy on Trademarks and Unfair Competition § 3:1 (5th ed.).  The law incentives sellers of goods to tell consumers what it is they are buying, so consumers can consistently find goods that they want – and correctly identify the source of those goods.  So, the Lanham Act requires that any trademark protected against infringement be distinctive.  That is, identifiable as originating from a particular source.  15 U.S.C. § 1052; *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763, 768 (1992).  Distinctiveness can either be inherent or acquired.  15 U.S.C. § 1052.   And without distinctiveness, a mark receives no protections, except in rare cases when a descriptive mark acquires some secondary meaning (usually through extensive advertising or exclusive use over a long period of time[6]).  15 U.S.C. § 1052(f).

---

[6] Common law protection in a particular region generally also requires some minimum of sales in that region.  *Hanginout, Inc. v. Google, Inc.*, 54 F. Supp. 3d 1109, 1118 (S.D. Cal. 2014) (citing *Credit One Corp. v. Credit One Fin., Inc.*, 661 F. Supp. 2d 1134, 1138 (C.D. Cal. 2009) ("A party asserting common law rights must not only establish that it is the senior user, it must also show that it has 'legally sufficient market penetration' in a certain geographic market to establish those trademark rights.")).  Sporadic internet sales often cannot establish this base level of sales for common law protection.  *Optimal Pets, Inc. v. Nutri-Vet, LLC*, 877 F. Supp. 2d 953, 962 (C.D. Cal. 2012) (finding no market penetration in any geographic location based on evidence of internet sales to 16 states totaling less than $10,000 in one year); *Hanginout, Inc. v. Google, Inc.*, 54 F. Supp. 3d 1109, 1121-4 (S.D. Cal. 2014) (finding insufficient evidence for market penetration without evidence of registered users in the relevant market).  Other courts have also suggested that the nature of the internet would require some level of allowance for concurrent online use by common law mark owners.  *Dudley v. Healthsource Chiropractic, Inc.*, 883 F.

COHEN&GREEN

Common law trademark protection in Oregon similarly requires that the mark protected be distinctive or have acquired secondary meaning. *Ernst Hardware Co. v. Ernst Home Ctr., Inc.*, 895 P.2d 1363, 1365 (Or. Ct. App. 1995).

In evaluating whether a mark is generic or descriptive[7] "and therefore not protected under trademark law," the Ninth Circuit "favor[s] the 'who-are-you / what-are-you' test: A protectable mark answers the buyer's questions 'Who are you?' 'Where do you come from?' 'Who vouches for you?' But the generic name of the product answers the question 'What are you?'" *Premier Nutrition, Inc. v. Organic Food Bar, Inc.*, 327 F. App'x 723, 723-24 (9th Cir. 2009) (cleaned up), *citing Filipino Yellow Pages*, 198 F.3d. at 1147. "Generic terms, describing 'what' a product is, do not enjoy trademark protection because they do not identify the source of a product." *Swanson v. Instagram, LLC*, 716 F. App'x 743, 744 (9th Cir. 2018).

In the first instance, as the USPTO aptly concluded, the use of ENBY by Boyajian is descriptive because "[a] mark that describes an intended user or group of users of a product or service is merely descriptive." ECF No. 13-2 at 42. But the term is also generic, because the name "Enby" does not describe "who vouches" for

---

Supp. 2d 377, 394–96 (W.D.N.Y. 2012). Plaintiff's complaint fails to even attempt to plead over these hurdles with anything but unadorned legal conclusions.

[7] As various courts have observed, "distinctions between generic and descriptive and descriptive and suggestive are often illusory." *Fryer v. Brown*, No. C04-5481 FDB, 2005 U.S. Dist. LEXIS 20830, at *7 (W.D. Wash. July 15, 2005). And that may be for good reason. "In a sense, a generic designation is the ultimate in descriptiveness." J. T. McCarthy, Trademarks and Unfair Competition § 12:5, at 538 (2d ed. 1984).



MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE        Page 10
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Boyajian's toy.  Nor does it describe "where" or "who" the toy is or comes from. Rather, as press coverage emphasizes, the name describes *what* the toy is:  a sex toy designed for enby users.   For example, coverage of Boyajian's toy in Allure even begins with a "question [the author] could not answer:  'Where are all the sex toys for transgender men?'" and explains that Boyajian's Enby answers that question because "the enby was designed to fit the needs of any genitals and gender, *thus the name*." Jennings Exh. 2 (ECF No. 13-3) at 3-4 (emphasis added).  *See also*, *e.g.*, Jennings, Exh. 3 (ECF No. 13-4) at 2 ("Ever thought a sex toy should work for everyone, regardless of gender?  The founders of sex toy retailer [Boyajian] agree. The company's newest product, Enby, is the first gender-neutral sex toy on the market.").[8]

Indeed, a handful of *amici* even own the Enby toy (though they now have mixed feelings about the purchase) but make clear they do not understand the name to identify a source – but as a toy marketed to them because they were non-binary.  Of those *amici*, **Monroe Standish** (20, Student) explains, "When I purchased it, I loved having an androgynous toy that was an extension of myself. But that is all it is... an extension.  [Boyajian] do not own being Enby.  They do not own me.  They do not own my Identity, and I am appalled that they would try to."

---

[8] To that point, apparently, in Boyajian's interviews with Ask Men magazine, they noted that "Enby was designed, and lovingly crafted after the minds at [Boyajian] who spent countless hours querying the LGBTQ community on their secret wishes and desires. Above all, it was important to them – and their broadening range of customers from all walks of life – that the Enby did not project an identity or sexual style upon the user." *Id.* at 4.

COHEN&GREEN   MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE   Page 11
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

Yet, it is not as if *amici* all object to being marketed to.  More broadly, because "[s]ex toy marketing tends to be heavily gendered," **Stevonnie Ross** (47, Copyeditor), "applaud[s] attempts at catering to the nonbinary market, but [makes clear that] common terms for members of our community shouldn't be reserved for the exclusive use of one company."   Thus, **Florence Ashley** concludes, "Anyone told the term 'enby,' even in the context of sex toys, would think of non-binary people and of toys that are intended to benefit their diverse bodies without undue gendering."

Ultimately, Boyajian's claimed mark is generic in the same way set out in *Filipino Yellow Pages*.  198 F.3d 1143 (9th Cir. 1999).  *Filipino Yellow Pages* concerned, as the name suggests, whether "combining the generic terms 'Filipino' and 'yellow pages' to form the composite term 'Filipino Yellow Pages' creates a generic or a descriptive term."  198 F.3d at 1148.  Here, Plaintiff does not even have *that* much:  They have only combined "enby" with the word "the" (and placed it near the word vibrator in all their copy).  So, just as "[t]he word 'Filipino' is a clearly generic term used to refer to 'a native of the Philippine islands' or 'a citizen of the Republic of the Philippines'" (198 F.3d at 1147), the word "enby" is a generic term used to refer "to a person who does not identify their gender specifically as either a male or a female."  ECF No. 13-2 at 42 (USPTO report).  An "enby [vibrator]" is a vibrator for enby people.  *Cf. also, United States PTO v. Booking.com B.V.*, 140 S. Ct. 2298, 2309 (2020) (Breyer, J., dissenting) ("What is Booking.com? To answer this question, one need only consult the term itself.").

