Sandra S. Gustitus, OSB No. 143298
Chenoweth Law Group, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone:  (503) 221-7958
Facsimile:  (503) 221-2182
E-mail: sgustitus@chenowethlaw.com

Kristin Grant, *pro hac vice*
Grant Attorneys at Law PLLC
40 Exchange Place, Suite 1306
New York, NY 10005
Telephone:  212-520-7881
Facsimile:  212-520-7883
E-mail: kgrant@grantipattorneys.com

*Attorneys for Plaintiff Boyajian Products, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| BOYAJIAN PRODUCTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ENBY LLC,<br><br>Defendant. | Case No. 3:20-cv-01991-HZ<br><br>**SECOND AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT**<br>(Trademark Infringement and Unfair Competition)<br><br>DEMAND FOR JURY TRIAL |

Boyajian Products, LLC ("Plaintiff" or "Boyajian Products"), by and through its counsel, for its Complaint against Enby LLC ("Defendant"), hereby alleges as follows:

## NATURE OF ACTION

1.      This is an action for unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and for substantial and related claims of unfair competition and trademark infringement under the statutory and common laws of the State of Oregon, all arising from the Defendant's unauthorized use of the mark ENBY in connection with the distribution, marketing, advertising, promotion, offering for sale, and/or sale of sex toys and related retail services. Plaintiff seeks injunctive and monetary relief.

## THE PARTIES, JURISDICTION AND VENUE

2.      Plaintiff is a limited liability company organized and existing under the laws of the State of New York.

3.      Upon information and belief, Defendant, is a limited liability company organized and existing under the laws of the State of Oregon with a principal place of business and an address for service of process located at 7603 N Omaha Ave Portland, Oregon 97217.

4.      This court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§1331 and 1338. This court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

5.      This Court has personal jurisdiction over Defendant because Defendant is organized under the laws of the State of Oregon and its principal place of business is located in this district.

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because Defendant resides in this district and because a substantial part of the events or omissions giving rise to the claims occurred, and a substantial part of the actions and wrongful conduct underlying these claims occurred in this district.

/ / /

/ / /

/ / /

Page 2 –      **COMPLAINT FOR TRADEMARK INFRINGEMENT**

**FACTS**

A.  Plaintiff and its ENBY Mark

7.      Plaintiff sells sex toys and related goods primarily through its website at www.wildflowersex.com. In or about June 2019, Plaintiff launched a rechargeable vibrator under the ENBY trademark (the "Plaintiff's ENBY mark"), which retails for less than $80.

8.      Plaintiff has used the Plaintiff's ENBY mark in commerce throughout the United States and internationally exclusively and continuously since as early as June 2019 in connection with the manufacture, distribution, provision, offering for sale, sale, marketing, advertising and promotion of its rechargeable vibrator.

9.      On November 17, 2020, the date of commencement of this action, Plaintiff sold its rechargeable vibrator under the Plaintiff's ENBY mark through its website at www.wildflowersex.com and through at least 29 third-party retailers throughout the United States.

10.      As a result of its widespread, continuous, and exclusive use of the Plaintiff's ENBY mark in commerce to identify its rechargeable vibrator and Plaintiff as its source, Plaintiff owns valid and subsisting rights to the Plaintiff's ENBY mark.

11.      Plaintiff's ENBY mark is inherently distinctive as applied to its rechargeable vibrator. The term ENBY is the phonetic pronunciation of "NB," the initials for the word non-binary. As it relates to gender identity, the term non-binary refers to an individual who does not identify as either male or female. However, the general meaning of the term non-binary, as defined in the Cambridge dictionary is "not simply one thing or another." *See* Exhibit 1. Plaintiff markets its rechargeable vibrator under the Plaintiff's ENBY mark as a toy for all bodies. *See* Exhibit 2. Plaintiff's ENBY mark is a pun.

12.      The box in which the vibrator is sold reads "Rechargeable Vibrator for Every Body."  When a potential customer searches for the product on Amazon, the description of the product further underscores the suggestiveness of the Plaintiff's ENBY mark in relation to its goods.  The Amazon product description includes that it is "Designed to please a variety of

bodies." *See* Exhibit 3.  The description goes on to explain "Enby is unique in that its features and functions are gender-neutral.  Flex Enby's wings to stroke, grab and massage in every imaginable area."

13.     ENBY, as used in relation to the Plaintiff's goods, is suggestive — a sex toy for all bodies, not for one specific body type or another, one specific sexual orientation or another, or one specific gender identity or another. *See id.*

14.     In the alternative, the Plaintiff's ENBY mark has acquired secondary meaning through Plaintiff's widespread and continuous use in commerce.

15.     Since at least as early as June 5, 2019, Plaintiff has sold its rechargeable vibrator under the Plaintiff's ENBY mark to consumers in the State of Oregon. On November 17, 2020, the date of commencement of this action, Plaintiff had sold more than 160 units of its rechargeable vibrator under the Plaintiff's ENBY mark to consumers in the State of Oregon, totaling approximately $12,000 in revenue.

16.     On November 17, 2020, the date of commencement of this action, in only 17 months since launching the ENBY rechargeable vibrator, Plaintiff had sold more than 6,000 units of its rechargeable vibrator under the Plaintiff's ENBY mark to consumers throughout the United States, totaling more than $350,000 in revenue.

17.     Plaintiff has expended substantial time, money, and resources marketing, advertising, and promoting its rechargeable vibrator sold under the Plaintiff's ENBY mark, through paid internet advertising, affiliate marketing, pop up shops, and pride fairs, the fruits of which are reflected in the number of sales and revenue generated as of the date of commencement of this action.

18.     As a result of Plaintiff's expenditures and efforts, the Plaintiff's ENBY mark has come to signify the high quality of the goods designated by the Plaintiff's ENBY mark, and has acquired distinctiveness, incalculable distinction, reputation, and goodwill belonging exclusively to Plaintiff.

19.     Plaintiff's ENBY mark and its goods offered thereunder have received significant unsolicited coverage in various media, including but not limited to coverage in various large

scale publications including Cosmopolitan, Allure, Shape, Men's Health, Ask Men, Nylon, and Healthline, and has also been featured on the popular HBO television show Real Time With Bill Marr.

20.    Coverage of Plaintiff's ENBY mark and its goods relates specifically to the suggestiveness of the ENBY mark.  For example, the Men's Health article about the rechargeable vibrator was titled "I Tried Masturbating with Enby, the New Sex Toy for All Genders."  *See* Exhibit 4.  The article goes on to explain:

> "Wild Flower's gender-free sex toy is billed as a "vibrator for every body," but I had doubts about it working with my anatomy. For reference, I'm a cisgender man, which means the gender with which I identify (male) coincides with my birth sex…However, it's supposed to be for everyone, so I wanted to try it out." *Id.*

21.    The Plaintiff's rechargeable vibrator is sold under the Plaintiff's ENBY mark on third party websites, such as "www.goop.com."  *See* Exhibit 5.  On "www.goop.com," the product details state "This vibrator's unique shape (it's designed with all body types and sexualities in mind) is its biggest asset: Enby can be folded, rubbed on, or tucked between you and a partner . . . ."  *Id.*

22.    The nature of the product not simply being for one body or another, is the basis of the ENBY mark, making it suggestive and thereby inherently distinctive.

### B. Defendant's Unlawful Activities

23.    Without authorization, and upon information and belief, in or about September 2020 Defendant launched an online retail store selling sex toys and related goods under the ENBY mark at the domain www.shopenby.com to consumers throughout the United States ("the "Defendant's ENBY mark"). *See* Exhibit 6. The average product on Defendant's website retails for less than $80.

24.    The Defendant's ENBY mark is identical to Plaintiff's ENBY mark.

25.    Defendant is offering for sale and selling goods identical to Plaintiff's goods. Defendant's services and Plaintiff's goods are closely related.

26.    Defendant began offering its services under Defendant's ENBY mark after

Plaintiff had established protectable rights in the Plaintiff's ENBY mark.

27.    Plaintiff and Defendant both offer their goods and services primarily through electronic commerce to consumers of all gender identities and sexual orientations.

28.    Plaintiff's goods and Defendant's services are advertised in similar ways and marketed and sold to the same types of consumers, who are unlikely to exercise particular care in choosing between similar and relatively inexpensive products.

29.    An internet search for the phrase "enby sex toy" reveals only links related to Plaintiff's goods and Defendant's services. *See* Exhibit 7.

30.    Plaintiff and Defendant are in the same social communities in that they knowingly share a number of acquaintances and business contacts. Upon information and belief, prior to selecting Defendant's ENBY mark, Defendant was aware of Plaintiff and Plaintiff's ENBY mark. Defendant selected Defendant's ENBY mark with the intention to trade on the Plaintiff's goodwill.

31.    On October 16, 2020, Plaintiff, through counsel, sent a letter to Defendant alerting them to Plaintiff's rights and requesting that they stop using the Defendant's ENBY mark in connection with the promotion, marketing, advertising, offering to sell, selling or distributing of any and all sex toys and related goods.

32.    On the date of commencement of this action, Plaintiff had received no response to the substance of its cease and desist letter and, after reasonable inquiry, received no evidence that Defendant complied or intended to comply with the demands set out in Plaintiff's letter.

33.    Defendant's use of Defendant's ENBY mark, which is identical to Plaintiff's ENBY mark, to sell goods identical to Plaintiff's goods, is likely to cause consumer confusion as to the origination of the goods and services offered by the parties.

34.    Defendant's website demonstrates the likelihood of confusion through the use of an identical mark — suggestively — as a trademark, to sell goods identical to the Plaintiff's goods, with brand messaging that is very similar to Plaintiff's messaging.  Defendant's website reads "shop enby is a safer space for people of all genders to explore pleasure beyond the binary."  *See* Exhibit 8.

35.    Third party websites also demonstrate the likelihood of confusion. An article on www.reviewed.com titled Black-Owned Sex Wellness Brands to Check Out Now reads "Created to market gender-affirming products for all bodies, Enby (not to be confused with Wild Flower's gender-neutral sex toy of the same name) is a Black and trans-owned retailer where you can shop for a variety of sex toys, including vibrators, strokers, plugs, and more." *See* Exhibit 9.