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 12
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

## II.   **If Plaintiff Has Any Mark, It Cannot Cover Defendant's Use of the Word Enby.**

*Amici*'s core interest in this case is in ensuring that the word enby – a word that describes who they are – is available for their use, without restriction.  Thus, even if the Court finds Plaintiff has *some* rights in the word (it should not), the scope of those rights should be narrow.  And, for the same reasons that *amici* should be allowed to use the word "enby" to describe themselves, Shop Enby's non-binary owners' use of "enby" should not violate even the hypothetical, weak rights Boyajian has.

As the Supreme Court recently explained in *Booking.com*, "[w]hen a mark incorporates generic or highly descriptive components, consumers are less likely to think that other uses of the common element emanate from the mark's owner." *United States PTO v. Booking.com B.V.*, 140 S. Ct. 2298, 2307 (2020).  And more to the point, "even where some consumer confusion exists, the doctrine known as classic fair use protects from liability anyone who uses a descriptive term, fairly and in good faith and otherwise than as a mark, merely to describe her own goods."  *Id. at* 2307-08.  That is, to prevail, Boyajian needs to have pled that Shop Enby's use of the term "enby" is not only "to describe the goods or services of a party."  *New Kids on the Block v. News Am. Publ'g, Inc.*, 971 F.2d 302, 306 (9th Cir. 1992) (alteration adopted), *citing* 15 U.S.C. § 1115(b)(4).  And they do not – and cannot.  Shop Enby is – literally – a shop, run by and for people who are enbies.  Hence, "shopenby.com."  It is, to be sure, not particularly clever.  But that lack of cleverness is (at least in part) what places Shop Enby's use beyond the strength of any mark Boyajian could

hypothetically obtain.[9]

For *amici*, this limitation on the strength of any putative mark – and the chill that would accompany any doubt on that limitation – is vital.  Important here is the fact that Boyajian has labeled a particular *product* "enby," while Shop Enby has used it to identify their entire business.  That mismatch is important:  with the weak reach of any potential mark, it is hard to see how any consumer would be confused.  And beyond that, there are virtually identical uses of the word "enby" to Shop Enby's.  For example, ENBY Magazine has been publishing since 2016.[10] Maybelline has sponsored an award show simply called "ENBY" in India (and subtitled, appropriately, "The Non-Binary Awards") while a burlesque show in London is titled "The Enby Show," to say nothing of the purely descriptive uses – outside naming things – that abound.  So, any consumer confusion that Shop Enby is really owned by Boyajian is hard to imagine.  As **Johann Koehle** (32, Researcher) notes, "It would be as if the publishers of Girl Magazine had sued the publishers of Brown Girl, American Girl, GirlsLife, It Girl, or Girl's World.  If you choose to name your product after a gender, you have to expect that someone else might have the same general idea."

When confusion *might* emerge, however, would be in how people react to this

---

[9] Thus, in *Booking.com*, the Supreme Court suggested that allowing Booking.com to register a mark for "Booking.com" would not cause any chill to vendors seeking to use marks like "ebooking.com" or "hotel-booking.com."  140 S. Ct. at 2307.  *See also, id.* at 2315 (Breyer, J., dissenting) ("Not to worry, the Court responds, infringement doctrines such as likelihood of confusion and fair use will restrict the scope of protection afforded to 'generic.com' marks").

[10] *See* "Issues," ENBY MAGAZINE, *available at* https://www.enbymag.ca/issues.

COHEN☙GREEN   MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE   Page 14
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

suit being permitted to go forward.  That is, the "threat of costly litigation will no doubt chill others from using variants on ['Enby']."  140 S. Ct. at 2315 (Breyer, J. dissenting).  As **Sophia Pelecanos** (31, Law Student/Paralegal) explains, "[t]his term is extremely common in the community.  It is how many people identify.  To trademark it would be uncomfortable because people will continue to use it. It would be unfortunate for this to repeatedly appear in court rooms for violation of a trademark or lose our ability to use it."  **Lila Garrott-Wejksnora** (39, Writer) also fears the scope of chill, explaining, "this is a word my son's preschool class uses. [Boyajian] would either fail to defend its trademark or wind up suing a lot of random people, including, I emphasize, my son's actual preschool."  Or, as **Lena Fanya Aeschbach** (25, Scientific Assistant) puts it, "it is an entire gender of people that have been limited in their own expression.  It doesn't make sense to me how this can be possible."  And as **Djuna Delker** (23, Student) explains, "by trademarking ['enby,' Boyajian] will take away the opportunity for other trans people to grow projects with it. Non-binary people are more likely to be at financial risk due to hiring discrimination or being rejected by family and community.  So it's a downright evil move as a non-binary person to deny other non-binary people job and business opportunities like that."

Thus, **Ryn Daniels** cautions, "even if the owners of [Boyajian] themselves identify as nonbinary, it is not a word that belongs *only* to them.  Words like 'enby' belong to everyone, and you do not get to claim them for yourself and try to take them away from the community they belongs to."  Shop Enby, like *amici*

COHEN☙GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 15
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

themselves, cannot – consistent with trademark law – be forbidden from correctly and accurately describing their shop as a shop for and by enbies.  **Emma McClure** (31, Graduate Student) worries that, if the claims proceed, "it is an entire gender of people that have been limited in their own expression.  It doesn't make sense to me how this can be possible."  And **Elle Dietz** (29, Researcher) fears there is no stopping point:  "If I use ['enby'] to describe myself publicly in my own business, what's to stop them from sending me a cease and desist on my own personhood?  If they take this word, our identity, from us the non-binary community... then what do we have?  Maybe we'll make a new word, but then what's to stop another company from coming and taking it away?"

## CONCLUSION

In the end, it is of the deepest possible significance to *amici* that they be able to freely use the word "enby."  They, just like Defendant, need to describe themselves with the limited language available.  One of *amici*, whose native language is not English and does not have ungendered pronouns (**Karolina Kubinova** (23, Customer Support Specialist)), notes that this absence of language "makes me extremely uncomfortable to the point where I would rather not talk about myself at all."   And that is the ultimate effect Plaintiff's case would have:  taking away limited language when, as **Brianna Rafidi** (25, State Manager) notes, "this community already has so few words to use for itself."

For all the reasons above, then, *amici* urge the Court to grant the motion to

MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE        Page 16
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

dismiss.