36.    Defendant's infringing acts as alleged herein have caused and are likely to cause confusion, mistake, and deception among the relevant consuming public as to the source or origin of the Defendant's goods and services and have and are likely to deceive the relevant consuming public into believing, mistakenly, that Defendant's goods and services originate from, are associated or affiliated with, or otherwise authorized by Plaintiff.

37.    Defendant's infringing acts as alleged herein are likely to cause confusion, before, during and after the time of purchase because consumers viewing the Defendant's ENBY mark, which is identical to Plaintiff's ENBY mark, in use in relation to the sale of goods identical to Plaintiff's goods, are likely to mistakenly believe that the Defendant's services originate from, are associated or affiliated with, or otherwise authorized by Plaintiff. Defendant's infringing acts are inflicting irreparable harm on the goodwill symbolized by Plaintiff's ENBY Mark and the reputation for quality that it embodies.

38. On information and belief, Defendant continues to use Defendant's ENBY mark in connection with the sale of sex toys and related goods directly in competition with the Plaintiff's goods.

39. Defendant knowingly, willfully, intentionally, and maliciously adopted and used a mark identical to Plaintiff's ENBY mark. Defendant's acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to Plaintiff and to its valuable reputation and goodwill with the consuming public for which Plaintiff has no adequate remedy at law.

## FIRST CAUSE OF ACTION

### (Federal Unfair Competition, 15 U.S.C. § 1125(a))

40.    Plaintiff repeats and realleges each and every allegation contained in the

paragraphs above with the same force and effect as if said allegations were fully set forth herein.

41.     Plaintiff's ENBY mark is inherently distinctive as applied to its rechargeable vibrator. Specifically, ENBY, as used in relation to the Plaintiff's goods, is suggestive. The Plaintiff's ENBY mark hints at or suggests the attributes of Plaintiff's rechargeable vibrator without actually describing the product — a sex toy for all bodies, not for one specific body type or another, one specific sexual orientation or another, or one specific gender identity or another. In the alternative, Plaintiff's ENBY mark has acquired distinctiveness through its continuous and widespread use in commerce throughout the United States.

42.     As a result of its widespread, continuous, and exclusive use of the Plaintiff's ENBY mark in commerce to identify its rechargeable vibrator and Plaintiff as its source, Plaintiff owns valid and subsisting rights to the Plaintiff's ENBY mark throughout the United States.

43.     Defendant's unauthorized use in commerce of the identical Defendant's ENBY mark alleged herein in relation to the sale of goods identical to Plaintiff's goods is likely to deceive and confuse consumers as to the origin, source, sponsorship, or affiliation of Defendant's goods and services and is likely to cause consumers to believe, contrary to fact, that Defendant's goods and services are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendant was in some way affiliated with or sponsored by Plaintiff.

44.     Defendant's conduct as alleged herein is willful and is intended to and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendant with Plaintiff.

45.     Defendant's conduct as alleged herein constitutes unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

46.     Defendant's conduct as alleged herein has caused and, unless enjoined by this Court, will continue to cause Plaintiff to suffer irreparable harm.

47.     Plaintiff has no remedy at law and is entitled to and seeks, among other relief, injunctive relief and an award of actual damages, Defendant's profits, reasonable attorneys' fees, and costs of the action pursuant to 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

**SECOND CAUSE OF ACTION**

(Oregon Common Law Unfair Competition and Trademark Infringement)

48.     Plaintiff repeats and realleges each and every allegation contained in the paragraphs above with the same force and effect as if said allegations were fully set forth herein.

49.     Plaintiff's ENBY mark is inherently distinctive as applied to its rechargeable vibrator. Specifically, ENBY, as used in relation to the Plaintiff's goods, is suggestive. The Plaintiff's ENBY mark hints at or suggests the attributes of Plaintiff's rechargeable vibrator without actually describing the product — a sex toy for all bodies, not for one specific body type or another, one specific sexual orientation or another, or one specific gender identity or another. In the alternative, Plaintiff's ENBY mark has acquired distinctiveness through its continuous and widespread use in commerce throughout the United States, including within the state of Oregon.

50.     As a result of its continuous and exclusive use of the Plaintiff's ENBY mark in commerce to identify its rechargeable vibrator and Plaintiff as its source, throughout the United States, and specifically within the State of Oregon, Plaintiff owns valid, enforceable, and subsisting common law trademark rights in the Plaintiff's ENBY mark throughout the United States and in Oregon.

51.     Defendant's use in commerce of the identical Defendant's ENBY mark in relation to the sale of goods identical to Plaintiff's goods is likely to (i) cause confusion, mistake and/or deception, (ii) give the false and misleading impression that the goods and services offered or sold by Defendant and Plaintiff originate from or are under the control of a single source, or are endorsed by the Plaintiff, or  (iii) give the false and misleading impression that Defendant is in some way associated with or connected to Plaintiff, in violation of Oregon's common law unfair competition and trademark laws.

52.     Defendant's acts are being committed with actual knowledge of Plaintiff's prior and substantial use and prior rights in the Plaintiff's ENBY mark, and without regard for the likelihood of confusion to the public as a result of its activities.

53.     Defendant's acts are willful and with intent to trade on the goodwill associated with the Plaintiff's ENBY mark to the irreparable injury of the Plaintiff.

54.     As a direct result of Defendant's unlawful activities, Plaintiff is entitled to injunctive relief against to restrain further acts of infringement and unfair competition, and to recover any damages proven to have been caused by Defendant's unlawful acts, and to recover enhanced damages based upon Defendant's willful and intentional activities.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that the Court enter judgment against Defendant as follows:

1.     That the Defendant has violated Section 43(a) of the Lanham Act (15 U.S.C. §1125(a))

2.     That the defendant has violated Oregon common law trademark and unfair competition laws.

3.     Granting a permanent injunction enjoining the Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities who receive actual notice of the Court's order by personal service or otherwise from:

    a.  distributing, selling, offering to sell, marketing, advertising, promoting, or authorizing any third party to sell, offer to sell, market, advertise or promote sex toys and related retail store services bearing the Defendant's ENBY mark or any other mark that is a copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's ENBY mark;

    b.  engaging in any activity that infringes Plaintiff's rights in its Plaintiff's ENBY mark;

    c.  engaging in any activity constituting unfair competition with Plaintiff;

    d.  making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that (i) Defendant's goods and services are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or (ii) Plaintiff's goods and services are in any manner approved,

endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Defendant;

e.  using or authorizing any third party to use in connection with any business, goods, or services any marks, names, words, symbols, devices, that falsely associate such business, goods and/or services with Plaintiff or tend to do so;

f.  registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin that infringes or is likely to be confused with Plaintiff's ENBY mark, or any goods or services of Plaintiff, or Plaintiff as their source; and

g.  aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) through (g).

4.   Directing Defendant to immediately transfer ownership of the www.shopenby.com domain to the Plaintiff and all log-in credentials associated with such domain.

5.   Directing, pursuant to 15 U.S.C. § 1116(a), Defendant to file with the court and serve upon Plaintiff's counsel within thirty (30) days after service on Defendant of an injunction in this action, or such extended period as the court may direct, a report in writing under oath, setting forth in detail the manner and form in which Defendant has complied therewith.

6.   Directing that Defendant account to and pay over to Plaintiff all profits realized by its wrongful acts in accordance with Section 35 (a) of the Lanham Act (15 U.S.C. §1117(a)), enhanced as appropriate to compensate, without precluding all damages, costs and fees sought herein, Plaintiff for the damages caused thereby.

7.   Awarding Plaintiff actual damages in accordance with Section 35 (a) of the Lanham Act (15 U.S.C. §1117(a)), enhanced as appropriate to compensate Plaintiff for the damages caused thereby.

8.   Awarding Plaintiff punitive and exemplary damages as the court finds appropriate to deter any future willful infringement.

Page 11 –    **COMPLAINT FOR TRADEMARK INFRINGEMENT**

9.      Declaring that this is an exceptional case pursuant to Section 35(a) of the Lanham Act and awarding Plaintiff its costs and reasonable attorneys' fees thereunder (15 U.S.C. § 1117(a)).

10.      Awarding Plaintiff interest, including prejudgment and post-judgment interest, on the foregoing sums.

11.      Awarding such other and further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff hereby demands a trial by jury of all issues so triable that are raised herein or which hereinafter may be raised in this action.


Dated:  January 28, 2022                          CHENOWETH LAW GROUP, PC


                                          */s/ Sandra S. Gustitus*
                                          Sandra S. Gustitus, OSB No. 143298
                                          Chenoweth Law Group, PC
                                          510 SW Fifth Avenue, Fourth Floor
                                          Portland, OR  97204
                                          Telephone:  (503) 221-7958
                                          Facsimile:  (503) 221-2182
                                          E-mail: sgustitus@chenowethlaw.com

                                          Kristin Grant, *pro hac vice*
                                          Grant Attorneys at Law PLLC
                                          40 Exchange Place, Suite 1306
                                          New York, NY 10005
                                          Telephone:  212-520-7881
                                          Facsimile:  212-520-7883
                                          E-mail: kgrant@grantipattorneys.com

                                          *Attorneys for Plaintiff Boyajian Products, LLC*

NON-BINARY | definition in the Cambridge English Dictionary        https://dictionary.cambridge.org/us/dictionary/english/non-binary



  

*Meaning of **non-binary** in English*



# non-binary

*adjective*

US 🔊 /ˌnɑːnˈbaɪ.nɚ.i/  UK 🔊 /ˌnɒnˈbaɪ.nᵊr.i/

**not simply one thing or another:**

• *We really need a different working system, a non-binary one that doesn't make you choose between a career and taking time out to have kids.*

**having a gender identity (= feeling of being a particular gender) that is not simply male or female:**

• *Some people who are non-binary experience their gender as both male and female, and others experience their gender as neither male nor female.*

• *Non-binary identities have been recognized for millennia by cultures and societies around the world.*

**Synonym**

genderqueer

— **More examples**

• *Young and old are non-binary antonyms.*

• *The actual multiplicity and variety of humans on the planet is absolutely non-binary.*

• *People who are non-binary may use gender-neutral pronouns.*

⌃

12/1/2021, 5:16 PM

Second Amended Complaint
Exhibit 1
Page 1 of 2

NON-BINARY | definition in the Cambridge English Dictionary                    https://dictionary.cambridge.org/us/dictionary/english/non-binary

**Want to learn more?**

Improve your vocabulary with **English Vocabulary in Use** from Cambridge.
Learn the words you need to communicate with confidence.