Dated:        January 29, 2021
              Brooklyn, New York

                                        Respectfully Submitted,

                                          /s/ J. Remy Green
                                        _____

                                        J. Remy Green[11]
                                        (*pro hac vice motion forthcoming*)
                                        **COHEN&GREEN P.L.L.C.**
                                        1639 Centre Street, Suite 216
                                        Ridgewood, NY 11385
                                        (929) 888.9480 (telephone)
                                        (929) 888.9457 (facsimile)
                                        remy@femmelaw.com

                                        J. Ashlee Albies, OSB #051846
                                        **ALBIES & STARK LLC**
                                        1 SW Columbia Street, Ste. 1850
                                        Portland, Oregon 97204
                                        Phone: (503) 308.4770
                                        Fax: (503) 427.9292
                                        ashlee@albiesstark.com

---

[11] Law student Sarah Marmon, who is not a member of the bar of any court, also helped prepare this brief.

MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE      Page 17
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 ·  FemmeLaw.com

## ADDENDUM:  LIST OF 553 INDIVIDUAL *AMICI*

**Eric Rand**
*Systems Administrator*
Frazier Park, CA

**Bee Nanase Barbera**
*Self employed/performer*
South Jordan, UT

**Florence Ashley**
*Jurist and bioethicist*
Toronto, Canada

**Penina Gold**
*Attorney and Translator*
New York, NY

**Jessa Hurty**
*SEO manager*
Midvale UT

**Jen Hintz**
*Jewelry artist*
Somerville, MA

**Anilyka Barry**
*unemployed*
Quebec, Canada

**Marsel Dorais**
*Tattoo artist*
Tio'tia:ke ("Montréal"), "Québec,"
"Canada"

**Oaklin Blaisdell**
*Graduate Student*
Brunswick, Maine

**Vern Harner**
*Doctoral candidate*
Seattle, WA

**CeCe Berman**
*Operations Team Leader*
South Jordan, UT, USA

**Eli Sander**
*Data scientist*
Chicago, IL

**Johann Koehle**
*Researcher*
Santa Barbara, California

**Vic Wiener**
*Lawyer*
Bixby, Oklahoma

**Kara Nowakowski**
*Law Graduate*
Ridgewood, New York

**Kel O'Hara**
*Attorney*
Oakland, CA

**Josh Wright**
*Programmer*
Houston, TX

**Rob Hill**
*Instructional Designer*
Chicago, IL

**Syd Shafer**
*Web & Graphic Designer*
San Francisco, CA

**Bryan Pinamonti**
*Unemployed*
Hoboken, NJ

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Hikaru Mernin**
*Cultural Competency Consultant*
California

**Lorilei Williams**
*Attorney*
Atlanta, Georgia

**Mer Francis**
*Researcher*
St. Louis, Missouri

**Annie Chen**
*Law Student*
Ottawa, ON

**Kali "Mary" Jensen**
*Disability Advocate*
San Diego, CA

**Staver Klitgaard**
*After school art teacher and painter*
Brooklyn, New York

**Lara Tobin**
*Social Worker*
Roscoe, NY

**Jason Seawright**
*Professor*
Evanston, IL

**Nael Sideralis**
*Paralegal/student*
White Lake, MI

**Scott Maddix**
*Theater Management and Production*
Salt Lake City, Utah

**Bridget Lawson**
*Law Fellow*
Washington DC

**Sunny Maxwell**
*Law student*
Salem, Oregon

**Ki Gurholt**
*Education Tech*
South Salt Lake, UT

**Miranda Riddle**
*Teacher, Freelance creator*
Los Angeles, CA

**Echo Gregor**
*Web Engineer*
Brooklyn, NY

**Greyson Simon**
*Assistant Production Manager at a factory*
Seattle, WA

**Krissy Avise-Rouse**
*Clergy*
Columbia, Illinois

**Caine Rees**
*student*
Bloomington IN

**Tracey Jones**
*Unemployed*
Arlington, Texas, USA

**Benjamin Schaffer**
*Software engineer and bus driver*
Passaic, NJ

**Katy Kelly**
*Japanese-English Translator*
Huntsville, Alabama

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 19
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**A. Cody Kuhn**
*Teaching Assistant/Graduate Student*
Austin, TX

**Morgan Hale**
*Student*
Rochdale, United Kingdom

**Malia Cumming**
*Access Services Assistant (Library)*
Hillsboro, OR

**A Seebach**
*Programmer*
Northfield, MN

**Shannon Kelly**
*Recruiter*
Chicago, IL

**Elizabeth McClellan**
*Lawyer*
Memphis, TN

**Ella Kurki**
*graphic designer, barista*
Helsinki, Finland

**Kate jacobs**
*Account Manager*
Columbus OH

**Kassandra Fernandez**
*Graduate Student*
Miami, Florida

**Basil Saylor**
*Baker*
Brooklyn, New York

**Jesse Neubauer**
*Account Specialist, JPMorgan Chase*
Westerville, OH

**David Turnbull**
*Programmer*
Calgary, AB, Canada

**Eric Vilas**
*student*
Argentina

**Rue Lineback**
*Grocery clerk/stocker*
Greensboro, North Carolina

**Kareem Ibrahim**
*Law student*
Vancouver, Canada

**Keavy Handley-Byrne**
*Photographer and Educator*
New York, NY, USA

**Sophia Pelecanos**
*Law student and paralegal*
Boulder, CO

**Thomas Oltarzewski**
*Digital Content Creator*
NJ

**Doss Stone**
*Coffee shop*
St Louis MO

**Chloe O'Hara**
*Library Page*
Wisconsin

**Darian Bemis**
*unemployed*
Pima

**Shelby Cragg**
*Artist*
california

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 20
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Ash Kulak**
*Lawyer*
Bloomington, Indiana

**Sitara Herur-Halbert**
*Nonprofit Communications*
Tarrytown, New York

**Katie Stafford**
*Software Engineer*
Wichita, KS

**Claudine Castano**
*Registered Nurse*
Baltimore, Maryland

**Aran Ink**
*software engineer*
Cambridge, MA, USA

**Edison Potter**
*Accounting specialist*
St Paul, MN

**Amy Laney**
*Student/Dishwasher*
Portland, Oregon

**Lila Garrott-Wejksnora**
*Writer*
Cambridge, MA

**Danielle Montgomery**
*Warehouse Associate*
St Louis, MO 63118

**Chris Mills**
*Freelance Illustrator*
American from Texas living in
Cambridge, England

**Sammi Wilder**
*Illustrator/Entertainer*
Hamden, Connecticut

**Loxley Blaine**
*Kitchen worker*
Jefferson City, MO

**Suzie Nieman**
*self employed*
Philadelphia, PA

**Erry Kostala**
*Software Engineer*
London, UK

**Raine Serrano**
*Software Engineer*
Seattle, Washington

**Lael Birch**
*Software engineer*
Wendell, MA

**V Kelly**
*unemployed*
Plymouth, New Hampshire

**Sydney Jackson**
*Laboratory Specialist*
Tucson, AZ

**TJ Sheff**
*Construction Safety Manager*
Pomona, California

**Elianora Rose**
*Software Engineer*
Ohio

**Daria Brashear**
*Software developer*
Providence RI

**Case Saeger**
*Teacher assistant*
Elk Grove, CA



MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE        Page 21
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