*(Definition of **non-binary** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

EXAMPLES of **non-binary**

# non-binary

The experience of being a masculine-of-center *non-binary* person has been a realization of the utter absurdity of how gender norms are assigned and imposed.

*From Huffington Post*

If we skip binarization and perform only partial deduction on the original *non-binary* program, we get only an identical copy of the logic program.

*From the Cambridge English Corpus*

Moreover, a validation framework for a weighted network should also be investigated to provide performance assurance for *non-binary* occurrences.

*From the Cambridge English Corpus*

Graphical representations of relational data often entail dichotomizations of *non-binary* numerical or ordinal relational data, and a loss of the context in which the data were gathered.

*From the Cambridge English Corpus*

*Non-binary* visualizations (strong and weak ties) retained some of this structure but revealed stronger differentiation between inland and coastal exchange.

*From the Cambridge English Corpus*

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

**What is the pronunciation of *non-binary*?**

12/1/2021, 5:16 PM

Second Amended Complaint
Exhibit 1
Page 2 of 2

Enby 2 - Silicone Vibrator - Powerful Vibrator - Quiet Vibrator - Wild F...                    https://wildflowersex.com/products/enby-2

$6 US flat rate shipping - free over $99

☰  🔍  👤  ❤  🛍 0

MY CART 🛍 0

🔍 👤 ❤ 🛍 0  $0.00

SHOP ⌄      SEX ED      VIDEOS      ABOUT US

WILD FLOWER

# ENBY 2

13 reviews

$74.99

or 4 interest-free payments of **$18.75** with  **quadpay**  ⓘ



Designed for all bodies and experience levels. A simple to use, functional and dynamic rechargeable vibrator for all forms of pleasure. Hump it, rub on it, tuck it in a harness or put it between two bodies. Flex and curl it to stroke and massage. Finding what works for you and your body is the fun part.

• Twice as powerful as the original Enby
• 3 speeds, 3 patterns
• 1.5 to 2 hour battery life
• Fully submergible
• Magnetic Charging
• Soft, body-safe silicone that is more flexible than the original Enby
**Pre-order: Item will ship late December**

QUANTITY   –   1   +      ❤ ADD TO WISHLIST  (130)

ADD TO CART

Designed for all bodies and experience levels. A simple to use, functional and dynamic rechargeable vibrator for all forms of pleasure. Hump it, rub on it, tuck it in a harness or put it between two bodies. Flex and curl it to stroke and massage. Finding what works for you and your body is the fun part.

• Twice as powerful as the original Enby
• 3 speeds, 3 patterns
• 1.5 to 2 hour battery life
• Fully submergible
• Magnetic Charging
• Soft, body-safe silicone that is more flexible than the original Enby
**Pre-order: Item will ship late December**



Enby 2 Vibrator     Enby 2 Vibrator
Wild Flower         Wild Flower



Enby 2 Vibrator
Wild Flower

Enby 2 Vibrator

12/1/2021, 5:18 PM

Second Amended Complaint
Exhibit 2
Page 1 of 29

Enby 2 - Silicone Vibrator - Powerful Vibrator - Quiet Vibrator - Wild F...    https://wildflowersex.com/products/enby-2

Enby 2 Vibrator    Enby 2 Vibrator
Wild Flower    Wild Flower



Enby 2 Vibrator
Wild Flower



Penis



Quiet



Rechargeable



Silicone



Vagina



Waterproof



Manufacturer's
Warranty



Explore Enby in 3D

Click and drag to rotate.

Second Amended Complaint
Exhibit 2
Page 2 of 29

Enby 2 - Silicone Vibrator - Powerful Vibrator - Quiet Vibrator - Wild F...                    https://wildflowersex.com/products/enby-2



# Curves that Compliment



Ideal for humping and grinding style pleasure, the Enby 2 has smooth curves that correspond to the shape of your body. The underside ridges help to keep the toy in place during use.

12/1/2021, 5:18 PM

Second Amended Complaint
Exhibit 2
Page 3 of 29

## Curl and Flex

Enby now has softer silicone, making it easier to flex and curl into a penis stroker. The soft ridges concentrate around the tip of the penis to deliver extra pleasure.





## Explore More

Explore more with the Enby 2. Its flexible tip, magnetic charging, and waterproof capabilities allow for it to be used in many more ways, including in the bath, shower, or tucked in a harness.

00:55

12/1/2021, 5:18 PM
Second Amended Complaint
Exhibit 2
Page 4 of 29

Enby 2 - Silicone Vibrator - Powerful Vibrator - Quiet Vibrator - Wild F...                    https://wildflowersex.com/products/enby-2

## Customer Reviews

Based on 13 reviews Write a review
**HANDS FREE PLEASURE**

Anon Oct, 2021
I'm asexual, a bit sex repulsed & trans (ftm) but don't have bottom dysphoria,so this funky shape that isn't phallic & doesn't look like every other vibrator made the concept of trying one less intimidating & maybe the shape won't make roommates judge me if they don't recognize it as a vibrator if they were to somehow find it.

Humping pillows or towels has been the only way I'm comfortable exploring this part of myself & I really don't like the concept of "internal use" toys so I am happy to find something made with external use, (especially for humping) in mind! Even without the vibrations it's a good shape and firmness to press against. Putting it in boxer briefs alone can also work.

I thought maybe I was missing out on something mind blowing for masturbation by never using a vibrator before. It's about the same as before for me, just faster and easier to get arousal taken care of which is nice!

If you like humping things to feel good I recommend this.
Thanks for making something that isn't super phallic or penetrative.

Report as Inappropriate
**ENBY 2 REVIEW**

K Aug, 2021
I'M STILL TRYING TO UNDERSTAND ALL THE WAYS THAT THIS TOY CAN BE USED BUT OVERALL, I AM IMPRESSED WITH THE ENBY SEX TOY.

Report as Inappropriate
**SUPER HAPPY!**

Jess Aug, 2021
Just got my enby in the mail and in love. This is my new fav toy. Love how smooth it is. Really great !!

Report as Inappropriate
**POOR POWER PLACEMENT FOR PARTNER USE**

Jenna Aug, 2021
This product caught my attention right away, however after purchase and several attempts at use with my partner we found quickly that the power button is positioned so that with it between us the toy turns off.

Report as Inappropriate
**WOW!!**

Sarah Jul, 2021
I had the most intense orgasm of my life with this toy! We put it on my husbands belly and I was on top grinding into it. I am on an antidepressant so it's difficult to orgasm during sex, I'll usually have to use a vibrator after we have sex to finish. It was so nice to be on top and be able to cum with my husband inside me! I also love that it's non-binary so a variety of people can use it in different ways. So worth it!!

Report as Inappropriate
1 2 3 Next »

## follow us @wildflowersex

12/1/2021, 5:18 PM

Enby 2 - Silicone Vibrator - Powerful Vibrator - Quiet Vibrator - Wild F...          https://wildflowersex.com/products/enby-2



---

SUPPORT

INFO

JOIN THE COMMUNITY

Signup for our mailing list for special discounts and news!

Enter Your Email Address                                    JOIN

Contact Us
FAQ
Shipping
Return Policy
Product Manuals
Warranty
Terms of Service
Refund policy

Shop All Collections
Search
Gift Cards
Affiliate Program
News
Privacy Policy



COPYRIGHT © 2021 WILD FLOWER

12/1/2021, 5:18 PM

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...





**Wild Flower launches gender-neutral sex toy Enby for "all of life's transitions"**

        

Rima Sabina Aouf | 14 June 2019

        

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

## dezeen

Named Enby after the acronym NB, short for non-binary, the vibrator is designed to appeal to users across all genders, with an abstracted shape and open-ended functionality.

"[We] wanted to create a toy that could stay with someone through all of life's transitions – changing bodies, new partners, evolving desires and beyond," said Wild Flower.

    

12/1/2021, 5:19 PM

Second Amended Complaint
Exhibit 2
Page 8 of 29

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...





*Enby is designed for people of all genders*

       

12/1/2021, 5:19 PM

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

# dezeen





*It is a flexible silicone vibrator with wings*

The idea is that users can place Enby on or wrap it around many potentially sensitive areas of their bodies.

As a starting point, Wild Flower suggests three potential ways to use the toy: first, "hump it", by lying it flat on the bed and grinding against it; second, "stroke it", by curling it into a hand-held massager; and third, "tuck it", by slipping it inside a harness or underwear.

       

12/1/2021, 5:19 PM

Second Amended Complaint
Exhibit 2
Page 10 of 29

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

# dezeen



*You place Enby on or wrap it around different areas of the body*

Enby is an extension of a project Amy Boyajian and Nick Boyajian started two years ago when they founded Wild Flower, an online adult store where products are sorted by body part or type of play, not gender.

**Related story**
## Sextech startups abandon the "intimidating" penis-shaped vibrator

"We wanted to disrupt the sex toy industry, educate our customers and banish the binary by offering non-gendered products," said Nick.

"While we're very proud of the products we've been able to carry and the work that we've done, we've always felt that there isn't a single product that truly represents our goals and mission."

    

12/1/2021, 5:19 PM

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

# dezeen

*It has three speeds and five patterns of vibration.*

    

12/1/2021, 5:19 PM

Second Amended Complaint
Exhibit 2
Page 12 of 29

# dezeen

It comes during a renaissance in sex toy design that has seen a shift away from penis-shaped objects. Instead, the latest vibrators are more likely to have smooth and minimal, abstracted forms – alongside the occasional avocado or flying saucer.

Other recently launched products include Dame's compact Fin vibrator, worn over the finger like a ring, and Buck Off, a toy designed especially for transgender men.

Read more: Design    │ Product design    │ Sex toy design    │ Sex │
Gender-neutral design           │ Products

---

**Subscribe to our newsletters**

Email*

**Next**

---

**More images**

---

**Share and comment**

     

Second Amended Complaint
Exhibit 2
Page 13 of 29

# dezeen



**More**
**Architecture**
**Interiors**
**Design**
**Lookbooks**

## Recommended stories



Say No Mo is a gender-neutral beauty salon and cocktail bar in Kyiv



Benjamin Hubert creates packaging for wellness brand Never Go Alone







Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

# dezeen



Monto Sit Stand Riser gives option to work standing or ...