**Devin Berry**
*Cafe Manager*
San Francisco, CA

**Kit Stubbs**
*founder/executive director of a nonprofit*
Somerville, MA

**Aster Gill**
*Student*
Brooklyn, New York

**Haley Sanders**
*Law Student*
Los Angeles, CA

**Frederic Chandler**
*sysadmin*
New Jersey

**Spot Star**
*Student*
Arlington Texas

**John Bridgman**
*Disabled*
Canada

**Millie Foley**
*Student*
Gothenburg, NE

**Kit Bennett**
*Unemployed*
Manheim, PA

**Taylor Anderson**
*Game developer*
Toronto, Ontario, Canada

**Marty Galvan**
*Childcare Provider*
Harlingen, Texas

**Jordan Thevenow-Harrison**
*educational software designer and learning scientist*
College Park, Maryland

**David O'Boyle**
*Operations Analyst*
Seattle, WA, USA

**Trivia Fox**
*Project Manager*
Minneapolis, MN

**Kay Kraft**
*IT Administrator*
Las Vegas, NV

**Mars Panzica**
*Tech Support*
Chicago, Illinois

**Nasper Caron**
*Unemployed*
Bedford, MA

**Emily Prince**
*Attorney-Adviser*
District of Columbia

**Lena Fanya Aeschbach**
*Scientific Assistant*
Switzerland

**Blaine Flowers**
*Financial Accountant*
Portland, OR

**L.X. Hammond**
*Unemployed*
Baltimore, MD

**Alex Petkanas**
*Lawyer*
Anchorage, AK

COHEN&GREEN

**Cassandra Lone**
*Disabled*
Duluth, MN

**Eric Davies**
*software developer*
Winnipeg, MB, Canada

**Kevin Tilton**
*Project Manager*
Spotswood, NJ

**Zack Schuster**
*Web Developer*
Stockton, CA

**Damien Niesewand**
*childcare provider*
NY

**Kendra Albert**
*Lawyer*
Philadelphia, PA

**Morgan Stickle**
*Unemployed*
Mokena Illinois

**Pippin Shaeffer**
*Student*
Lees Summit, MO

**David Hoffman**
*Game developer*
Ichikawa, Japan

**Jay Grey**
*Manager at a Tech Platform*
Brooklyn, NY

**C H**[1]
*IT Consultant*
Canada

**Adam Donovan**
*Contact Tracer*
Buffalo, NY

**Mikayla Mann**
*Attorney*
Goldsboro, North Carolina

**Aaron Kehl**
*Freelance Author*
East Grand Forks, MN

**Cal River**
*student*
Modesto

**Nynaeve Mutch**
*Live Captioner*
Colorado Springs, CO

**Avery Roberts**
*Customer Support caller*
Salt Lake City, Utah

**Dezi Liese**
*Accounts Payable Administrator*
Brooklyn, NY

**Siv Natanael Hjortland**
*Game Develoer*
Norway

**Daniela Medina**
*student*
Stockton, CA

---

[1] *Amici*'s names with initials have been kept anonymized at their request, for various reasons, including that they might not be "out" to the public or that they fear violence because of their transgender status (and fear being readily identifiable on a public list of this kind).

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Tobin Fleck**
*Clergy*
Greensboro, North Carolina

**Ryn Daniels**
*Site reliability engineer*
Berlin, Germany

**Eddie Doyle**
*Accountant*
Canada

**Alcaria Bordelon**
*Hospital Environmental Technician*
Lawrence, Kansas

**Alyssa Gingras**
*Agronomist*
Guelph, Ontario, Canada

**Monica Miller**
*Artist, arts consultant*
Milwaukee, WI

**Meli Jackson**
*Personal Shopper*
Leicesters, Massachusetts

**Jo Sillars**
*Student*
Manchester, UK

**Harri Cound**
*Programmer*
United Kingdom

**Olivia Throckmorton**
*Printmaker*
Nashville, TN

**Tori Kaufman**
*Student*
Ohio

**Julie Chael**
*student*
Chicago, IL

**Kim Mortimer**
*Data Manager*
Halifax, Canada

**Jasmine Schatz**
*Account coordinator*
Massachusetts

**Aileen Gijsberti Hodenpijl**
*Student*
The Netherlands

**Apollo Wardojo**
*Student*
Jakarta, Indonesia

**Zury Reyes**
*Cashier*
Seattle, WA

**Tyler McCreight**
*Nurse*
Canada

**Alyson Yee**
*Freelance graphic designer*
Los Angeles, California, USA

**Rey Stoddart**
*Unemployed (disabled)*
Rochester, NY

**Ben McLaughlin**
*Social Worker*
Northampton, Massachusetts

**Molly Shores**
*Self employed*
Charlotte, NC

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 24
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Lore Poe**
*Theater Co-op*
Schenectady, NY

**Nic Wong-Balzano**
*Student*
Manorville, New York

**Morgan Brownlee**
*Legal Admin Assistant*
California

**Elyse Lewis**
*Grad student*
Seattle, WA

**Elle Heedles**
*poet/writer/cleaning staff*
Vienna, Austria

**Stephanie Conway**
*Office worker*
Ireland

**Madison Patterson**
*Delivery Driver*
Westminster, Colorado

**Breanna Howell**
*Merchandiser*
North Dakota

**Ryleigh Brimhall**
*Admin Coordinator for local NPR station*
Seattle, WA

**Jacob Hall**
*Journalist*
United Kingdom

**Scott Castner**
*Artist (Self Employed)*
Wilsonville, Oregon

**Brittany Marie Murphy**
*Unemployed*
Brooklyn, NY

**Jude Shimer**
*Salesforce Administrator*
Brooklyn, NY

**BB Burrowes**
*Graduate Student & tattoo artist*
Santa Cruz, California

**Maxx Corvello**
*Student*
Vacaville California

**Gil Olivas-Etherington**
*unemployed tattooer*
Minneapolis, Minnesota

**Briar Patriarche**
*Temp office worker*
Vancouver, Canada

**Nick Barbieri**
*vape shop clerk*
Torrington, CT

**Charlie Rickard**
*Fast food employee*
Rocky Mount, Virginia

**Allegra Kistler Ellis**
*Student*
Kalamazoo, Michigan

**Tilde Thurium**
*Software Engineer*
San Francisco, CA

**Dexter Collingwood**
*Baker*
Portland, Oregon

MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 25
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Thais Correia**
*Software Developer*
Framingham, Massachusetts