Minimalist micro-apartments in Seoul form "blank canvas for tenants"



Frame table by John Pawson for Nikari

Burger King reveals simplified logo as part of first rebrand in 20 years



Tigmi Trading designs rug collection that takes cues from ...

IKEA releases furniture collection to "democratise the gaming experience"



LX001 armchair by From Industrial for Ladies LK

House 1 by Suppose Design Office is a "cave-like" concrete house in downtown Tokyo

## Comments

Visit our comments page | Read our comments policy

    

12/1/2021, 5:19 PM
Second Amended Complaint
Exhibit 2
Page 15 of 29

dezeen

Favorite Tweet Share Sort by Newest

Join the discussion...

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

**Becks** • a year ago • edited

Surprised that this is still on the front page. It's not only that the product looks like a bike saddle and the models uninspired, but the photography and AD is poor.

^ | v • Reply • Share ›

Paravent Ambassade screen by Charlotte ... nd for Cassina

Dudet armchair by Patricia Urquiola for Cassin

**Hilary Meehan** • 2 years ago • edited

This is a very creative design. Playful, functional, imaginative. The photos aren't offensive to me, just targeted. They've thought outside the typical shapes for a pleasure device that opens avenues of imagination and liberation. It looks like a lot of fun! Vavavoom!

1 ^ | v • Reply • Share ›

**Sofia de Alcala** • 2 years ago • edited

Oh my god, the pictures are so incredible ugly. I'm not condoning the use of hyper sexualized women for a sex toy ad, but the content of these images is just plain distasteful. Also, before the invention of this gender neutral "thing," there were vibrator sex toys that have different shapes. Not all vibrators are phallic, so I don't understand what exactly am I being sold here that we're supposed to think of as some sort of novelty? No innovation, just ugly images.

1 ^ | v • Reply • Share ›

**BarttheCat** • 2 years ago • edited

Wtf.

^ | v • Reply • Share ›

**krampus** • 2 years ago • edited

So it's a gel shoe insole?

pendant light by Broberg & Ridderstråle

Port dining chair by Blu Dot

4 ^ | v • Reply • Share ›

**Jan Bednarek** • 2 years ago • edited

Bez sensu.

^ | v • Reply • Share ›



Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

# dezeen 

**juli_vi** → Michael • 2 years ago • edited

Actually, there are some people who share sex toys: couples of various configurations, sex therapists, tantric massage professionals...

∧ | ∨ • 1 • Reply • Share ›

> **Todd Zirkle** → juli_vi • 2 years ago • edited
>
> I share my sex toy every chance I get. It has a traditional shape and is attached. It has several speeds and is all organic and contains no poly-byutinaols or other potentially toxic substances. It does include the risk causing growths to form in utero.
>
> 2 | ∧ | ∨ • 1 • Reply • Share ›

> **Michael** → juli_vi • 2 years ago • edited
>
> I still stand by my point. Get one or more that are appropriate to your and your partner's bits. A one-size-fits-all just doesn't make sense to me.
>
> 2 | ∧ | ∨ • Reply • Share ›

**Sylvia Sánchez** • 2 years ago • edited

Why would I want a gender neutral toy? I'm not gender neutral.

6 ∧ | ∨ • 2 • Reply • Share ›

> **Iikka Keränen** → Sylvia Sánchez • 2 years ago • edited
>
> There might be people in the world who aren't you.
>
> 5 ∧ | ∨ • 7 • Reply • Share ›

> > **baju-baju** → Iikka Keränen • 2 years ago • edited
> >
> > That's possible, however what does "neutral" mean?
> >
> > 1 ∧ | ∨ • Reply • Share ›

**Eugene Ely** • 2 years ago • edited

What the world needs now is love... not cheap plastic/rubber substitutes. Or stories about cheap plastic substitutes.

6 ∧ | ∨ • 1 • Reply • Share ›

> **Amanda Mask** → Eugene Ely • 2 years ago • edited
>
> Eugene, this is really dumb. People don't buy vibrators because they need love. They

      

Second Amended Complaint
Exhibit 2
Page 17 of 29

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

# dezeen                                                    🔍  ☰

**RuckusAmsel** • 2 years ago • edited

That's interesting: If – as the full-on progressive asserts – there can be male/female penises, and likewise, male/female vaginas, wouldn't that mean that *every* sex toy can be said to be gender neutral, depending on how the user sees it?

In that case, what would distinguish the object of this article from other products as being uniquely 'gender neutral'?

4 ∧ | ∨ • Reply • Share ›

> **baju-baju** ➔ RuckusAmsel • 2 years ago • edited
>
> Like with most design nowadays, it's the essay that comes attached to the design that counts. What the heck is that?
>
> Well, let me explain. If you mention gender in that essay everybody must be amazed under the threat of being ostracised, soon to be upgraded to public shaming, tar and feathers and executions.
>
> 2 ∧ | ∨ • Reply • Share ›

>> **Ioandrei** ➔ baju-baju • 2 years ago • edited
>>
>> We're headed fast to ideological totalitarianism in every aspect of public life. This is very, very serious, and all the SJW bots are cheerfully endorsing it.
>>
>> ∧ | ∨ • Reply • Share ›

>> **RuckusAmsel** ➔ baju-baju • 2 years ago • edited
>>
>> Good point. Your take on the current state of design brings to mind how this is paralleled in contemporary art. It's now less about the actual talent/skill needed to produce the piece, but, principally about the message purportedly conveyed by what is essentially performance.
>>
>> 1 ∧ | ∨ • Reply • Share ›

**manu** ➔ RuckusAmsel • 2 years ago • edited

     

Second Amended Complaint
Exhibit 2
Page 18 of 29

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

## dezeen

🔍 ☰

**gerrard coetzee** ↗ RuckusAmsel • 2 years ago • edited

Not disqualified ruckus...it's just not architecturally related, it's a sex toy an as such should be on the "sex toys are us" site.

1 ∧ | ∨ • 3 • Reply • Share ›

**RuckusAmsel** ↗ gerrard coetzee • 2 years ago • edited

That's unfair – if not downright inaccurate. You yourself make note of this website's focus on not just the architectural world, but on design itself. Should you dispute this, I ask you only to visit Dezeen's main page, at the top you'll see the headers "Design" and "Technology."

The fact that this product is sex-related, in no way deems it outside the realm of design and technology, regardless of whether it offends your sensibilities and thus, your argument for its exclusion.

1 ∧ | ∨ • Reply • Share ›

**gerrard coetzee** ↗ RuckusAmsel • 2 years ago • edited

Ooh Rukus, so fiesty.

∧ | ∨ • 2 • Reply • Share ›

**Thomas** • 2 years ago

Jordan Peterson please help us!

3 ∧ | ∨ • 2 • Reply • Share ›

    

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

# dezeen

**Ioandrei** ➔ Starcruzer • 2 years ago • edited
No, because only females are gender neutral, apparently.
⌃  ⌄  |  Reply  •  Share ›

**gerrard coetzee** ➔ Starcruzer • 2 years ago • edited
No need, some males already have the junk.
⌃  ⌄  |  Reply  •  Share ›

**Jacob Volanski** ➔ Starcruzer • 2 years ago • edited
Yes.
⌃  ⌄  |  Reply  •  Share ›

**Mr.A** • 2 years ago • edited
What am I looking at?
2 ⌃  |  ⌄  •  Reply  •  Share ›

**Le canal hertzien** • 2 years ago • edited
I don't understand the purpose of this thing.
⌃  |  ⌄  •  Reply  •  Share ›



Second Amended Complaint
Exhibit 2
Page 20 of 29

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

**dezeen**

**Top design stories**

    

Second Amended Complaint
Exhibit 2
Page 21 of 29

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

# dezeen

Subscribe

    

12/1/2021, 5:19 PM
Second Amended Complaint
Exhibit 2
Page 22 of 29

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

# dezeen



Email

## Next

       

12/1/2021, 5:19 PM

Second Amended Complaint
Exhibit 2
Page 23 of 29

Wild Flower launches gender-neutral sex toy Enby                    https://www.dezeen.com/2019/06/14/wild-flower-designs-gender-neutral...

# dezeen



**Popular jobs**                              **Featured jobs**

**1**  Designer at Grohe

**2**  Architect/designer/project manager at Ten to One

**3**  Senior 3D designer at Here Design

**4**  Architectural visualiser at John McAslan + Partners

**5**  Senior product designer at Ippolito Fleitz Group

**Highlights**

3D-printed toilet                    Retro green bathrooms                    Outdoor class

       

Wild Flower Releases Enby, a Genderless Sex Toy - StorErotica Magazine          https://storerotica.com/wild-flower-releases-enby-a-genderless-sex-toy/

# WILD FLOWER RELEASES ENBY, A GENDERLESS SEX TOY

By **Eugenio Torrens**  -  June 12, 2019



12/1/2021, 5:20 PM
Second Amended Complaint
Exhibit 2
Page 25 of 29

Wild Flower, the sex toy retailer known for its commitment to ethical and inclusive products and education, has just released its **first original product:** Enby, a vibrator for every body.

Since its launch, Wild Flower has been committed to de-gendering sex toys as part of its mission to provide a safe and inclusive space for people to purchase ethically-made products. Despite this approach, founders Amy Boyajian (they/them) and Nick Boyajian (he/they) remained frustrated with the lack of gender-free sex toy options on the market.

Taking notes from their queer and GNC friends as well as specific customer requests, Amy and Nick set-out to create Wild Flower's debut toy – one that was gender-neutral in both its aesthetics and its uses.

"We wanted to create something that could take someone through *all* of life's transitions," says Amy Boyajian, CEO and co-founder of Wild Flower. "Approaching sex toys through a gender-neutral lens makes sexual exploration more imaginative for all people while making space for the queer folks, who have long been overlooked by the sex toy industry."

The first-of-its-kind product was largely inspired by specific insights from a diverse community of oft-ignored individuals who struggled to find a product able to meet their overlooked needs. In a telling example, a close friend who recently went through gender affirmation surgery lamented that they'd had to give up all of their sex toys. Enby, aimed at serving an incredibly wide set of needs, is positioned to cater to these demands.

Distilling feedback from their customers, Wild Flower designed

Second Amended Complaint
Exhibit 2
Page 26 of 29

Enby to be laid flat so users can grind against the vibrating hump, or enjoy as a stroker with textured ridges inside. The flexible wings help Enby stay in place or can easily be squeezed together. For those looking for stimulation during strap-on play, Enby can be worn in a harness or underwear; it can also be easily slipped between bodies during partnered sex. Enby has three speeds and five vibration patterns to explore. The silky soft silicone is splash-proof, and Enby is USB rechargeable.