**Brit Noordman**
*Tech Support*
Shelton, WA

**Galahad Strange**
*Sex Toy Shop Employee*
Edmonds, WA

**Ren Vice**
*Cannabis Retail Manager*
Brookings, Oregon

**Thompson Usiyan**
*Software Developer*
Cupertino, CA

**Blue Inessa**
*Information technology*
Logan, Utah

**Willow Idlewild**
*Project manager*
San Francisco, CA

**Rachel Johnson**
*Clinical Research Coordinator*
Denver, Colorado

**Jamie Merriam**
*Students and grocery clerk*
Machias, Maine

**Lennon Sherburne**
*Student*
Boston, MA

**Vesper Mikan**
*Coach, Chef, Photographer, ect*
Seattle, WA

**Jill Rycerz**
*Data Analyst*
Massachusetts

**Sasha Reid**
*software engineer*
Portland, Oregon

**Kimberly Howell**
*Service Operations Analyst*
South Jordan, Utah

**Midavi Hayden**
*Barista*
Columbus, MS

**Sam Selman**
*Support Specialist*
Norcross, GA

**Ann Lynsen**
*Project manager*
Laurel, MD

**R Malek**
*CEO - Internet Provider*
Mason City, Iowa

**Brittany Carilli**
*Retail worker*
Wethersfield, Connecticut

**Molly Skjerven**
*Law student*
Chicago, Illinois

**Patrick Baker**
*Student*
Sammamish, Wa

**Henry Bennett**
*Potter*
Tulsa, OK



**Mason Donahue**
*CISO, Lucy Parsons Labs*
Chicago, Illinois

**Tina Hill**
*Unemployed, disability carer*
Shellharbour, Australia

**Bennett Adams**
*Software support technician*
Norcross, GA

**Ada Park**
*Unemployed (disabled)*
Cumming, GA

**Hannah Valenta**
*Retired Navy*
Florida

**Indie Martinez**
*call center employee*
Flovilla, GA

**Krysta Mayo**
*Spiritual Advisor*
Los Angeles, CA

**Abigail Richard**
*Artist*
New Orleans, LA and Lakewood, OH

**Tanya Williams**
*Call center representative*
Colorado Springs, Colorado

**Myrin James**
*Teacher*
Tacoma, Washington

**Juniper Forest**
*Self employed*
Eugene OR USA

**Malakai Corvus**
*Insurance representative*
Tempe, AZ

**Billie Hanson-Ulrich**
*Nanny/educator/artist*
Melbourne, Australia

**Katie Funk**
*Disabled*
Glendora, CA

**Tazwell Simmons**
*Unemployed*
Hershey, Pennsylvania

**Xandra Church**
*child care / student*
North Carolina

**Kali Rainwater**
*US Navy Sailor*
Monterey, CA

**Grim Wallace**
*Student*
Kernersville, North Carolina

**Nikki Ronca**
*Transportation Manager*
Maple Shade, NJ

**Camryn Monzo**
*Business/Data Analyst*
Corcoran, MN

**Olly Galarza**
*Retail employee*
Naples, Florida

**Reuben Raiti**
*Unemployed*
New Hampshire



MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE      Page 27
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

**eli casavant**
*Cashier and Student*
Poolesville, Maryland

**Haye Moon**
*Educator*
Delray Beach, FL

**Melissa Lindley**
*Employed at a food pantry*
New Jersey

**Christopher Robin Wamsley**
*student*
NY

**Bella Atwell**
*Barista/Tattoo Floor Walker/Vintage Clothier*
Massachusetts

**Judas Steffee**
*Student*
Little Rock, Arkansas

**cheyanne stone**
*retail*
philadelphia, PA

**Bellamy (Bel) Quarless**
*Student*
Seattle

**Oliver Caldwell**
*Freelancer*
Chicago, Illinois

**Sadie McDaniel**
*Clinical therapist*
Nashville, TN

**Ana Artigues**
*Student*
Charleston, South Carolina

**Callie Little**
*Author*
Seattle, WA

**Kori Griffith**
*Student*
Minnesota

**Zoë Lappin**
*Student*
Los Angeles, California

**Rhiannon Murphy**
*Unemployed*
Philadelphia, Pennsylvania

**Kate Estell**
*student*
Southington, Connecticut, USA

**Alex McEwin**
*Student*
Canada

**Bek Brucker**
*Fiduciary for Washington State DCYF*
Everett, WA

**Joyce Barbour**
*Program Coordinator, Arts Non-profit*
Louisville, KY

**Charlie Bronwyn**
*Sex worker*
Portland, Oregon

**Lindsey Cherek Waller**
*Artist*
Red Wing, MN

**Monroe Standish**
*Student*
CT, USA

COHEN&GREEN   MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE   Page 28
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Justine Munich**
*PhD Student*
BC, Canada

**Dre Ceja**
*Director of Training & Education*
Harrisburg, PA

**Dre Ceja**
*Director of Training & Education*
Harrisburg, PA

**Frankie Laird**
*Technical Writer*
Pennsylvania

**Dave Macdonald**
*Accountant*
British Columbia, Canada

**Bobbie Aegis**
*Unemployed*
Harvard, Il

**Boris Kabistan**
*Amazon shopper*
Madison, Wi

**Ari Cottingham**
*Writer, record shop clerk*
Berlin, Germany

**Freja Schaumburg**
*Student*
Denmark

**Ann Mastandrea**
*Student*
Cleveland, OH

**Jordan DeSwarte**
*Student, sex educator, unemployed*
Minneapolis, MN, USA

**George Stevens**
*Student*
United Kingdom

**Aksel Vega**
*Student*
Tucson, AZ

**Lauren Gargiulo**
*Underemployed writer*
Canada

**Sohriya Brown**
*Barista*
Seattle

**Samantha Reeve**
*Community organiser, event manager*
Canada

**Racine Lancaster**
*Artist*
Philadelphia

**Mako Steiner**
*Service Director at a Funeral Home*
Simi Valley, CA

**Dolan Dolan-Wolfe**
*House Spouse*
Portland, OR

**Elizabeth Green**
*Unemployed*
West Hazleton, PA, USA

**Elizabeth Green**
*Unemployed*
West Hazleton, PA, USA

**Ryde Terry**
*Food Service*
Payson, Utah

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 29
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Day Wheatley**
*Photographer*
West midlands, england