Enby's name pays homage to the short-form of non-binary (N.B. or "enby") and highlights the product's prioritization of all bodies and identities – no type of genitalia was an afterthought. The name also ties in the identities of the founders; Amy identifies as non-binary and Nick's initials are N.B.

"Enby started as an idea drawn on paper in our apartment. We're thrilled to see it come to life, thanks to the help of our amazing testers who helped us through the design process," says Nick Boyajian, COO and co-founder of Wild Flower. "Enby is a culmination of all that Wild Flower stands for, and it's been incredible to finally share it with our community."

Enby is now available for pre-order at wildflowersex.com in Ash or Plum for $74.99.

For press inquiries, please contact Gwen Rosen at wildflower@rachelvandolsen.com. For wholesale inquiries, please contact Wild Flower at info@wildflowersex.com.

Second Amended Complaint
Exhibit 2
Page 27 of 29

Wild Flower Releases Enby, a Genderless Sex Toy - StorErotica Magazine          https://storerotica.com/wild-flower-releases-enby-a-genderless-sex-toy/

**Eugenio Torrens**

*https://storerotica.com*

Eugenio Torrens is the full-time writer for ED Publications & StorErotica, the national business magazines for the multi-billion-dollar gentlemen's club & pleasure product industries.



12/1/2021, 5:20 PM
Second Amended Complaint
Exhibit 2
Page 28 of 29

Enby – Wild Flower                                                                10/14/20, 11:16 AM





Hello
**Select your address**
Health, Household & Baby Care
Hello, Sign in
**Account & Lists**
Returns
**& Orders**
0

**All** Epic Daily Deals Best Sellers Amazon Basics Customer Service Prime New Releases Books Registry **Shop Oprah's holiday picks**

**Health & Personal Care** Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness

## Consider these available items

We-Vibe Touch Clitoral Vibrator Rechargeable Massaging & Teasing Mini Vibe Clitoris Massager Toy
314
$59.00 ($59.00/Count)

SVAKOM Echo Clitoral Vibrators for Women,Tongue-Shaped Female Vibrator
951
$39.96 ($39.96/Count)

Rocks-Off Ruby Glow 10 Speed Clitoral and Vaginal Stimulator Massager - Dusk Plum
30
$34.36 ($34.36/Count)

Health & Household › Sexual Wellness › Adult Toys & Games › Sex Toys › Vibrators

Click image to open expanded view

# ENBY Rechargeable Vibrator from Wild Flower - Splash Proof, 3 Speeds, 5 Vibration Patterns - Designed to Please a Variety of Bodies - Black Color

Brand: Wild Flower
22 ratings

Currently unavailable.
We don't know when or if this item will be back in stock.

- USB Rechargeable vibrator that can be humped, rubbed on, tucked in a harness, and placed between bodies
- Multi Speed (3) Multi Pattern (5) Vibrator designed in function, and aesthetic, for all genders
- The toy is 6 inch wide, 5 inch long body with a 1.25 inch thickness including a ribbed bottom for extra stimulation
- Flex Enby's wings to stroke, grab and massage for access to every erogenous zone
- Mess free and splash proof, this toy is made of super soft body-safe silicone for your ultimate pleasure

Compare with similar items

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Select delivery location

Add to List

Share

Have one to sell?
Sell on Amazon

**Customers who viewed this item also viewed**

Second Amended Complaint
Exhibit 3
Page 1 of 7

Amazon.com: ENBY Rechargeable Vibrator from Wild Flower - Splash ...          https://www.amazon.com/ENBY-Rechargeable-Vibrator-Wild-Flower/d...

    

We-Vibe Touch Clitoral Vibrator Rechargeable Massaging & Teasing...
314
Save 14%
$59.00 ($59.00/Count)
$69.00
Lowest price in 30 days
Get it as soon as **Tuesday, Dec 7**
FREE Shipping on orders over $25 shipped by Amazon

SVAKOM Echo Clitoral Vibrators for Women,Tongue-Shaped Female Vibrator Rechargeable Clitoris...
951
$39.96 ($39.96/Count)
Get it as soon as **Tuesday, Dec 7**
FREE Shipping on orders over $25 shipped by Amazon

Rocks-Off Ruby Glow 10 Speed Clitoral and Vaginal Stimulator Massager - Dusk Plum Purple
30
$34.36 ($34.36/Count)

Dame Products Eva II Personal Couples Massager Hands Free Stimulation with 3 Intensity Levels 100%...
216
$135.21 ($135.21/Count)
Get it as soon as **Tuesday, Dec 7**
FREE Shipping on orders over $25 shipped by Amazon

ENBY 2 - Wild Flower ENBY 2
3
$74.95 ($6.25/Ounce)
FREE Shipping
Only 3 left in stock - order...

---

**What other items do customers buy after viewing this item?**

    

SVAKOM Echo Clitoral Vibrators for Women,Tongue-Shaped Female Vibrator Rechargeable Clitoris...
951
$39.96 ($39.96/Count)
Get it as soon as **Tuesday, Dec 7**
FREE Shipping on orders over $25 shipped by Amazon

We-Vibe Touch Clitoral Vibrator Rechargeable Massaging & Teasing...
314
Save 14%
$59.00 ($59.00/Count)
$69.00
Lowest price in 30 days
Get it as soon as **Tuesday, Dec 7**
FREE Shipping on orders over $25 shipped by Amazon

Rocks-Off Ruby Glow 10 Speed Clitoral and Vaginal Stimulator Massager - Dusk Plum Purple
30
$34.36 ($34.36/Count)

ENBY 2 - Wild Flower ENBY 2
3
$74.95 ($6.25/Ounce)
FREE Shipping
Only 3 left in stock - order...

Dame Products Eva II Personal Couples Massager Hands Free Stimulation with 3 Intensity Levels 100%...
216
$135.21 ($135.21/Count)
Get it as soon as **Tuesday, Dec 7**
FREE Shipping on orders over $25 shipped by Amazon

---

**Special offers and product promotions**

- **Create your FREE Amazon Business account** to save up to 10% with Business-only prices and free shipping.

- Get a **$75 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Learn more

---

## Have a question?

Find answers in product info, Q&As, reviews

[ Type your question or keyword ]

---

**Product description**

Designed to please a variety of bodies, men and women, Enby is a dynamic rechargeable vibrator that can be humped, rubbed on, tucked in a harness, and placed between bodies to offer couples stimulation in all the right places. Enby is unique in that its features and functions are gender-neutral. Flex Enby's wings to stroke, grab and massage in every imaginable area. Enby has 3 speeds and 5 patterns of vibration. The toy is 6 inch wide, 5 inch long body with a

Amazon.com: ENBY Rechargeable Vibrator from Wild Flower - Splash ...          https://www.amazon.com/ENBY-Rechargeable-Vibrator-Wild-Flower/d...

1.25 inch thickness. Mess free as it is designed to be splash proof. Includes manual, USB charging cable, and storage bag. Made of super soft body-safe silicone for your ultimate pleasure. Mess free as it is designed to be splash proof. Includes manual, USB charging cable, and storage bag. Made of super soft body-safe silicone for your ultimate pleasure.

## Product details

**Package Dimensions** : 7.09 x 7.09 x 1.93 inches; 10.19 Ounces

**Date First Available** : July 25, 2019

**Manufacturer** : WILD FLOWER

**ASIN** : B07VLJCKT3

**Best Sellers Rank:** #2,197 in Vibrators

**Customer Reviews:**

22 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Compare with similar items

| | This item ENBY Rechargeable Vibrator from Wild Flower - Splash Proof, 3 Speeds, 5 Vibration Patterns - Designed to Please a Variety of Bodies - Black Color | We-Vibe Touch Clitoral Vibrator Rechargeable Massaging & Teasing Mini Vibe Clitoris Massager Toy for Him & Her | Rechargeable Clitoral & G-Spot Vibrator, Waterproof Couples Vibrator with 9 Powerful Vibrations, Wireless Remote Control Clitoris G Spot Stimulator, Adult Sex Toy for Women Solo Play or Couples Fun #1 Best Seller | SVAKOM Echo Clitoral Vibrators for Women,Tongue-Shaped Rechargeable Clitoris Stimulator Stimulation Clit Dildo Adult Sex Toys for Couples for Beginners(Violet) |
|---|---|---|---|---|
| | | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (22) | (314) | (14353) | (951) |
| **Price** | Unavailable | $59⁰⁰ | $33⁹⁹ | $39⁹⁶ |
| **Shipping** | — | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | — | WOW Tech USA | GOLIEF | SVAKOM Official |
| **Color** | Black | Purple | A-rose Red | Violet |

**Customer Questions & Answers**

See questions and answers

12/1/2021, 5:21 PM

Second Amended Complaint
Exhibit 3
Page 3 of 7

Amazon.com: ENBY Rechargeable Vibrator from Wild Flower - Splash ...        https://www.amazon.com/ENBY-Rechargeable-Vibrator-Wild-Flower/d...

## Customer reviews

### 3.5 out of 5

22 global ratings

| | | |
|---|---|---|
| 5 star | | 47% |
| 4 star | | 12% |
| 3 star | | 14% |
| 2 star | | 0% |
| 1 star | | 27% |

How are ratings calculated?

Top reviews

### Top reviews from the United States

F

**Amazing! Just remember to keep it charged**
Reviewed in the United States on December 4, 2020
Verified Purchase

Me and my partner love this toy. It fits well for both our bodies and is surprisingly strong! The only downside is that the charge doesn't last as long as you'd think, so we always make sure we plug in to charge once we're done with it. Once you get used to charging it however, this toy does not disappoint! The silicone is soft, the material is bendable, and it is very very easy to clean. I would 100% recommend this to all of my friends.

Helpful        Report abuse

AlexRaven

**Stopped working :(**
Reviewed in the United States on September 5, 2020
Verified Purchase

A really nice vibrator but i had it for a few months and now it's not working, won't charge. If anyone has advice let me know

Helpful        Report abuse

Arthur Lotus

**Not as advertised**
Reviewed in the United States on March 12, 2020
Verified Purchase

Despite glowing reviews the product is unsatisfactory. Not powerful enough. Product too hard.