**Miria Bowers**
*Library Clerk*
Los Angeles, CA, USA

**Jazmin Lemus**
*Unemployed*
Orem, Utah

**Jazmin Lemus**
*Unemployed*
Orem, Utah

**Vinny Williamson**
*Student*
Glasgow, Scotland

**Blair Henney**
*Marketing assistant*
Lanarkshire, Scotland

**Jaxon Dufour**
*Cashier*
Aurora, Colorado

**Haley Staffel**
*Food runner/unemployed due to covid*
Toronto, ON, Canada

**Beverly Ho**
*Cook*
Alert Bay, Canada

**Nelly Kelly**
*Playwright*
Scotland

**Kim Mathieson**
*Biomedical Scientist*
Scotland, UK

**Elinor Lower**
*Artist, Producer*
Bristol, UK

**Tayler Larson**
*Strength & Conditioning Coach*
Portland, OR

**Sidney Majewski**
*Bank Teller*
Philadelphia, PA

**Finn McRae**
*eLearning Instructional Designer*
Ypsilanti, MI

**Meg Cunningham**
*Broadcast journalist*
Canada

**Charlie Strange**
*Carer*
Seattle, WA

**Corvus Campbell**
*Cafe & retail worker*
Victoria, BC, Canada

**Randi Richards**
*Executive Customer Advocate*
Landing, Michigan

**Kat Akeela**
*Sex education*
US

**Jem Milton**
*Illustrator*
Glasgow, Scotland

**Jessica Tornga**
*Screen printer*
Boise

 MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE     Page 30
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Julianne Villegas**
*Unemployed*
Sacramento, CA

**Ella Smith Jr**
*Hospital administrator*
Amsterdam, Netherlands

**Logann Finkel**
*Actor/Writer/ Advocate /Mentor*
Guttenberg, NJ 07093

**Skyler Sinclair**
*unemployed*
San Bernardino, CA

**Clover Kishbaugh**
*student*
Pennsylvania

**Roman Cohen**
*student*
Irvington, New York

**Regina Sheridan**
*Operations Manager of Statewide Not for Profit*
Orlando, FL

**Joshua Chenlee**
*Peer health educator*
Oregon

**Ea Andersen**
*Student*
Copenhagen, Denmark

**Colleen Kimseylove**
*Research coordinator*
Seattle, WA

**Rafael Gomez**
*Researcher*
NY, NY

**J. M. Archer**
*Freelance writer and dramaturge*
Canada

**Sami LaRose**
*Retail worker*
New York

**Jade Forbes**
*Student*
England

**Finn Carter**
*Student*
Ireland

**Amy Strickland**
*Textile Colorist*
Elkton, Maryland

**Jasmine-Rose Derenoncourt**
*Student*
Goleta, CA

**Orlanda Alldridge**
*Carpenter*
Victoria, Australia

**Sarah Pitney**
*Immigration attorney*
Washington, DC

**Emily Bryant**
*Stylist*
Vancouver, Canada

**Dani Thomas**
*Chemist*
Syracuse, NY, USA

**Margarida Salvador**
*Brokerage analyst*
London, United Kingdom

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 31
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Carmen Smith**
*Self employed*
Toledo, ohio

**Maverick Billings**
*Marijuana Trimmer*
Longmont, Colorado

**Liliana McCaffrey**
*Student*
Albany, New York

**Jack Hendrix**
*PhD student*
St. John's, Newfoundland, Canada

**Alek Paul**
*Student*
Ontario, canada

**Jimena Centeno**
*Auto Body Collision Repair Student*
Minneapolis, MN

**Galen Lewis-Chan**
*Barber*
Vancouver, BC Canada

**Tom Walters**
*Freelance artist*
England

**Diamond Feit**
*writer*
Japan

**Jay Klyman**
*Mental health counselor*
Berkeley, CA

**Christina Elias**
*Hr Coordinator*
Toronto, Canada

**Jackie Fox**
*Content Creator*
Ocean Isle Beach, NC

**char Campos**
*Youth Organizer*
Mcfarland

**Chelsea Crandall**
*Nonprofit Associate*
Oakland

**Agnieszka Buczkowski**
*Barista, Student*
La Salle, IL, USA

**Sarah Haegele**
*Mortuary student*
Ames, Iowa

**Fran Gallagher**
*Fabricator*
Chicago

**Allana Gartzke**
*Child care worker*
CA, USA

**Anna Murray**
*membership associate*
Renton, WA, USA

**Ray Soller**
*unemployed*
Dentkn, Texas

**Emma McClure**
*Graduate student*
Toronto, ON, Canada

**Stevonnie Ross**
*Copyeditor*
Jersey City, NJ



MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 32
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

**Brianna Rafidi**
*stage manager*
New York, New York

**Katrina Poharama**
*Masters student*
New Zealand

**Melissa Jennings**
*Student*
Scotland

**Alicia Maldonado**
*Insurance agent*
Tucson, Arizona

**Elizabeth Perez**
*Unemployed*
Brooklyn, NY

**Ayebainemi Ese**
*Yoga + meditation practitioner*
Debrecen, Hungary

**India White**
*Student*
Olympia

**Briar Brodwell**
*Licensed Dispensing Optician*
Seattle, WA

**Syann Lunsford**
*librarian*
Los Angeles, CA

**Joshua Dawn**
*Catering manager*
Port Coquitlam, BC, Canada

**Sab Konick**
*Freelance artist*
Philadelphia

**Viktoria Klein**
*Dental Technician*
Germany

**Kamil White**
*Photographer/Unemployed*
Newark, DE

**Elliott Ruck**
*Pastry chef*
Raleigh, NC

**LJ Tlustos**
*Unemployed*
Sioux Falls, SD

**Shay Dax**
*Part-time work*
Brooklyn, NY

**Kimbal Hyszka**
*Unemployed*
Canada

**Lucy James-Olson**
*Studenr*
Amherst, MA

**Jordan Scruggs**
*Consultant*
Chattanooga, TN

**Jesse Lake**
*Mother*
Richmond, VA

**Aibhne Paton**
*Not applicable*
Scotland

**Kendra Shreve**
*Unemployed*
Brooklyn, NY



MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE     Page 33
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

**Fittonia Argyroneura**
*Unemployed/Writer*
Andover, Connecticut

**Hearher Charlton**
*Graphic designer*
England

**Liv Headley**
*Unemployed*
Delaware

**blair crissman**
*Artist/Activist*
Brooklyn, NY

**Laura Rubino**
*PhD Candidate and Distance Learning Facilitator*
Ohio

**Ozzie Pace**
*unemploymed*
Bellingham, WA

**Kareena Romero**
*School para*
CO

**Mallory Larcom**
*Unemployed*
Portland, OR

**Dan Goetz**
*Unemployed*
Brooklyn, NY

**Madi Boyett**
*Social worker*
Denver, CO

**Jordan Scruggs**
*Consultant*
Chattanooga, TN

**Genna Baker**
*Self-employed artist*
Illinois

**Kai Ross**
*Unemployed*
West Palm Beach, Florida

**Meredith Isensee**
*Operator*
San Jose, CA

**Barrie Fein**
*Permanently Disabled*
Forest Hills, NY

**cassandra nikac**
*Self-employed*
New York City

**Nishi Gouldbourne**
*Cashier*
Toronto, Ontario, Canada

**Win Wright**
*Web Developer*
Kansas City, MO

**Jessica (Jessie) Milne**
*Clinical Research coordinator*
Ypsilanti, MI

**Emery Tillman**
*Artist*
New Orleans, LA

**Kristen Dabney**
*Higher education administration*
Somerville, MA

**Alex Lacelle**
*PhD candidate*
Montreal, QC, Canada

COHEN&GREEN  MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE  Page 34
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457 ·  FemmeLaw.com