One person found this helpful

Helpful        Report abuse

kmy

**Bad company bad product**
Reviewed in the United States on November 23, 2020

I'm shocked by the good reviews. This is the most uncomfortable sex toy I've ever tried to use. By myself or with my partner. It is hard like a bike seat and there was no give. Humping a hitachi would be more fun tbh. Humping an actual bike seat would be more fun tbh. Can't speak to the potential for pleasure for a cis-guy and frankly can't imagine it being anything great for

Second Amended Complaint
Exhibit 3
Page 4 of 7

Amazon.com: ENBY Rechargeable Vibrator from Wild Flower - Splash ...          https://www.amazon.com/ENBY-Rechargeable-Vibrator-Wild-Flower/d...

Them but in this camp we have tossed the toy to the curb- it was the worst.

One person found this helpful

Helpful          Report abuse

ArloWolf

**not good at all**
Reviewed in the United States on October 10, 2021
i bought this thru another company probably almost 2 years ago. i didn't like it whatsoever. it
felt like a vibrating bike seat, literally

One person found this helpful

Helpful          Report abuse

Harshal

**Tried it, not worth it**
Reviewed in the United States on November 29, 2020
Tried it, not worth it

Helpful          Report abuse

domino

**skip it**
Reviewed in the United States on November 23, 2020
not worth it

Helpful          Report abuse

DawnK

**Not powerful enough, middle is too thick and hard**
Reviewed in the United States on April 26, 2021
Verified Purchase
Not powerful enough. Center was too hard and thick. Wasn't working face to face with a
partner. Really disappointed. Don't waste your money.

Helpful          Report abuse

See all reviews ›

## Top reviews from other countries

Jesse

**Well-made and thought out toy, just didn't work for me**
Reviewed in Canada on April 5, 2021
Verified Purchase
I've always wanted a vibrator, but found most of them on the market were too gendered.
Unfortunately it is awkward to use and I tried using it in all the ways described and it just
didn't work for me. The vibration, even on the highest setting, isn't strong enough for me. As
they say, different strokes for different folks. I will give it credit for being well made and
designed to work with people of all bodies/genders. It says it could be used as a couples toy
too, so I'll save it for someday when I have someone to share it with, as maybe it might work
for me that way.

Report abuse

See all reviews ›

12/1/2021, 5:21 PM

Second Amended Complaint
Exhibit 3
Page 5 of 7

Amazon.com: ENBY Rechargeable Vibrator from Wild Flower - Splash ...          https://www.amazon.com/ENBY-Rechargeable-Vibrator-Wild-Flower/d...

### Featured items you may like











| | | | | |
|---|---|---|---|---|
| Amazon Basics Neck and Back Massager with Infrared Heat and Deep Kneading Rotation for Use at Home or On the... | We-Vibe Touch Clitoral Vibrator Rechargeable Massaging & Teasing... | Rocks-Off Ruby Glow 10 Speed Clitoral and Vaginal Stimulator Massager - Dusk Plum Purple | Dame Products Eva II Personal Couples Massager Hands Free Stimulation with 3 Intensity Levels 100%... | SVAKOM Echo Clitoral Vibrators for Women,Tongue-Shaped Female Vibrator Rechargeable Clitoris... |
| 48 | 314 | 30 | 216 | 951 |
| $31.12 ($31.12/Count) | Save 14% | $34.36 ($34.36/Count) | $135.21 ($135.21/Count) | $39.96 ($39.96/Count) |
| Get it as soon as **Tuesday, Dec 7** | $59.00 ($59.00/Count) | Get it as soon as **Tuesday, Dec 7** | Get it as soon as **Tuesday, Dec 7** | Get it as soon as **Tuesday, Dec 7** |
| FREE Shipping on orders over $25 shipped by Amazon | $69.00 | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |
| | Lowest price in 30 days | | | |
| | Get it as soon as **Tuesday, Dec 7** | | | |
| | FREE Shipping on orders over $25 shipped by Amazon | | | |

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

**Get to Know Us**

Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

| English | | United States |

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |

12/1/2021, 5:21 PM

Second Amended Complaint
Exhibit 3
Page 6 of 7

Amazon.com: ENBY Rechargeable Vibrator from Wild Flower - Splash ...          https://www.amazon.com/ENBY-Rechargeable-Vibrator-Wild-Flower/d...

| | | | | | | |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

12/1/2021, 5:21 PM

Second Amended Complaint
Exhibit 3
Page 7 of 7



SUBSCRIBE    SIGN IN

# I Tried Masturbating With Enby, the New Sex Toy for All Genders

**I thought it wouldn't work. Oh, how I was wrong.**

BY <u>ZACHARY ZANE</u>    JUL 13, 2019

I Tried Enby, the New Gender-Neutral Sex Toy. Here's How It Felt.          https://www.menshealth.com/sex-women/a28379861/enby-gender-neutra...



WILD FLOWER

Second Amended Complaint
Exhibit 4
Page 2 of 10

I Tried Enby, the New Gender-Neutral Sex Toy. Here's How It Felt.          https://www.menshealth.com/sex-women/a28379861/enby-gender-neutra...

When I pulled out the Enby from its packaging, I had one thought: "What the hell am I supposed to do with this?" My first impression was that it looked like a bike seat, and it didn't seem like something I could use on my penis or butt.

Wild Flower's gender-free sex toy is billed as a "vibrator for every body," but I had doubts about it working with my anatomy. For reference, I'm a cisgender man, which means the gender with which I identify (male) coincides with my birth sex. The language surrounding the product and the entire ad campaign features trans and nonbinary people, which makes sense, since, after all, enby is a short form of the word non-binary. Let me clarify: I would be completely fine if the Enby wasn't for me. God knows there are plenty of sex toys for cisgender men, and not nearly enough for nonbinary and trans folks. However, it's supposed to be for everyone, so I wanted to try it out.

The Enby looks and has a similar texture to a stingray. It even has wings that move with a similar range to that of the cartilaginous fish. The Enby, according to Wild Flower's website, can be "humped, rubbed on, tucked in a harness, and placed between bodies to offer stimulation in all the right places."

ADVERTISEMENT - CONTINUE READING BELOW

The press kit mentioned that you could fold over the wings into a circular shape to wrap around your penis à la Fleshlight, so that's where I started. To be honest, it really didn't work. The wings felt like they were going to break, and there are specific devices, like any masturbator sleeve ever created, that are expressly designed to simulate a tight anus or vagina. A coiled stingray just isn't going to feel nearly as good.

So I tried sticking it up my ass. As someone who likes being pegged and isn't afraid of experiencing a full-body prostate orgasm, it seemed like a logical option. However, have you tried sticking a bike seat up your rear end? No, you can't. That's because it's not a phallus. It's a bike seat. I got a little bit of the tip inside me, but there was nothing I could really do after that. It didn't feel good, just cumbersome. Instead, I turned on the vibration and sat on it, since after all, that's what bike seats are for.

Since I wasn't sure exactly what to expect, I was surprised by the outcome. The vibrations were strong, and I settled on a pulsing mode that would give a few

small buzzes, followed by a powerful, longer vibration. I was sitting upright on the device, which as any man can tell you, isn't the most comfortable position to masturbate, especially if you don't have anything supporting your lower back. But I wanted to find the point where it "hit the spot." After scooching my booty up and down, I found it.

At the front of the Enby, which I guess would be called the "tip" side, there's the most intense vibration, and the tip is slightly raised and a perfect size to gently nuzzle itself in between your cheeks. While not inside of you, it still hits your anus, giving you the sensation of having something in there.

Needless to say, this is an ideal product for men who don't feel comfortable putting something inside of themselves. (I do, however, highly recommend that you get over yourself and just try it, especially if you're someone who values sexual pleasure.) It's also perfect for men, like myself, who aren't always squeaky clean down there, but still want to have anal pleasure sans mess.

ADVERTISEMENT - CONTINUE READING BELOW

After finding the spot, I lied down on my bed. It then took some readjusting to get the Enby to create a full-body tingle inside of me, but even while supine, I was able to yet again find the spot. Then, with porn blasting on my laptop beside me, I started masturbating. All the while I was involuntarily gyrating my behind in a way that maximized pleasure. It didn't take long to finish, since sexual activity is always more pleasurable and intense for me when anal play is involved. Without a doubt, I had a far more intense orgasm using the Enby than I usually do while masturbating without any toys. Best part was, cleanup was super easy. A light rinse of the Enby with some soap and warm water, and you can put it back in the bag.

Despite my initial reluctance, the Enby undoubtedly worked. Will it replace my Autoblow 2+XT or Lifetime Silicone Stroker? No, but it's not trying to. It's an additional tool that you can use by yourself, or with your partner, no matter what their gender is.

I Tried Enby, the New Gender-Neutral Sex Toy. Here's How It Felt.          https://www.menshealth.com/sex-women/a28379861/enby-gender-neutra...

**ZACHARY ZANE**

**Zachary Zane is a Brooklyn-based writer, speaker, and activist whose work focuses on lifestyle, sexuality, and culture. He was formerly the digital associate editor at OUT Magazine and currently has a queer cannabis column, Puff Puff YASS, at Civilized.**

# Want six-pack abs? Start here.

## Fat-burning workouts and expert weight loss advice, delivered daily.

Enter your email address here.

**By signing up, I agree to Hearst Magazines' Terms of Use (including the dispute resolution procedures); my information will be used as described in the Privacy Notice.**

MORE FROM

# SEX & RELATIONSHIPS

**Sex Researcher Shares Top Reasons People Cheat**

**Learn to Give Your Partner Multiple Orgasms**

I Tried Enby, the New Gender-Neutral Sex Toy. Here's How It Felt.                    https://www.menshealth.com/sex-women/a28379861/enby-gender-neutra...

ADVERTISEMENT - CONTINUE READING BELOW



**The 10 Best Ways to Have Sex in a Car**          **A Sex Therapist Answers 20 Questions About ENM**

I Tried Enby, the New Gender-Neutral Sex Toy. Here's How It Felt.                    https://www.menshealth.com/sex-women/a28379861/enby-gender-neutra...