**Nic Laschever**
*Rock climbing instructor & graphic designer*
Boston, MA

**Morgan Adams**
*Student*
Tallahassee, FL

**Shelby Fallis**
*Therapist*
IN

**Dex Greenbright**
*Artist and writer*
Chicago, Illinois

**Michael Moore**
*Online sales*
Cary, il

**Hayley Gentilini**
*Unemployed*
Frederick, MD

**Jess Berge**
*Teacher*
Brooklyn, New York

**Dani M.**
*Artist*
New Jersey, US

**Hadley Johns**
*Seasonal trail worker*
Portland, OR

**Devin River**
*Unemployed*
Olympia, WA

**Miriam Kearney**
*Unemployed*
Guelph, Ontario, Canada

**Adrian Bouvier**
*Bookkeeper*
Bedford, New Hampshire

**Dino Zittlau**
*Barista*
Calgary AB Canada

**Kathryn Dahel**
*Barista*
Ontario, Canada

**Vinny Verburg**
*Student, Artist*
Greensboro, North Carolina

**Frederick Anex**
*Retail worker*
Tacoma, WA

**Shannon Tilley**
*Student*
Laguna Niguel, CA

**Emerson Roach**
*Tattoo artist and business owner*
Nova Scotia, Canada

**Aneidys Reyes**
*Stay at home parent*
Madison, Wisconsin

**Anton Carlsson**
*Student*
Sweden

**Danyell Davis**
*case manager for queer law firm*
New Orleans, LA

**Karolina Kubinova**
*customer support specialist*
Prague, Czech Republic

**Parker Morgan**
*Administrative Assistant*
Wacissa, Florida

**Kit MacNeil**
*Adjunct Professor*
Buffaly, NY

**Kat Merks**
*Hairstylist*
Montreal, Canada

**Charlie Jones**
*student*
Poughkeepsie, NY

**Tyler Cronan**
*Delivery Driver*
Worcester, MA, USA

**Danielle Reveld**
*Contact Tracer*
NYC

**Jessica Charlton**
*Director of Animal Shelter*
Seattle, WA

**Paresseux Caudle**
*pet sitter*
Alabama

**Nikita Matfin**
*System Administrator*
Newcastle, UK

**Taylor Norris**
*Library circulation/book shelver*
Tennessee

**Cameron Staub**
*Student*
Carmichael, California, USA

**Kelly Miklas**
*MA student and research assistant*
Columbia, MO

**Mackenzie Maher**
*Wawa overnight clerk*
Ocean County, New Jersey

**Heather-Lynne Van Wilde**
*Legal Journalist*
Portland, Oregon

**Nadya Mariam**
*Student*
Wisconsin

**Ingry Thurow**
*Trails manager*
Portland, Oregon

**Amy Muniz**
*Disabled*
Ellenville, New York

**Autumn Ricketts**
*Unemployed*
Watsonville, California

**Shimon'ah Shushan**
*Theatre Designer*
San Diego,Ca

**Caroline Dall**
*Hair Dresser*
Portland, OR

**Nikita Szylo**
*Programmer*
Czerwona Niwa, Poland (before the pandemic: Warsaw, Poland)



MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 36
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

**El Evans**
*Social worker (Harm reduction counselor)*
Brooklyn, NY

**Xander Heckman**
*Student*
Newburyport, MA

**Joy Yukumoto**
*Student, Retail Worker*
Kāne'ohe, Hawai'i

**Zoya Sarow**
*Program Coordinator*
Denver, Colorado

**Lindsey Mechuta**
*Student*
Virginia

**Catherine Hamilton**
*Sales Clerk*
Missoula Montana

**Michaela Jones**
*Film Production Coordinator*
Ontario, Canada

**Sez Morales**
*Food Pantry Coordinator*
South Hadley, massachusettes

**August Cason**
*Resource coordinator*
Baltimore, Maryland

**leti soriano**
*Student*
New Orleans, LA

**Josiah Valle Ellis**
*Artist*
Brooklyn, NY

**Aspen Carter**
*Kennel Technician*
Denton, TX USA

**Andrew Sacher**
*Software Engineering Manager*
San Francisco, CA

**Sam Calvetti**
*Public Health Research Assistant*
Los Angeles, CA

**Shannon Tilley**
*Student*
Laguna Niguel, CA

**Echo Vieira**
*Public Health*
Canada

**Arie Van Antwerp**
*Software Engineer*
San Francisco, CA, USA

**Dakota McCallister**
*Student*
San Antonio, Texas

**Camden Gouveia**
*Student*
Acton, MA

**Mone Wallin**
*Medical student*
Sweden

**Kaylee Novakovski**
*Student*
Canada, Calgary

**Nikki Vazquez**
*Teacher*
USA

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 37
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Saskia Lara Neupert**
*Unemployed Artist*
Berkeley, California

**Elizabeth King**
*Teacher*
Baltimore MD

**Nyk/Kiki Laurence**
*Barber*
Brooklyn, New York

**Hager Hassanein**
*Server*
San Francisco

**River Walker**
*Unemployed*
New York City

**Sy Bedrick**
*Apprentice Jeweler*
Providence, RI

**Alex Phelps**
*Mental Health Specialist*
Nashville, TN

**Cal Lynes**
*Disabled*
Vermont

**Anni Jefferson**
*Student*
Canada

**Molly Gould**
*Behavioral Technician*
Mendon, Massachusetts

**Ariel Acevedo**
*Artist*
Massachusetts

**Sydney Anderson**
*Receptionist*
Chicago, Illinois

**Kate Stevens**
*Student*
Penticton, BC, Canada

**Kelsey Koch**
*Graphic Designer*
New York, NY

**Mika D'Angelo**
*Law student*
Monmouth Junction, New Jersey

**Daniel Splitter**
*Self-employed Online Resale*
Olympia, Washington

**Mary Elise Elam**
*Technical Director*
Vancouver, BC, Canada

**Laiba Qureshi**
*Student*
Aarhus, Denmark

**Lauren Mack**
*Actor & Teacher*
Brooklyn, NY

**Linden Moore**
*Unemployed*
Providence, Rhode Island

**Elias Ponhold**
*Student*
Austria

**Sky Simon**
*Rental Assistance Specialist*
Boston, Massachusetts

COHEN&GREEN  MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE     Page 38
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Chase Gilley**
*Digital Marketing Specialist, Umpqua Community College*
Roseburg, OR.