**This Kinky Activity Is for Anal Aficionados Only**

**Cyber Monday Sex Toy Deals Not to Miss in 2021**

**12 Penis Rings for Stronger Erections and Orgasms**

**Skipping No Nut November Is Probably a Smart Move**

**105 Questions to Ask Your Boyfriend**

**I Went to a Swingers Resort and Had So Much Sex**

12/1/2021, 5:23 PM

Second Amended Complaint
Exhibit 4
Page 9 of 10

I Tried Enby, the New Gender-Neutral Sex Toy. Here's How It Felt.          https://www.menshealth.com/sex-women/a28379861/enby-gender-neutra...

---

SEX & RELATIONSHIPS          MAN TRIES TO ROB SEX TOY SHOP, IS THWARTED BY FLYING DILDOS

I TRIED THE ARCWAVE MASTURBATOR. HERE'S MY REVIEW.          THIS GREAT SEX TOY WAS MADE FOR TRANS MASC BODIES

SPOT THE SEX TOYS          I TRIED AN INFLATABLE BUTT PLUG AND IT WAS NUTS          INTRODUCING: SEX TOY VENDING MACHINES

f  twitter  pinterest  instagram  youtube

**About Men's Health**                    **Newsletter**

**Customer Care**                         **E-prints, Reprints**

**Advertise**                             **Subscribe**

**Give a Gift**                           **Manage Email Preferences**

**Other Hearst Subscriptions**            **Media Kit**

## Hearst Men's and Enthusiast Media Group - A Part of Hearst Digital Media

**A Part of Hearst Digital Media**

**Men's Health participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.**

©2021 Hearst Magazine Media, Inc. All Rights Reserved.

**Privacy Notice/Notice at Collection**      **Your California Privacy Rights**      **Interest-Based Ads**      **Terms of Use**      **Site Map**

**Do Not Sell My Personal Information**

12/1/2021, 5:23 PM

Second Amended Complaint
Exhibit 4
Page 10 of 10

**THE 2021 GOOP GIFT GUIDES** SHOP NOW

SHOP  /  WELLNESS  /  SEX TOYS

# ENBY Vibrator

US $75.00    FREE SHIPPING!

or 4 interest-free payments of $18.75 with afterpay⬦ ⓘ



Second Amended Complaint
Exhibit 5
Page 1 of 3

Wild Flower ENBY Vibrator | Goop                    https://goop.com/wild-flower-enby-vibrator/p/

QUANTITY                          SHIPS TO

−   1   +              
                                 US   CA   EU   UK

CURRENTLY UNAVAILABLE

ITEM IS NON-RETURNABLE

PRODUCT DETAILS ▲

This vibrator's unique shape (it's designed with all body types and sexualities in mind) is its biggest asset: Enby can be folded, rubbed on, or tucked between you and a partner to explore different sensations. It has three intensities and five vibration patterns, and it's USB-rechargeable, splash-proof, and made of soft, body-safe silicone.

- 3 speeds and 5 patterns of vibration
- Splash proof
- Includes manual, USB charging cable, and storage bag
- Made of super soft body-safe silicone.

ABOUT THE BRAND ▼

SHIPPING & RETURNS ▼

®

SUBSCRIBE TO OUR NEWSLETTER (AND GET 10% OFF YOUR FIRST PURCHASE!*)

Email Address     SIGN UP

By clicking "submit," you agree to receive emails from goop and accept our web terms of use and privacy

2 of 3                                          12/1/2021, 5:23 PM

Second Amended Complaint
Exhibit 5
Page 2 of 3

Wild Flower ENBY Vibrator | Goop                                    https://goop.com/wild-flower-enby-vibrator/p/

and cookie policy. *Terms apply.

---

COMPANY                                                                              +

About goop

goop Giving

Policies

Careers

goop Press

Stores

News

---

CUSTOMER SERVICE                                                                     +

Contact Us

My Account

Track My Order

Shipping & Returns

FAQs

Subscription Terms

DonorsChoose.org

---

EXPLORE                                                                              +

Shop

Beauty

Food

Style

Travel

Wellness

---

CONNECT WITH GOOP

Privacy & Cookies Policy  |  Web Terms of Use  |  Do Not Sell My Information  |  Accessibility

*©2008-2021 Goop, Inc. All Rights Reserved. goop® is a registered trademark of Goop, Inc. and is registered with the U.S. Patent and Trademark Office.*

12/1/2021, 5:23 PM

Second Amended Complaint
Exhibit 5
Page 3 of 3

enby.                                                                    https://shopenby.com/

# *enby.*

*...mation & pleasure*

♡ My Wishlist



SALE 11/25 - 12/2 up to 25% off! use code

*free shipping on orders over $99 (us only)*

We use cookies on our website to give you the best shopping experience. By using this site, you agree to its use of cookies.

I agree

12/1/2021, 5:24 PM
Second Amended Complaint
Exhibit 6
Page 1 of 2



1/25/22, 1:55 PM                                          enby sex toy - Google Search

Google        | enby sex toy                                  ✕  🎤  🔍 |                          ⚙  ⠿  Ⓚ

🔍 All    ▶ Videos    🛍 Shopping    🖼 Images    📰 News    ⋮ More              Tools

About 352,000 results (0.58 seconds)

https://shopenby.com        ⋮
enby.
enby is your one stop shop for pleasurable body-safe essentials like vibrators, ... We strive to
create a safer, inclusive and more comfortable sex-toy ...
Products · Vibes · About us · Wands

https://www.allure.com › Wellness › sex toy review        ⋮
Review: I Tried the Enby, a New Gender-Free Sex Toy | Allure
Jun 5, 2019 — Introducing Enby, a new gender-free sex toy from Wildflower that was designed to
meet the important need for trans and nonbinary people.

https://wildflowersex.com › All        ⋮
Enby 2 - Silicone Vibrator - Wild Flower Sex
A simple to use, functional and dynamic rechargeable vibrator for all forms of pleasure. Hump it,
rub on it, tuck it in a harness or put it between two ...

https://mashable.com › ... › Sex, Dating & Relationships        ⋮
Wild Flower's Enby 2 is a fun, versatile sex toy for all genders
Jun 15, 2021 — The Enby 2 is a unique sex toy that's flexible and for all genders. Given that it can
be used in so many ways, a price of $74.99 is more ...
★★★★★ Rating: 4.5 · Review by Anna Iovine

https://feminist.toys › enby2-by-wild-flower-review        ⋮
Enby 2 by Wild Flower Review - Feminist Pleasure Toys
Enby 2 is one of the most innovative non-binary sex toys and can be used in a variety of ways in
many combinations. Its fun flexible design in a super soft ...

https://www.amazon.com › ENBY-Rechargeable-Vibrat...        ⋮
ENBY Rechargeable Vibrator from Wild Flower - Splash Proof ...
Designed to please a variety of bodies, men and women, Enby is a dynamic rechargeable vibrator
that can be humped, rubbed on, tucked in a harness, and placed ...
★★★★☆ Rating: 3.7 · 23 reviews

https://www.pinknews.co.uk › 2020/12/03 › shop-enby...        ⋮
Sex toy company launches lawsuit after claiming to 'own' the ...
Dec 3, 2020 — Black trans sex toy company Shop Enby is raising money for a legal defence after
being threatened with a legal challenge by sexual wellness ...

https://www.dezeen.com › 2019/06/14 › wild-flower-de...        ⋮
Wild Flower launches gender-neutral sex toy Enby - Dezeen
Jun 14, 2019 — The first sex toy created by retailer Wild Flower is a genderless object meant to
suit a variety of bodies. Named Enby after the acronym NB, ...

https://www.menshealth.com › sex-women › enby-gend...        ⋮
I Tried Masturbating With Enby, the New Sex Toy for All Genders
Jul 13, 2019 — The Enby looks and has a similar texture to a stingray. It even has wings that
move with a similar range to that of the cartilaginous fish. The ...
You've visited this page 3 times. Last visit: 12/16/21

https://shop.kinkly.com › products › wild-flower-enby        ⋮

Second Amended Complaint
Exhibit 7
Page 1 of 2

Google enby sex toy

**Ad** · https://www.wildflowersex.com/

The Enby 2 Vibrator - Wild Flower Official Shop

Buy your dynamic & rechargeable **Enby** 2 vibrator & experience a new level of stimulation! Find what works for your with a vibrator designed to rub on, tuck in a harness & more!

Shop All Vibrators · Shop All Dildos · Shop All Butt Toys · Shop All Lube

Gooooooooooogle >

1 2 3 4 5 6 7 8 9 10 Next

**11238, Brooklyn, NY** - Based on your places (Home) - Update location

Help Send feedback Privacy Terms



1/28/22, 1:27 PM                                    Black-owned businesses: The best sex wellness shops - Reviewed

HEALTH & FITNESS          ACCESSIBILITY          TECH          HOME ORGANIZATION          THE BEST RIGHT NOW          KITCHEN & COOKING

LIFESTYLE

# 10 BLACK-OWNED SEX WELLNESS BRANDS TO CHECK OUT NOW

Be an advocate—and feel sexy AF doing it



 Written by Shayna Murphy
Updated February 24, 2021

Recommendations are independently chosen by Reviewed's editors.
Purchases you make through our links may earn us a commission.

Few things in life feel as good as a really great orgasm, but putting your cash where it counts and helping **support Black-owned businesses** is right up there.

In addition to giving back to charitable organizations, shopping from Black-owned brands like **Savage x Fenty**, **New York Toy Collective**, and others is a powerful way to not only take agency in your sex life, but also put money directly in the hands of sex educators and entrepreneurs within the Black community.

So whether you're trying to restock your goodie drawer with lubes and condoms or just find a really great dildo, here are 10 Black-owned sex and lingerie shops worth checking out to put a sultry spin on social justice and feel more radiant in your own skin.

## 1. Enby for sex toys with an eco-friendly twist

Second Amended Complaint
Exhibit 9
Page 1 of 11

1/28/22, 1:27 PM                          Black-owned businesses: The best sex wellness shops - Reviewed



**shopenby**
36.2K followers                                    View profile

View more on Instagram

337 likes
shopenby

We love a black and gold moment.
✦ Pictured: Satisfyer Mini Lovely Honey - Gold

Model: @kmbenzangoma
📷 : @emmawondra

view all comments

Add a comment...

Created to market gender-affirming products for all bodies, **Enby** (not to be confused with Wild Flower's **gender-neutral sex toy** of the same name) is a Black and trans-owned retailer where you can shop for a variety of sex toys, including **vibrators**, **strokers**, **plugs**, and more. Using carbon-neutral packaging for shipments, the company is also focused on fighting climate change and a percentage of sales made on the site go to benefit renewable energy and forest conservation projects, as well as organizations dedicated to improving the lives of queer and trans People of Color. You can even **contact Enby** directly if you know of organizations in need of funding.