**Frances Metzger**
*Hotel Front Desk*
Big Sky, MT

**Mel Nyx**
*Test Engineer*
Brooklyn, NY

**Micky Reynolds**
*Student*
Ottawa, Ontario, Canada

**Katherine Dever**
*Student*
AK

**Mars Rembolt**
*Food Packager/Studen*
San Diego, California

**Julie Wills**
*Unemployed*
Canby, OR

**Ruth Wejksnora-Garrott**
*psychologist*
Cambridge, MA

**Valyrie Autumn**
*Student*
Houston, Texas

**Jamie Emmott**
*Student*
Edinburgh, Scotland, UK

**Quenby Harley**
*Admin Worker and Part-time Artist*
UK

**Sara Bellusci**
*Unemployed*
South Pasadena, CA

**Xadie Antonio**
*Musician/artist/performing artist*
Denver, Colorado

**Damien Fox**
*Freelance Illustrator*
Aiken SC

**Heather Griffith**
*Bus and paratransit operator*
Missoula, Montana

**Elle Dietz**
*Researcher*
Sacramento, California

**Parker Ellis**
*Retail Associate*
Raleigh, North Carolina

**Melody Rainpod**
*Student*
Russia

**Katie Loop**
*Equity and Diversity Program Specialist*
Saint Paul, MN

**Sam Miller**
*Volunteer Coordinator*
Los Angeles, California, USA

**Oleander R.**
*Student*
Georgia

**Jay Scott**
*Retail Associate*
Bellingham, WA

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Stacey Spectacular**
*Sex Worker*
New Orleans, LA

**Jenna Messer**
*Admissions counselor*
Columbus, Ohio

**Luca Forcino**
*Student*
Brooklyn

**Aria Stewart**
*Computer Programmer*
Salem, MA

**Maachi Naakamutunii**
*Residential Advocate at shelter*
Confederate Tribes of the Grand
Ronde land Portland, OR

**Aza Olsrud**
*Disability*
norway

**Jacqalin Keeling**
*Disabled*
NY

**Deborah Ridenour**
*Social Worker*
Lake Orion Michigan

**Meg Chaperon**
*Unemployed*
Chicago, IL

**D. Bouchard**
*Social Worker*
Burlington, VT

**Annyston Pennington**
*Graduate Student*
Virginia

**Lee Tausch**
*Student*
Overland Park, Kansas

**Lark McManus**
*Disabled*
Scotland

**Katherine McFarlin**
*Student*
Houston, TX

**Max Pizzardi**
*Research and Evaluation Analyst*
New York, NY

**Anlee Manaloto**
*Billing Clerk*
Astoria, NY

**Zoo Holmstrom**
*Social media manager*
Los Angeles, CA

**Em Kitchens**
*Student*
Charleston South Carolina

**Grayson Greening**
*Immigration paralegal assistant*
Denver, CO

**Ilsa Dohner**
*Student*
Syracuse, NY

**Tobi DiSalvo**
*Unemployed/Artist*
Delaware

**Julia Moquin**
*Set Decorator*
Los Angeles, California

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 40
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Jane-Victorius Bonsaksen**
*Student*
Norway

**Bailey Pfeifer**
*Therapist*
Chicago, IL

**Belacqua Behnke**
*Graduate Student*
Lincoln Park, MI

**Kevin Sem**
*Student*
Orway

**Gabriella Davidson**
*Unemployed*
Tacoma, Washington

**Arleigh Hitchcock**
*Wetlands Ecologist*
Fairbanks, AK

**Wren Cooke**
*Stage Manager*
Baltimore, Maryland

**Camille Paquette**
*Cook*
Montreal, Canada

**Ash Trull**
*Software Engineer*
Lakeville, MA

**Beckie Moriello**
*Lawyer*
Durham, NC

**Charlotte Sullivan**
*Support worker*
London, UK

**Andrew Rich**
*Doula, Lactation Professional*
LaGrange, Kentucky

**Jenna Brown**
*Doula*
Austin TX

**Kate York**
*Birth Worker, Lactation Counselor*
Ypsilanti, MI

**Jeremy Bowen**
*Full-Spectrum Doula*
Seattle, Washington

**Michele James-Parham**
*Midwife & Sex Education Instructor*
Pittsburgh, Pennsylvania

**Julia Quandt**
*library assistant*
California

**Magdalen Wulf**
*Doula*
Baltimore, Maryland

**Kimberly Powell**
*Teacher, Tutor, Business Owner*
New York City, NY

**Cory Bush**
*Doula*
Brooklyn, NY

**cat crow**
*Disabled Student*
Hurst, Texas

**Neil Girling**
*Engineering Director*
Oakland, California

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 41
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Dani Rodriguez**
*Environmental Aide*
Chatham, NJ

**Matthew Bischoff**
*CEO*
New York, NY

**Hannah Kane**
*Librarian*
West Bend, WI

**Terry Caber**
*Art Director*
Hamburg, NY

**Sam Herett**
*Unemployed*
London, England

**Frankie Black**
*Unemployed*
Demorest, GA

**Emrys Travis**
*Student*
UK

**Hayley Henebury**
*Disabled/Unemployed*
Rhode Island

**Laine Altman**
*Student*
Modesto, CA, USA

**Rebekah Jackson**
*Legal Assistant*
Florida

**Michele Keller**
*Software Developer*
Austin, TX

**Josie Breck**
*Librarian/Artist*
Baltimore, MD

**Zoe Province**
*Customer Care*
Springfield, IL

**Siobhan Vega**
*Production Assistant*
New York, NY

**Veronuca Red**
*Data Scientist*
Washington, DC

**Alex Taylor**
*Student Nurse*
United Kingdom

**Chris Thayer**
*Research Associate/Data Scientist*
Atlanta, GA, USA

**Mariana Poole**
*Adjunct professor*
Graham, North Carolina

**Kimberly Rhoten**
*PhD Candidate*
Somerville, MA

**Quinn Dunham**
*Unemployed*
New York, NY

**Shane Hicks**
*Author and Artist*
North Carolina

**Marina Martinez-Bateman**
*CEO*
Portland, Oregon

COHEN&GREEN    MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE    Page 42
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

**Abigail Jans**
*Homemaker*
Woodway, Tx, USA

**AJ Luxton**
*Writer*
Portland, Oregon

**Ian Estes**
*Deli Clerk*
Portland, Oregon

**J. L. Baldridge**
*Disabled Homemaker*
Tacoma, WA

**Andra (Amanda) Atkins**
*Educational Technology*
Imlay City, MI

**Alex Conall**
*disabled*
Tacoma WA

**Jiz Lee**
*Actor and Author Working in the Fields of Gender and Sexuality*
Oakland, CA USA

**Nicole DeLeon**
*Manager*
Fort Myers, FL

**Alex Byrne**
*Librarian*
Tacoma, WA

 MEMORANDUM ON LAW ON BEHALF OF AMICI CURIAE     Page 43
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com