**Shop Enby**

## 2. B Condoms for better, safer sex

Second Amended Complaint
Exhibit 9
Page 2 of 11

Black-owned businesses: The best sex wellness shops - Reviewed



**206 likes**
bcondoms

Happy Birthday MLK. We honor your struggles and will continue the fight to protect the culture.

Founded in 2011, **B Condoms** is the only Black-owned condom brand in the U.S. and specializes in ultra-thin latex varieties, like **Classic** and **XL**. Owner and safe-sex advocate **Jason Panda** developed the company with a focus on improving sexual health and reducing the impact of teen pregnancy and HIV/AIDS within the Black community, so if you're **shopping for condoms** right now, this brand could be a great option.

**Shop B Condoms**

### 3. The Butters for affordable, organic lubes and more

Second Amended Complaint
Exhibit 9
Page 3 of 11

1/28/22, 1:27 PM                                    Black-owned businesses: The best sex wellness shops - Reviewed



getthebutters
Ypsilanti, Michigan                                                                View

View more on Instagram

153 likes
getthebutters

Limited Edition Valentine's 2021 Aloe X Shea Lube Jars shipping now! Only 300 8oz size available while su
last!

Searching for the **best lubes**? At **The Butters**, you can get handmade oil-based
lubricants that are great for toy play and many sex acts (just remember, oil and latex
aren't compatible, so avoid mixing the two if you're using latex condoms). Founder
Jerome Nichols created the company—which also offers **body scrubs**, **bath bombs**,
and more—in 2015 in an effort to provide organic, affordably priced skincare and sexual
wellness products to folks across all budgets.

**Related content**



FEATURE
The 25 best sex toys for couples in 2021

FEATURE
12 Black-owned home décor brands you'll covet in
2021

Second Amended Complaint
Exhibit 9
Page 4 of 11



**Shop The Butters**

## 4. New York Toy Collective for gender-affirming toys that'll make you quiver



View more on Instagram

86 likes
nytoycollective

Hope you've got your earmuffs! It's cold out there. 💗 Shilo in Wildberry

**New York Toy Collective** is a Black-owned business that's inclusive for all, including queer, hetero-flexible, and even **cishet** folks. Its offerings include gender-affirming products like the **Shilo**—a harness-compatible dildo that also functions as a fully bendable **packer**—and other versatile toys. Co-founders Chelsea and Parker developed the business with an interest in offering pleasure products for all body types, so regardless of whether you're shopping solo or looking for the **best sex toys for couples**, this brand is absolutely worth a peek.

**Shop New York Toy Collective**

## 5. Savage x Fenty for evocative lingerie in all sizes

undefined

With a focus on helping folks feel bold and confident in their sexuality, Rihanna's lingerie brand **Savage x Fenty** has some of the most form-flattering **bras**, **underwear**, and **intimate apparel** that you can shop for online. As one of our favorite **places to get lingerie**, Savage x Fenty offers inclusive sizing up to 3X and an assortment of sensual garments that can absolutely spice up any evening (or day). If you sign up for an **XTRA VIP membership** ($49.95 per month) you can also get up to 25% off all styles, free shipping on orders of $49 or more, and other perks.

**Shop Savage x Fenty**

## 6. The Honey Pot Co. for soothing personal care products



thehoneypotco
Atlanta, Georgia                                                    View

View more on Instagram

1,371 likes
thehoneypotco

Give yourself a break.
Give yourself credit.
Give yourself time.
Give yourself attention.
Give yourself love.
Give yourself power.
Give yourself to you.

After suffering from **bacterial vaginosis** for months, **The Honey Pot Co.** founder Bea Dixon launched this feminine-care brand in 2014 in an effort to help vulva owners soothe, cleanse, and rejuvenate their most intimate areas. Formulated with herbs,

Second Amended Complaint
Exhibit 9
Page 6 of 11

Honey Pot's diverse line includes everything from **feminine wipes** to **postpartum herbal pads**, as well as **menstrual care items** like cups and tampons, designed to fit all kinds of needs.

**Shop Honey Pot**

## 7. House of Plume for discreet toy storage



View more on Instagram

57 likes
houseofplume

Pleasure Meets Discretion when you buy our House of Plume products! Learn more about our travel sex t
storage box or our in-home luxury box when you visit our site and grab your 20% off! #LinkInBio
⚈⚈⚈⚈⚈⚈⚈⚈
#onlineproducts #mariekondo #sexualhealth #sexadvice #vibrators #dildos #storagebox #kinkyshit
#toysforadults #sextalk #sexpert #sexeducation #sexpositive #sexblogger #sexed #products #discountco
#pleasure

view all comments

Sex toy storage is something that can be tricky to navigate, especially if you're short on space to begin with. If your collection of dildos, anal plugs, and other goodies is starting to outgrow the nighstand drawer, don't stress it—instead, consider grabbing a storage box from **House of Plume**. Launched in 2013, the brand's flagship product, the **Moi Box Deluxe (or MUA)** was the first-ever adult product approved by **Kickstarter** and offers a sleek and discreet way to store toys. Founder **Lidia Bonilla** also co-founded **Women of Sex Tech**, an inclusive global community aimed at merging sex and technology and de-stigmatizing conversations around sex products.

**Shop House of Plume**

## 7. Feelmore for one-stop sex toy shopping

Second Amended Complaint
Exhibit 9
Page 7 of 11

1/28/22, 1:27 PM                           Black-owned businesses: The best sex wellness shops - Reviewed

**feelmoreadult**
Feelmore
View



View more on Instagram

1,129 likes
feelmoreadult

I need y'all to come buy some of these black vibrators today up in this here black Owned Business where black beautiful self is the owner operator on this #buyblack day.

Your money does have an impact on everything. I'm selling you vibrators but someone else might be tryn you some shoes. Our past let us know that our ideas weren't relevant bc they were ours and our money w good enough. But we are good enough just being black... creativity is just icing on the cake.

Even if you don't buy nothing understand that your ideas are valuable and of value to someone in the un Keep digging until you find them bc they do exist.

Thankful for all of you for TRUSTING us! Your information, questions, asks, etc are in our hearts.

Post your favorite biz... 🤎

#oakland #visitoakland #retail #buyblack #blackfriday #entrepreneur #african #headshot #miketyson #w #shopsmall #shopsmallbusiness #shop #naterobinson #miketyson #snoopdogg #brazilianbuttlift #brazili #coronababy #clubhouse

With its central store established in 2011 in Oakland, California, **Feelmore** is a brick-and-mortar sex shop that you can also hit up online for **c-rings**, **vibrators**, **bondage gear**, and other items. Founder Nenna Joiner **began their career** selling sex toys out of their car and has since become a leader for their advocacy work around Black entrepreneurialism and sexual wellness.

**Shop Feelmore**

## 9. Lumberjill Lovecrafts for truly unique woodcrafts

Second Amended Complaint
Exhibit 9
Page 8 of 11

undefined

Founder Richard Carver established **Lumberjill Lovecrafts** in 2014 and specializes in crafting artisanal wooden **dildos**. While not super common, wood can be a great material for sex toys because of its durability. A well-cared for piece can last forever, and these items in particular are coated with a polyurethane finish, which makes them waterproof and very easy to clean using soap and water. In addition, you can shop for original sculptures modeled after the **clitoris** and **phallus**, respectively.

**Shop Lumberjill at Etsy**

## 10. Love, Vera for intimate apparel designed for Black bodies



View more on Instagram

4,643 likes

shoplovevera

"Confidence is the only accessory you need. Except @shoplovevera you definitely need that, go get chu s girl." 🤎

@keytoanewera looks absolutely flawless in our "Chocolate Fondant" nude tone. Get 20% off all orders w LOVERS20.

lovevera.com

Founder Vera Moore of **Love, Vera** began the business as a side hustle in 2018, driven by a desire to enhance representation for Black women in the lingerie market. It's since become one of the **best places to shop online for lingerie**, especially for inclusive

1/28/22, 1:27 PM                              Black-owned businesses: The best sex wellness shops - Reviewed

sizing. The brand offers tons of stunning intimate apparel, including **bras, panties, bodysuits**, and more in sizes up to 4X, so that no matter what, shoppers can feel great in their own bodies.

**Shop Love, Vera**

*The product experts at **Reviewed** have all your shopping needs covered. Follow Reviewed on **Facebook**, **Twitter**, and **Instagram** for the latest deals, product reviews, and more.*

*Prices were accurate at the time this article was published but may change over time.*



**UP NEXT**

HEALTH & FITNESS

[Tempo Move Review](#)

Read More

HEALTH & FITNESS

[We ordered KN95 masks to find the online stores you can trust](#)

Read More

HOME & GARDEN

[6 reasons to consider buying blackout curtains](#)

Read More

**View all Lifestyle**

**Try our newsletter.**
We'll help you find the best stuff and love the stuff you own.

Enter your email:

→

**Reviewed**
PART OF THE USA TODAY NETWORK

©2022 Reviewed, a division of Gannett Satellite Information Network LLC. All rights reserved.

Recommendations are independently chosen by Reviewed's editors. Purchases you make through our links may earn us a commission.

| | | | |
|---|---|---|---|
| Appliances | The Best Right Now | About Us | Terms of Service |
| Kitchen & Cooking | Deals | Jobs | Privacy Policy |
| Home & Garden | Award Winners | Advertising | Accessibility Statement |
| Tech | How-Tos | Ethics | California Privacy Rights/Privacy Policy |
| Lifestyle | How We Test | Canada Edition | Cookie Policy |
| Parenting | Videos | Send Feedback | Cookies Settings |
| Money | | | Sitemap |
| Celebrations | | | |
| Accessibility | | | |

Second Amended Complaint
Exhibit 9
Page 10 of 11

Black-owned businesses: The best sex wellness shops - Reviewed



Second Amended Complaint
Exhibit 9
Page 11 of 11

## <u>CERTIFICATE OF ELECTRONIC SERVICE</u>

I hereby certify that on January 28, 2022 I caused the foregoing to be electronic filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of records registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 28th day of January, 2022.

*/s/ Skylar Washabaugh*
Skylar Washabaugh, paralegal